# Debra Lynn Leahy v. USDA

# Exhibit A

Copies of the DVD will be hand delivered on June 8, 2005 to the attorneys for USDA and the Hawthorn Corporation

The DVD footage is also available at:

http://www.petatv.com/tvpopup/Prefs.asp?video=carson_barnes_long