# Debra Lynn Leahy v. USDA

# Exhibit B

# Carson & Barnes Circus
## Video Production Notes for Tape Compiled May 16, 2001
(prepared by Debbie Leahy/PETA)

| Scene Descriptions and Subtitles<br>February and March 1999 video clips |
|---|
| **[SCREEN 1]**<br>"Carson & Barnes Circus" |
| **[SCREEN 2]**<br>"Elephant Training" |
| [Frisco to would-be elephant trainer]<br>"Tear that foot off! Sink it in the foot! Tear it off! Make 'em scream!" |
| [Frisco to elephant, Becky! Becky!! You mother f---er! Frisco attacks Becky. Becky recoils backwards and screams four times.] |
| [Hooking scene while walking in circle] |
| [Frisco to would-be elephant trainer]<br>"Don't touch 'em. Hurt 'em. Hurt 'em. Don't touch 'em. Make 'em scream." |
| "If you're scared to hurt 'em, don't come in the barn." |
| "When I say rip his head off, rip his f---ing foot off ... it's very important that you do it." |
| "When he starts squirming too f---ing much, both f---ing hands -- BOOM! -- right under that chin!" [swings bullhook like baseball bat] |
| "When he f---s around too much ... you f---ing sink that hook and give it everything you got" [demonstrates by twisting hook back and forth] |
| "Sink that hook into 'em ... when you hear that screaming then you know you got their attention." |
| "Right here in the barn. You can't do it on the road" |
| "I'm not gonna touch her in front of a thousand people. She's gonna f---ing do what I want and that's just f---ing the way it is." |
| "Make 'em holler, let 'em run from ya'." |
| "I am the boss, I will kick your f---ing a--" [referring to the elephant] |
| [Freeze frame, add highlight to electric prod in Frisco's hand and screen text] "Electric prod" |
| [Play clip 1 of Frisco—coming from screen right—jabbing elephants in the hind end with the electric prod to make them move faster during practice.] |
| [Trainer whacks elephant on leg] |
| [Freeze frame, add highlight to electric prod in Frisco's hand and screen text] "Electric prod" |
| [Play clip 2 of Frisco—coming from screen left—jabbing elephants in the hind end with the electric prod to make them move faster during practice.] |

| |
|---|
| [Trainer to elephant]<br>"I'll kick the sh-t out of you little prick" |
| [Frisco hollering I'm alive! I'm not a dead man! & animated gestures towards elephants with another attack on Becky. Becky screams. Frisco screams, blaming trainers that he had to punish the elephants and says Why do they have to go through that because you mother f---ers don't want to listen? (clear audio, no caption)] |
| [Clip of Frisco hooking and yanking elephant Tracy.] |
| [More ranting at trainers, If you've got a pussy a-- f---ing attitude, that's just what they got!] |
| [Frisco continues reprimanding trainers for standing around gabbing instead of concentrating on training. Frisco grabs his crotch.] |
| "You guys standing back there ... I smoked a f---ing joint" |