<u>Debra Lynn Leahy v. USDA</u>

Exhibit C



United States Department of Agriculture

Office of the General Counsel

Washington, D.C. 20250-1400

April 30, 2004

**FACSIMILE AND REGULAR MAIL**
Benjamin W. Boley
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036-1872

Dear Mr. Boley:

I write regarding the placement of The Hawthorn Corporation's elephants and to thank you for your patience during this process.

First, APHIS does not approve as donees George Carden Circus International, Marion Nature Park, Endangered Ark Foundation (Carson & Barnes Circus), and Patricia Zerbini. Second, APHIS approves the placement of fourteen elephants by donation as follows:

1. <u>Chris Hamblen, Kountze, Texas</u>: One Asian elephant ("Judy").
2. <u>Popcorn Park Zoo, Forked River, New Jersey</u>: Two or three Asian elephants ("Sue," "Billy," and "Nick").
3. <u>The Performing Animal Welfare Society, Galt, California</u>: Three Asian elephants ("Queenie," "Lottie," and "Minnie").
4. <u>The Elephant Sanctuary, Hohenwald, Tennessee</u>: Six Asian elephants ("Lota," "Misty," "Frieda," "Debbie," "Tess," and "Liz").
5. <u>Nashville Zoo, Nashville, Tennessee</u>: One African elephant ("Joy").[1]

APHIS will continue its efforts to secure an appropriate donee(s) for two Asian elephants ("Ronnie" and "Gypsy"). I will forward information regarding our progress as soon as possible. We look forward to continuing to work cooperatively with you to effectuate the terms of the Consent Decision.

Respectfully,

Bernadette R. Juarez

cc: Dr. Ron Dehaven, Dr. Chester Gipson, Dr. Betty Goldentyer, Dr. Denise Sofranko
Popcorn Park Zoo, The Nashville Zoo, The Performing Animal Welfare Society, The Elephant Sanctuary in Tennessee, Christopher Hamblen

---

[1] APHIS approves this donation provided that the Nashville Zoo establishes an effective means to quarantine "Joy." The Nashville Zoo has represented to APHIS that it is not prepared to receive Joy immediately and has requested additional time to address her Group C needs.