# Debra Lynn Leahy v. USDA

# Exhibit E



United States         Office of the        Washington,
Department of         General              D.C.
Agriculture           Counsel              20250-1400

July 19, 2004

HAND DELIVERED AND FACSIMILE
Derek L. Shaffer
Cooper & Kirk, PLLC
1500 K Street N.W.
Suite 200
Washington, DC 20005

Subject:   In re: JOHN F. CUNEO, JR., an individual; THE HAWTHORN
CORPORATION, an Illinois corporation; THOMAS M. THOMPSON, an
individual; JAMES G. ZAJICEK, an individual; JOHN N. CAUDILL, III, an
individual; JOHN N. CAUDILL, JR., an individual, and; WALKER
BROTHER'S CIRCUS, INC., a Florida corporation; and DAVID A. CREECH,
an individual, AWA Docket No. 03-0023

Dear Mr. Shaffer:

I write in response to your letter, dated July 13, 2004, stating that you "will be entering an appearance" as counsel of record for respondents John F. Cuneo, Jr., and The Hawthorn Corporation ("Hawthorn") in the above-captioned proceeding.

I am puzzled by your explanation of the rationale for your impending representation of Mr. Cuneo and Hawthorn, to wit, that their current counsel may be required "to appear as witnesses on Mr. Cuneo's behalf." As this case was resolved pursuant to a Consent Decision and Order issued on March 12, 2004, and I am unaware of any other litigation between the parties.

Although we appreciate Mr. Cuneo's representations that he has a "longstanding attachment" to the elephants and "personal concern for their well-being," we believe that those representations are belied by a recent inspection of Mr. Cuneo's and Hawthorn's facility. The inspection revealed that the elephants are in fact not being well cared for. Specifically, according to their existing veterinary records, Mr. Cuneo and Hawthorn have not provided any tuberculosis treatment to the two tuberculosis-positive elephants, Misty and Lota, since March 4, 2004. *See attachment C.* Lota, in particular, is not in good flesh and appears to have lost a significant amount of weight. *See attached photographs D and E.* None of the elephants has received foot care. *See attached photographs A and B.* As Mr. Cuneo and Hawthorn are aware, the Order contains their agreement "to provide to each of the elephants, humane care (including veterinary care), husbandry, and housing until such time as each and every elephant is placed in accordance with the provisions of paragraph 3." Order at ¶ 7.

Nor does it appear that Mr. Cuneo's actions support his statement that his "overriding goal" has been "to promptly identify suitable donees" and "good homes" for the elephants. You are correct that Mr. Cuneo and Hawthorn have only placed one elephant, Judy. As you have accurately paraphrased APHIS's approval criteria, on page 4 of your letter, we are confidant that Mr. Cuneo has had the ability to "realistically identify and propose acceptable donees." To date, Mr. Cuneo has proposed eight facilities for the remaining elephants. Unfortunately, none has met all of the requirements.[1]

---

[1] Nashville Zoo and African Lion Safari declined to be donees; Marion Nature Park has no experience with elephants and lacks adequate housing; Patricia Zerbini lacks adequate housing;

2

I realize that you are concerned that the process of identifying and approving suitable donees "may be such that Mr. Cuneo cannot realistically dispose of his elephants as intended by the parties and memorialized" in the Order. Although I do not agree, I understand, as do you, that the Order provides that Mr. Cuneo's and Hawthorn's failure to donate the elephants by August 15, 2004, in compliance with paragraph 3 of the Order, will result in the immediate revocation of their exhibitor's license. Should that occur, Mr. Cuneo and Hawthorn will be unable to transport any animals for exhibition or exhibit any animals legally. I have a different concern – that despite the availability of suitable, approved donees, one or more of the elephants will no longer be physically able to be transported safely because of declining health.

As always, we remain willing to consider such other facilities as Mr. Cuneo and Hawthorn may propose between now and August 15, 2004.

Respectfully,

Bernadette R. Juarez

cc: Benjamin W. Boley, Dr. DeHaven, Dr. Gipson, Dr. Goldentyer

---

The Animal Park, Inc., lacks adequate housing and one of its elephants recently attacked and severely injured a keeper; Endangered Ark Foundation (Carson & Barnes Circus) has not demonstrated the ability to comply with the Act and Regulations (it is the subject of a Animal Welfare Act compliance investigation); George Carden Circus International was disapproved because it intended to use donated elephants for traveling exhibition, which would pose a risk of tubercular contagion to the national elephant herd and the general public; and Scott Riddle has not provided sufficient information on which to determine his suitability to be a donee, including his willingness to accept elephants. See Letter from Scott Riddle, dated July 14, 2004.