# Debra Lynn Leahy v. USDA

# Exhibit G

AUG 10 '04 02:30PM (847)546-3454
AUG-10-2004 15:22 From:WEITZNER LAW    2022650403    To:7085463454    P.2/5

## AFFIDAVIT OF JOHN F. CUNEO, JR.

I John F. Cuneo, do hereby swear, under the penalty of perjury, that the following is true and accurate:

1. I am the President and owner of the Hawthorn Corporation, which has been in business since 1950.

2. The Hawthorn Corporation possesses exhibitor's license No. 33-C-053 under the Animal Welfare Act. The Hawthorn Corporation currently owns the 13 elephants at issue, as well as 1 lion and approximately 85 tigers. All of the animals are housed in the Hawthorn Corporation's facility in Richmond, Illinois facility when they are not traveling.

3. Since 1950, the Hawthorn Corporation has built an international reputation for its reliability and the quality of the animals it provides. The Hawthorn Corporation contracts the animals to various international producers of circuses, shows, exhibits, advertising commercials, etc.

4. Currently, a group of about 16 of the Hawthorn Corporation's tigers is touring throughout the country, until November 2005, under the auspices of the Hawthorn Corporation's exhibitor's license. The tour is now in Wisconsin at the Wisconsin State Fair.

5. Another group of about 15 of the Hawthorn Corporation's tigers is scheduled to leave for Europe in early-September 2004 for a tour. On September 24, 2004, these tigers will open in Warsaw, Poland for the Warsaw Circus Festival. The tigers will tour with prestigious Cirque Medrano in France and be featured in the renowned 29th Festival International Du Cirque in Monte-Carlo in January of 2005. This will be the second time the tigers have been invited to the Festival in Monte-Carlo. The last time the tigers were invited, they were presented with a special award from Prince Rainer personally.

AUG 10 '04  02:31PM (847)546-3454
AUG-10-2004 15:22 From:WEITZNER LAW      2022650403           To:7085463454       P.3
                                                                                  P.3/5

6. A smaller group of 7 of the Hawthorn Corporation's tigers is scheduled to begin a fall tour of the U.S., with stops in Montgomery Alabama, West Virginia, and Mississippi. The group is then contracted to tour with the Carden Circus.

7. Negotiations are currently underway for a fourth group of the Hawthorn Corporation's tigers to begin a stint in Shanghai, China, where a theater is under construction for them. This tour was scheduled to begin during the SARS scare in China and was subsequently cancelled.

8. These animals are booked for exhibition long in advance, often at least a year in advance and sometimes more. The contracts vary in length from weeks to years, depending on the needs of the client. Without its exhibitor's license, the Hawthorn Corporation would have to shut down its operations and cease sending its animals traveling for exhibition, at grave and permanent cost to its strong business relationships, sterling reputation, and ongoing operations.

9. In the United States, the tiger contracts provide for "turn key" service, meaning that the Hawthorn Corporation provides the transportation, cages, food, trainers, handlers, and everything besides the venue. The jobs of many trainers, handlers, and support people will be lost should the Hawthorn Corporation's exhibitor's license be revoked.

10. In addition, if the Hawthorn Corporation's exhibitors license is revoked, I am greatly concerned that the legality of the Hawthorn Corporation's continued ownership of these exotic animals may be called into question by governmental authorities, resulting in possible confiscation of the animals.

11. My overriding concern with respect to the donation process in this matter has always been for the welfare of the elephants. I have consistently made, and will continue to make, my utmost efforts to provide for their well-being and will continue to do so. Indeed, I

AUG-10-2004 15:42           7085463454              99%              P.03

AUG 10 '04 02:31PM (847)546-3454
AUG-10-2004 15:22 From:WEITZNER LAW    2022650403    To:7085463454    P.4
P.4/5

have offered to commit tremendous personal resources and ongoing financing to fund any additional facilities and staff in order to ensure that Scott Riddle will be able to provide and maintain an excellent home for these elephants, in the event that he is approved as a donee. I have done so only because I am convinced that Scott Riddle is the best available donee for these elephants; he is an expert and conscientious elephant person, with a facility, Riddle's Elephant Sanctuary, that will be well suited to providing the continuous long-term care that the elephants need and deserve. Correspondingly, I have always been unwilling to donate my herd of elephants to Carol Buckley of the Elephant Sanctuary and Pat Derby of the Performing Animal Welfare Society, unless I am absolutely forced to, because I have the abiding conviction that they do not have the requisite expertise and facilities to properly provide and care for this herd and will in fact leave any significant portion of the herd that may be assigned to them in a state of neglect. Indeed, my employees are now refusing under any circumstances to transport my remaining elephants to either Carol Buckley or Pat Derby because they so deeply share my concerns.

12.   Elephants are highly social animals with well-developed relationships, and many of the elephants in my herd have been together for well over a decade. As such, I consider it important to keep these elephants together as a herd to the maximum extent possible.

13.   Any dimutive arrangements that involve making proper arrangements and accommodations to transport and care for 13 elephants will necessarily take a considerable period of time to bring to fruition, likely on the order of several months, even under the best of circumstances. Among other things, it takes a great deal of time to undertake all of the appropriate planning and coordination, to obtain necessary transportation permits and approval

AUG-10-2004 15:42    7085463454    98%    P.04

AUG 10 '04  02:31PM (847)546-3454                                          P.5
AUG-10-2004 15:23 From:WEITZNER LAW         2022650403        To:7085463454      P.5/5

from all of the relevant authorities, to build new facilities or modify existing ones, to arrange for trained personnel, and to carefully and safely move these enormous but highly sensitive animals.

_____
John F. Cuneo, Jr.

Date: __8-10-04__

Subscribed and sworn before me this __10__ day of August, 2004.

Notary Public: __Barbara McCoskey__

**OFFICIAL SEAL
BARBARA MCCOSKEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/31/04**

My commission expires: __8-31-04__

4

AUG-10-2004 15:42              7085463454                  99%              P.05