UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNN LEAHY, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) Civ. No.<br>)<br>) |
| THE UNITED STATES DEPARTMENT OF<br>AGRICULTURE, <u>et al.</u> | )<br>)<br>) |
| Defendants. | )<br>) |

## MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, plaintiffs hereby move for a temporary restraining order to temporarily set aside a decision by defendant the United States Department of Agriculture (USDA) to approve the transfer of three captive elephants from the Hawthorn Corporation in Illinois to the "Endangered Ark" facility in Oklahoma, which is run by the Carson & Barnes circus – notorious for abusing captive elephants with electric prods and bull hooks. Although the USDA has repeatedly determined that Carson & Barnes is <u>not</u> a suitable place for these animals, because it "has not demonstrated the ability to comply with the [Animal Welfare Act] and Regulations," and although there are alternative locations for the animals that the agency has determined <u>are</u> in compliance with the relevant laws, plaintiffs were informed on Monday, June 6, 2005, that the USDA nevertheless made a final decision to approve the transfer of these elephants to Carson & Barnes. Moreover, on information and belief, absent immediate intervention by this Court, the transfer is scheduled to **occur some time this week** –

**i.e., within the next few days**.[1]

Accordingly, because plaintiffs can demonstrate irreparable harm if this transfer is permitted to occur, there will be no harm to the USDA or any other party if the transfer is delayed, and plaintiffs can also demonstrate that they have a strong case on the merits, a temporary restraining order should be issued.

Respectfully submitted,

_____
Tanya M. Sanerib
(D.C. Bar No. 473506)
Katherine A. Meyer
(D.C. Bar No. 244301)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206

Date:   June 8, 2005

---

[1] Plaintiffs have been unsuccessful in their attempts to verify with both the USDA and the Hawthorn Corporation precisely when the elephants will be transferred.