<u>Debra Lynn Leahy v. USDA</u>

Plf. Exh. 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNN LEAHY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civ. No. |
| v. ) | |
| ) | |
| THE UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, et al. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF MARY BETH SWEETLAND

1. I am the Director of Research and Investigations and Senior Vice President of People for the Ethical Treatment of Animals (PETA). I am submitting this declaration in support of the plaintiffs' motion for a temporary restraining order.

2. I have been in charge of investigations at PETA since 1993 and was ultimately responsible for the investigation of Carson & Barnes Circus that was conducted by PETA in 1999.

3. Attached as Exhibit A is a true and accurate copy of video footage that was recorded by an employee in my department between February 2 and August 16, 1999. The video footage has been copied onto a DVD for the convenience of the Court. The video footage was recorded at a Carson & Barnes facility and shows an individual named Tim Frisco, who trains elephants for Carson & Barnes, conducting a "training" session for other Carson and Barnes' employees. Attached as Exhibit B is a transcript of what Mr. Frisco says during the time recorded on the video footage.

4.  The video footage shows Mr. Frisco poking the elephants with an electric prod, and viciously striking the elephants with a bull hook – a heavy club with a sharp point – while the elephants scream loudly and recoil in fear. The video footage also records Mr. Frisco telling the other employees that, to dominate the elephants, they must "hurt" them, "make 'em scream," and "[s]ink that hook into 'em," and that "when you hear that screaming then you know you got their attention." See also Exhibit B.

5.  Tim Frisco still works for Carson & Barnes, and is a high level official at Carson and Barnes' entity called the "Endangered Ark" which is where it breeds elephants for use in the circus and where the USDA has recently approved relocating three elephants who are currently in the possession of the Hawthorne Corporation.

6.  PETA long ago provided the USDA with a copy of this video footage, prior to the agency's decision to approve the transfer of the Hawthorne elephants to Carson & Barnes.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Mary Beth Sweetland

Date: June 8, 2005