Debra Lynn Leahy v. USDA

Plf. Exh. 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Debra Lynn Leahy, et al., | ) | |
|       Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No. |
| The United States Department of Agriculture, et al., | ) ) ) ) | |
|       Defendants. | ) ) | |

## DECLARATION OF GAY A. BRADSHAW

I, Gay A. Bradshaw, hereby declare as follows:

1. I submit this declaration on behalf of the plaintiff's request for a temporary restraining order to enjoin the USDA's decision to approve the transport and transfer of elephants from Hawthorn to Carson and Barnes' Endangered Ark Foundation.

2. I am a research scientist. My Master's degree is from Stanford University, my first doctorate degree is from Oregon State University and my second, in progress doctorate (ABD) from Pacifica Graduate Institute of Psychology, Santa Barbara, California. My research focuses on the sources of and relationship between stress, trauma, and elephant behaviour.

3. It is my scientific opinion that the transfer of elephants from Hawthorn to The Elephant Sanctuary in Tennessee with concomitant retention of group integrity is most favorable for the elephants' welfare. This opinion is informed by my own research and understanding of the significant body of extant research on elephant behavior and ecology.

4. In the convention of both veterinary medicine and science, *in situ* and *ex situ* elephant welfare and health are evaluated relative to conditions and behaviour of wild, free-

ranging populations. By these criteria, what I understand to be their current conditions are extremely disparate with those found historically in the wild. Basic biophysical (e.g., quality and quantity of range and habitat) and psychosocial (e.g., herd structures and processes, free agency) needs characterizing free-ranging conditions are lacking in captive settings as described in their present and proposed locations. Such psychological, social, and biophysical differentials create conditions leading to high and chronic stress. Even though elephants may be able to survive in these very artificial and depauperate conditions, the differential between zoo and wild conditions creates conditions for considerable stress that severely undermines elephant welfare. Sources of stress include separating family members or companions with whom they have spent a great deal of time.

5. Elephants in the wild live in matriarchal family groups, or herds, based on highly developed, hierarchical, and complex social and family bonds. These herds are composed of mothers, grandmothers, sisters, and aunts who all play roles in raising babies and young elephants. Like other social mammals, the highly intricate, hierarchical, complex relationships and developmental bonds of elephants are key to the creation and maintenance of health. Elephants mourn their dead, support their sick, and assist in the rearing of the young. Loss or disruptions of these relationships has been documented to perturb elephants significantly and traumatize.

6. As a vast body of biomedical research documents, chronic stress and trauma are highly correlated with a spectrum of psychological and physiological disorders. Many incarcerated elephants exhibit an array of disorders and behaviors commensurate with stereotypy, PTSD (post traumatic stress disorder), as well as physical manifestations expressing as disease,

2

susceptibility to injury, reduced recuperative abilities, and other debilitating effects that are correlated with socio-environmental stress evident in humans and other mammals. Given the shared neurobiology between humans, elephants, and other social mammals, the behavioral and physical disorders that have been observed in many captive elephants are entirely predictable and consistent with scientific studies.

7. There is no better place for elephants than with their intact family groups in their wild home ranges where they have free agency and appropriate habitat. However, if and when elephants are kept in captivity, elephants that have formed bonds with their surrogate families should be kept together to the maximum extent and also under biophysical conditions that emulate wild, free-ranging conditions as closely as possible.

8. It is my understanding that many of the Hawthorn elephants have been together as a family for years, and that in particular, over the past two years, these elephants have been together at the Hawthorn Corporation compound in Illinois. As a result, given substantive documentation from both *in situ* and *ex situ* settings, separating these elephants from each other is predicted to be extremely stressful and subsequently deleterious to the elephants.

9. Based on what I know about Carson & Barnes and/ or the Endangered Ark Foundation it is my scientific opinion that the transfer of three elephants to these locations would be against the best interests of these animals and threaten their well-being.

10. In my scientific opinion, the best place for the Hawthorn elephants would be at The Elephant Sanctuary in Tennessee. By its provision of much greater space, natural (i.e., soil versus concrete, ample trees and water) habitat, multiple and diverse social contacts, and significantly, the ability for elephants to exercise free will and agency, The Elephant Sanctuary

offers a tremendous opportunity for the recuperation of these captive and ailing elephants. This sanctuary has agreed to accept all eleven of the remaining female elephants in the Hawthorn family.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
G.A. Bradshaw

June 8, 2005