UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Debra Leahy, et al.,            )
                                )
          Plaintiffs,           )
                                )
v.                              )     Civ. No.
                                )
United States Department of     )
Agriculture, et al.,            )
                                )
          Defendants.           )

## DECLARATION OF PAT DERBY

1.  I am the President of the Performing Elephant Welfare Society ("PAWS"), which is a non-profit organization located in Galt, California. PAWS is home to both African and Asian elephants. I submit this declaration on behalf of the plaintiffs' request for a temporary restraining order.

2.  PAWS spends resources each year advocating for the protection of elephants. It routinely sends submissions to the federal government concerning the treatment of captive animals, offers expert testimony in cases concerning captive elephant abuse and mistreatment, instructs industry professional and regulatory agencies as to the humane care, treatment and management of captive elephants, and submits comment letters when the government requests public comments regarding agency actions that concern and affect elephants and their welfare.

3.  I have over thirty years of experience observing and managing captive elephants. Attached is a copy of my curriculum vitae, which I hereby incorporate by reference.

4.  PAWS is an elephant sanctuary which is distinguishable from most facilities for captive elephants in the United States. A sanctuary is defined as a place of refuge or asylum. PAWS is accredited by The Association of Sanctuaries ("TAOS"). There are only three

sanctuaries in the United States that are accredited by TAOS that provide a home and care for elephants: PAWS, the Elephant Sanctuary in Tennessee, and Black Beauty Ranch in Texas. In order to be accredited by TAOS, a sanctuary must comply with rigorous standards of sanctuary management and animal care, adhere to certain expectations of excellence – including that the animals are not allowed to breed, be used in commercial activities, and that the sanctuary make a lifetime commitment to the animal – and abide by a Code of Ethics.

5. Carson and Barnes' Endangered Ark Foundation is not accredited by TAOS.

6. Elephants in the wild live in matriarchal family groups, or herds, based on highly developed, hierarchical, and complex social and family bonds. These herds are composed of mothers, grandmothers, sisters, and aunts who all play roles in raising babies and young elephants. In the wild, baby elephants are usually not weaned from their mothers until they are nearly six years old, and, even after that, female elephants remain with their mothers and the other members of their related herd for the remainder of their lives, and males stay with their families until they are about 14 years old, when they go off to start their own families. Thus, the highly developed, hierarchical, and complex social and family bonds of elephants are similar to human social and family bonds in many ways.

7. Families and friends are extremely important to elephants. Elephants live in close-knit family groups, mourn their dead, support their sick, and assist in the rearing of the young. The matriarch of the herd mentors her daughters, passing on wisdom and knowledge paramount to the survival of the herd.

8. As with humans, an elephant memory spans its lifetime, meaning that losses are always remembered as are other aspects of the elephant's life. Elephants' remember things over their lifetime and their long term memories mean that they harbour grudges and remember ill

2

treatment.

9. Elephants are extremely sensitive and perceptive creatures. For example, elephants communicate with each other through infrasound – extremely low vibrations that cannot be heard with human ears. In addition to elephants sending and receiving infrasound communications capable of traveling several miles through the air, researchers believe these communications can also be sent and received through the ground, with the elephant's fleshy footpads acting as the sending/receiving device. Researchers have documented elephants communicating in this manner over distances of 30 miles, which helps to facilitate the coordination of herd activity within extensive home ranges.

10. I am familiar with the saga of the Hawthorn elephants, the USDA' charges against Mr. Cuneo, the Hawthorn Corporation, and others, and the USDA, Mr. Cuneo and the Hawthorn Corporations' efforts to find donees that are willing to accept the Hawthorn elephants. PAWS was approved by the USDA as a donee, but unfortunately is not able to accept any additional elephants at this time.

11. There is no better place for elephants than with their family groups in their home ranges. However, when elephants are kept in captivity, elephants that have formed bonds with their surrogate families should be kept together to the maximum extent possible. I also believe that it is only appropriate to separate members of a surrogate, captive family if the opportunity is presented to vastly improve the lives of some of the elephants by separating them -- i.e. by moving those animals to a true animal sanctuary. In such cases, the cost of breaking the elephants' social bonds and ties with each other would have to be outweighed by the benefits the elephants would receive from their new home.

