UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBRA LYNN LEAHY, *et al.*          )
                                    )
        Plaintiffs,                )
                                    )
                                    )
                                    )    Civ. No.
v.                                  )
                                    )
                                    )
THE UNITED STATES DEPARTMENT OF     )
AGRICULTURE, et al.                 )
                                    )
        Defendants.                )

## ORDER

Upon consideration of plaintiffs' motion for a temporary restraining order, and the responses thereto, it is this ___ day of _____, 2005

    ORDERED that the motion for a temporary restraining order is granted and it is further

    ORDERED that the decision by the United States Department of Agriculture to approve the transfer of elephants from the Hawthorne Corporation in Illinois to a Carson & Barnes facility in Oklahoma is hereby temporarily declared unlawful and set aside.

_____
United States District Judge