UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNN LEAHY, et al. <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, et al. <br><br> Defendants, <br><br> and <br><br> THE HAWTHORN CORPORATION and JOHN F. CUNEO, <br><br> Applicants for Intervention. | Civ. No. 05-1135 (PLF) |

## NOTICE OF FILING

Plaintiffs hereby provide notice of filing of the attached plaintiffs' Exhibit 3a to plaintiffs' Motion for a Temporary Restraining Order, which plaintiffs inadvertently omitted from the CD provided to the Court when they filed their Motion on June 8, 2005. Exhibit 3, the Declaration of Pat Derby, was filed with the Court and provided to the parties, but was inadvertently left off the CD provided to the Court. In addition, the Curriculum Vitae ("C.V.") of Pat Derby was not included as an attachment to her declaration in either paper format or electronic format. Therefore, plaintiffs submit an electronic version of the Declaration of Pat Derby and her accompanying C.V. as Exhibit 3a to plaintiffs' motion for a temporary restraining order.

                                        Respectfully submitted,

                                        Tanya Sanerib
                                        (D.C. Bar No. 473506)
                                        Meyer Glitzenstein & Crystal
                                        1601 Connecticut Ave., N.W., Suite 700
                                        Washington, D.C.  20009
Date:   June 10, 2005                   (202) 588.5206