IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**DEBRA LYNNE LEAHY** *et al.*,     )
                                    )
    *Plaintiffs*,       )
                                    )   Civil No. 05-1135
  v.                          )
                                    )
**THE UNITED STATES DEPARTMENT**    )
    **OF AGRICULTURE,** *et al.*, )
                                    )
    *Defendants*.       )
_____)

### ORDER

Upon consideration of the unopposed motion of John F. Cuneo, Jr, and the Hawthorn Corporation to intervene, and the entire record herein, it is hereby

ORDERED, that the motion be, and hereby is, GRANTED.

SO ORDERED this ___day of _____, _____.

                                                _____
                                              UNITED STATES DISTRICT JUDGE

Copies to: