IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNNE LEAHY *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Civil No. 05-1135 |
| v. ) | Judge Paul L. Friedman |
| ) | |
| THE UNITED STATES DEPARTMENT ) | |
| OF AGRICULTURE, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, proposed Defendant-Intervenor the Hawthorn Corporation makes the following disclosure: The Hawthorn Corporation is a non-governmental corporation with no parent corporation, and no publicly held corporation owns more than 10 percent of Hawthorn Corporation stock. The Hawthorn Corporation is a privately held company.

Dated: June 9, 2005                                      Respectfully submitted,

                                                          _s/Vincent J. Colatriano_____
                                                          Derek L. Shaffer
                                                                (DC Bar No. 478775)
                                                          Vincent J. Colatriano
                                                                (DC Bar. No. 429562)
                                                          Michael Weitzner
                                                                (DC Bar No. 472505)
                                                          Kathryn L. Wheelbarger
                                                          COOPER & KIRK, PLLC
                                                          1500 K St., N.W., Suite 200
                                                          Washington, D.C. 20005
                                                          (202) 220-9600

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2005, I caused a copy of the foregoing to be served via electronic mail and overnight delivery, postage prepaid upon the counsel below:

>Tanya M. Sanerib
>Katherine A. Meyer
>MEYER, GLITZENSTEIN & CRYSTAL
>1601 Connecticut Avenue, N.W.
>Suite 700
>Washington, D.C.  20009
>E-mail:  tanyasanerib@meyerglitz.com
>
>James Gilligan
>Isaac Campbell
>UNITED STATES DEPARTMENT OF JUSTICE
>950 Pennsylvania Avenue, NW
>Civil Division
>Office of Federal Programs
>Washington, DC 20530-0001
>E-Mail:  James.Gilligan@usdoj.gov
>E-Mail:  Isaac.Campbell@usdoj.gov

    s/Stephanie Sherman