UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNN LEAHY, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Civ. No. 05-1135 (PLF)<br>) |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, et al. | )<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| THE HAWTHORN CORPORATION and JOHN F. CUNEO, | )<br>)<br>) |
| Applicants for Intervention. | )<br>) |

## **PROPOSED ORDER**

Upon consideration of the plaintiff's Motion to File a DVD in Support of their Motion for a Temporary Restraining Order and supporting memorandum filed June 9, 2005, and the entire record herein, it is hereby

ORDERED that this motion is granted.

_____
U.S. District Judge