## DONATIVE AGREEMENT

Hawthorn Corporation hereby gives, donates and conveys to Endangered Ark Foundation, Hugo, Oklahoma, one female Asian elephant, named "Ronnie," approximately 35 years old; one female African elephant, named "Joy," approximately 25 years old; and one female Asian elephant, named "Gypsie," approximately 35 years old. The Hawthorn Corporation agrees to transport the elephants, at its expense, from the Hawthorn facility in Illinois, to Endangered Ark Foundation in Hugo, Oklahoma. Endangered Ark Foundation acknowledges that the elephants Ronnie, Joy, and Gypsie are inherently dangerous animals and that there are inherent risks associated with the managing, handling, treating and caring for the elephants. In addition, Endangered Ark Foundation acknowledges and agrees that Ronnie, Joy, and Gypsie must be handled by trained and experienced elephant handlers. Endangered Ark Foundation accepts the elephants Ronnie, Joy, and Gypsie "as is" and understands and agrees that the Hawthorn Corporation and Mr. John Cuneo, Jr. make no representations regarding the condition or behavior of the elephants. Endangered Ark Foundation understands that Ronnie, Joy, and Gypsie are currently considered to be Group C elephants by the Animal Plant Health Inspection Service ("APHIS") of the United States Department of Agriculture for purposes of APHIS *Guidelines for the Control of Tuberculosis in Elephants, 2003* (although the elephants have completed the requisite 18 months of negative testing for tuberculosis). Endangered Ark Foundation hereby assumes sole risk and responsibility for properly managing, handling, treating, and otherwise caring for

Ronnie, Joy, and Gypsie, and agrees to hold harmless the Hawthorn Corporation and John F. Cuneo, Jr. for any acts and omissions associated therewith, from the time of receipt onward. Endangered Ark Foundation agrees to release the Hawthorn Corporation, its officers, employees, agents, and all Respondents in USDA AWA Docket No. 03-0023 with respect to all claims, liabilities, losses, suits or expense arising out of any injury, damage, death, illness, or other loss in any way connected with transporting, managing, handling, treating, and otherwise caring for the elephants.

HAWTHORN CORPORATION

By _____
John F. Cuneo Jr.   **President**
                    **The Hawthorn Corporation**

Date: 05/19/05, 2005

ENDANGERED ARK FOUNDATION

By _Barbara Byrd_
Barbara Byrd

Date: 5-5, 2005