JUN-01-2005 16:34   FROM:CARSON AND BARNES CIRCUS   COOPER & KIRK, PLLC   FAX NO. :18316011621   7085453454   202 220 9607   P.01   P.02/03

# DONATIVE AGREEMENT

Hawthorn Corporation hereby gives, donates and conveys to Endangered Ark Foundation, Hugo, Oklahoma, one female Asian elephant named "Debbie," approximately 32 years old. The Hawthorn Corporation agrees to transport the elephant at its expense, from the Hawthorn facility in Illinois, to Endangered Ark Foundation in Hugo, Oklahoma. Endangered Ark Foundation acknowledges that the elephant Debbie is an inherently dangerous animal and that there are inherent risks associated with managing, handling, treating and caring for the elephant. In addition, Endangered Ark Foundation acknowledges and agrees that Debbie must be handled by trained and experienced elephant handlers. Endangered Ark Foundation accepts the elephant Debbie "as is" and understands and agrees that the Hawthorn Corporation and Mr. John Cuneo, Jr. make no representations regarding the condition or behavior of the elephant. Endangered Ark Foundation understands that Debbie is currently considered to be a Group C elephant by the Animal Plant Health Inspection Service ("APHIS") of the United States Department of Agriculture for purposes of APHIS Guidelines for the Control of Tuberculosis in Elephants, 2003 (although the elephant has completed the requisite 18 months of negative testing for tuberculosis). Endangered Ark Foundation hereby assumes sole risk and responsibility for properly managing, handling, treating, and otherwise caring for Debbie, and agrees to hold harmless the Hawthorn Corporation and John F. Cuneo, Jr. for any acts and omissions associated therewith, from the time of receipt onward. Endangered Ark Foundation agrees to release the Hawthorn Corporation, its

officers, employees, agents, and all Respondents in USDA AWA Docket No 03-0023 with respect to all claims, liabilities, losses, suits or expense arising out of any injury, damage, death, illness, or other loss in any way connected with transporting, managing, handling, treating, and otherwise caring for the elephant.

HAWTHORN CORPORATION

By _____
John F. Cuneo Jr.

Date: 06/01/2005

ENDANGERED ARK FOUNDATION

By __Barbara Byrd__
Barbara Byrd

Date: 6-1-2005