12. Many of the Hawthorn elephants have been together as a family for years. In

particular, for the last two years these elephants have been together at the Hawthorn Corporation compound in Illinois. The elephants have not traveled during this time period and have spent their time together. As a result, separating these elephants from each other would be extremely detrimental to the elephants. Indeed, since the Hawthorn elephants have been taken off the road, they have lived through the death of one of their herd mates – Tess – and the removal of three members of the herd Lota, Misty, and Judy. These experiences have also created lasting bonds between the remaining elephants, and dividing them up and sending three of them to a different location at this time would be extremely harmful to the elephants that are removed from their surrogate family and the rest of the family.

13. The Hawthorn elephants have already suffered greatly, appearing with various different circuses and leading the grueling life of a working circus elephant – chained, performing, loading up, moving, un-loading, chained, performing, etc. In fact the "care" of these animals was so egregious that USDA filed charges against Mr. Cuneo and the Hawthorn Corporation under the Animal Welfare Act – an action the USDA preserves for only the most egregious violators of the Act. Thus, the USDA's decision to divide up the Hawthorn herd and ship some of them to Carson & Barnes' Endangered Ark Foundation would be particularly harmful to these elephants given everything that they have already lived through. Certainly there are no benefits that out weigh the costs of this decision.

14. Elephants suffer significant and traumatic harm during transportation. One of the most traumatic things about being transported for elephants is that they are confined on all sides, and often cannot physically touch each other. They are chained on a hard surface which is detrimental to an elephant's sensitive feet and forced to endure the loud sounds and jerky movements of the trailer.

4

15. Frequently, trailers used to transport elephants and other large animals do not contain the facilities to provide food or water to the animals during transport, nor do they provide a mechanism for disposing of any excrement from the elephants.

16. As a result, the three elephants will also suffer considerable harm during their transport especially given that they have been off the road for over a year and are likely unaccustomed to traveling.

17. I am also aware that Carson and Barnes Circus has been cited by the USDA for violations of the Animal Welfare Act as a result of its transportation trailers overturning with elephants inside. Moreover, Carson and Barnes' history of having non-compliant transport trailers for elephants and for having their trailers tip over with elephants in them could result in moderate to severe physical harm to the three Hawthorn elephants, as well as psychological and emotional trauma, if there are any incidents that result from their transport by Carson and Barnes.

18. The life these three elephants would lead at the Endangered Ark Foundation would not in any way be comparable the elephants would lead at a TAOS accredited sanctuary such as the Elephant Sanctuary in Tennessee. It is clear that one of the purposes of donating these elephants to Carson and Barnes' Endangered Ark Foundation is to use them in a captive breeding program. In light of the abysmal success rate of breeding elephants in captivity or producing surviving offspring, it is particularly cruel to breed these animals.

19. Entities that utilize captive elephants find themselves in need of new elephant genes and females that can be mothers, because they have had very poor success with breeding and successful births by elephants in captivity. Since 1994 there have been 15 births of African elephants in captivity. See Orlando Sentinel, Big Mama (March 17, 2003) (PAWS Ex. A). Of

these fifteen births, only five calves have survived. Id. In the last nine years, at least one African elephant mother has died due to complications associated with giving birth or being pregnant. See Associated Press, Elephant Dies at Marine Park, Infection from Pregnancy to Blame (Nov. 26, 2002) (PAWS Ex. B). Thus, the net result is that the breeding program is raising the death rate and killing captive elephants.

20.     The harm to the three Hawthorn elephants from breeding could be even more grave as these elephants are all over 20 years old and elephants – both in the wild and in captivity – that have not given birth by this age are generally more susceptible to complications with their pregnancies or births. As a result, the harm these elephants would suffer by being breed at the Endangered Ark Foundation would be significant and could even be deadly.

21.     Carson and Barnes has a reputation for mis-treatment of its animals. I have witnessed the videotape taken by an eye witness to Tim Frisco's beating of an elephant during a training session for elephant handlers. As Tim Frisco is the director of the Endangered Ark Foundation, or otherwise directly associated with the facility, it is clear that the three elephants the USDA has decided to place there would only be subject to a life of further mistreatment filled with bullhoooks and chains, and far away from their surrogate family. Thus, these animals would suffer irreparable harm if they are moved to the Endangered Ark Foundation.

22.     In my opinion the best place for the Hawthorn elephants would be at the Elephant Sanctuary in Tennessee. While the male could not remain with the family, this option for these elephants would at least provide for a separation of the elephants that is most akin to elephant activities in the wild – i.e., where females remain with their herds and males lead a more independent existence – and would provide the greatest benefit for these elephants that have already suffered so greatly.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Pat Derby

June 7, 2005