IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNNE LEAHY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants, <br><br> and <br><br> THE HAWTHORN CORPORATION and JOHN F. CUNEO, <br><br> Defendants-Intervenors. | Civil No. 05-1135 <br> Judge Paul L Friedman |

## DECLARATION OF JOHN F. CUNEO, JR.

I, John F. Cuneo, do hereby swear, under the penalty of perjury, that the following is true and accurate:

1. I am the President and owner of the Hawthorn Corporation.

2. The Hawthorn Corporation presently has 12 elephants, including Debbie, Joy, Ronnie, and Gypsy. In addition, the Hawthorn Corporation owns a lion and approximately 85 tigers that it leases to circuses and other public exhibitors.

3. The elephants have not been exhibited to the public in three years, since 2002, but the tigers are still exhibited around the world, to international acclaim.

4. On May 18, 2005, I, on behalf of the Hawthorn Corporation, signed a Donative Agreement for Joy, Ronnie and Gypsy to be donated to the Endangered Art

1

Foundation ("EAF"). On June 1, 2005, I, on behalf of the Hawthorn Corporation, signed a Second Donative Agreement for Debbie to be donated to EAF.

5. These donations were approved by the United States Department of Agriculture ("USDA") and executed pursuant to the Consent Decree entered into with the USDA, which became effective on March 15, 2004.

6. Since the consent decision was first entered, more than a year ago, I have been working tirelessly to find appropriate homes for my elephants. Unfortunately, it has proved extremely difficult to find qualified, willing donees that we and USDA can agree upon. We have thus far been able to place three elephants: Judy went to an individual donee shortly after the consent decision was signed, and Misty and Lota went to The Elephant Sanctuary around November of last year.

7. Especially given the difficulties to date, EAF's willingness to serve as a donee is a tremendous boon to those involved in the donation process, especially the elephants, for I have always considered it a first-rate facility that is among the finest in the country.

8. The Hawthorn Corporation has owned Debbie since March 1999, Gypsy and Joy since February 1995, and Ronnie since 1975, when she was a small calf.

9. I have great personal affection for all my elephants, and care deeply about their health and welfare. Indeed, that is the only reason I have worked as hard as I have and spent as much money as I have (on the order of hundreds of thousands of dollars, much of it legal costs) over the course of the past year, in an effort to ensure that my elephants find the homes they deserve and continue to receive

appropriate care in the meantime. Because I no longer exhibit these elephants, I do not stand to make any money from them whatever

10. All of the elephants are housed in a temperature-controlled barn in Richmond, Illinois. The barn is set several hundred feet back from the entrance to the facility itself, which is surrounded by a 10-foot-high fence, topped with barbed wire, and secured with an electric gate. The fence and barbed wire surround the entire facility.

11. The Richmond, Illinois facility is not open to the public and only Hawthorn Corporation employees are permitted inside the facility. Those wishing to enter need to call from outside the gate and be buzzed in by a Hawthorn employee; as a matter of policy, the only people we admit are authorized inspectors from USDA and such, and essential service-people (such as plumbers, electricians and the like).

12. I have read the allegations set forth in PETA's Complaint and accompanying exhibits.

13. As far as I know, Debra Leahy has never visited any Hawthorn Corporation facility, nor do I know of any occasion where she may realistically have trespassed on my Richmond property where the elephants are kept, which would presumably entail scaling the ten-foot high fenced, topped with barbed wire, and also avoiding detection by Hawthorn employees. Actually seeing the elephants would, as a general matter, further require entering the temperature-controlled barn, except for when the elephants are outside in nice weather, when they can be observed at a distance of about 1000 feet from outside the facility's perimeter.

14. After conferring extensively with staff who have worked at Hawthorn in present and past years, I have identified one and only one time that Debra Leahy could have possibly have entered the facility, albeit without our specific permission. It was on November 23, 2003, when USDA came to confiscate Delhi and to load her for transportation to The Elephant Sanctuary in Tennessee.

15. On or about November 23, 2003, USDA officials were accompanied by unspecified persons. The USDA refused to identify anyone who came that day and told me that everyone there was under the "umbrella of the USDA." It is conceivable that, although no one specifically identified her as such, Ms. Leahy was among those persons such that she came inside the gates of the facility on that date.

16. The transfer of Delhi to, and loading of her by, USDA took place outside of the elephant barn, within which all four of the elephants now at issue (Ronnie, Joy, Gypsy, and Debbie) were being housed. Delhi was brought out by Hawthorn Corporation employees. The other elephants remained inside the barn, out of view from the loading area.

17. On November 23, 2003, only two men who accompanied the USDA could have seen any elephant besides Delhi. Those two men entered the barn to use the restroom. Other than that, no one else there from the USDA had access to the barn or saw any other elephant.

18. The USDA and its accompanying contingent were at the Hawthorn facility for approximately three hours on November 23, 2003, while loading Delhi.

19. I struggle to fathom how Ms. Leahy would possibly even be able to identify, let alone develop meaningful relationships with, these four elephants. Although Joy is an African elephant, and therefore readily distinguishable, the other three are all adult, female Asians, and only after knowing these elephants intimately for some time does one become acquainted with their identifying features and personalities.

20. Even if Ms. Leahy has seen the elephants at a show, more then three years ago, she could not have gotten close to the elephants. During the performances, the public, which is seated at a safe distance, cannot approach the elephants, which are performing in a ring under careful supervision, or vice versa. At other times, the elephants are kept within a protected area from which the public is separated and kept at a distance by a guard fence.

21. Ms. Leahy claims that I recently invited her to visit the facility to see the elephants. This mischaracterizes our conversation. Ms. Leahy called me several weeks ago, around the week of May 9, to advocate on behalf of The Elephant Sanctuary ("TES"). During the conversation, Ms. Leahy claimed that no facility is better than TES. As an aside, I mentioned that I wished she could see our facility. At that point, Ms. Leahy said she could arrange to visit the facility immediately. I never meant the aside as a formal invitation. Nevertheless, I told her that I would have to confer with others and get back to her. After conferring with others, I promptly informed Ms. Leahy, around two days later, that she would not be permitted to visit. Ms. Leahy has not visited my facility pursuant to those conversations or since.

22. During my discussions with the USDA, I was informed that the elephants could not have any contact with members of the public. The USDA also informed me that any prospective donee could not allow members of the public to come close to the elephants. Only bona-fide employees of a donee facility could have access to and contact with the elephants.

23. Neither the Hawthorn Corporation nor I intend to permit Ms. Leahy or any other member of the public to visit the facility in Richmond, Illinois.

24. The Hawthorn Corporation and I are responsible for and committed to providing housing, food, and other care to these elephants while they remain at their facility, as well as arranging and financing transportation of the elephants to EAF, additional delay and disruption of the proposed transportation plan necessarily entails significant costs, potentially on the order of thousands of dollars. Specifically, caring for the remaining herd of 12 elephants costs on the order of $10,000 per month (and a proportionate amount for each day); those costs would be significantly reduced as soon as four of the elephants, a third of the herd, were to be successfully placed. Similarly, the costs of transporting the elephants will be several thousand dollars; canceling scheduled transportation has already cost us money in that we had to pay for the driver we had ready and waiting, and further disruptions stand to impose similar logistical costs.

25. Debbie, Joy, Ronnie and Gypsy have never tested positive for tuberculosis since testing began in 1997.

26. Unfortunately, I am all too familiar with PETA and its tactics. I have been on the receiving end of PETA's campaigns for years. My strong sense is that PETA is

so committed to its ultimate end of putting circuses out of business and ending public interaction with elephants, that it will stop at nothing, and employ any and all means, in order to do so. I have personally known PETA to repeatedly distort and invent facts for the sake of its campaigns.

27. I believe that one of the best ways to ensue the survival of elephants is through circuses and other public exhibitions, so people have the opportunity to appreciate and respect elephants the way I have. The sad truth is that elephants in the wild seem headed toward extinction, as their numbers are rapidly dwindling. The elephant population in the United States and other countries where the public is able to enjoy them may well offer the best hope for preserving these wonderful and noble animals, African and Asian elephants, for future generations.

28. PETA does not believe in circuses, and to my knowledge does not approve of any circus that features animals of any kind.

29. PETA attacks circuses and zoos without acknowledging or understanding the important role they play in entertaining and educating the public.

30. I am very glad indeed that the elephants are being donated to EAF and will be in the care of Barbara Byrd and her family.

31. I have known Ms. Byrd's grandfather, Obert Miller and her father, D.R. Miller for many years. In fact, I have known Barbara since she was a small child.

32. Her family has been in the circus business for over 50 years and I hold the Carson & Barnes Circus and EAF in the highest regard.

33. Barbara Byrd is preeminent within the elephant community as a caregiver and custodian who takes excellent care of, and truly loves, her animals. I have known

her and her staff for decades and hold them in the highest esteem. I believe her staff is one of the best staffs in North America.

34. I know that EAF lost a 5-year old elephant to herpes, which was tragic and devastating. Unfortunately, herpes is not an uncommon to juvenile elephants. Even so, EAF has, to its great credit, more recently been able to successfully treat another juvenile elephant for this dreaded disease.

35. These four Hawthorn elephants are particularly well suited for EAF because they are females of breeding age (indeed, two have already had calves) and are especially sweet elephants who interact very well with humans on staff. Consistent with USDA's approval criteria, EAF has committed to housing the elephants at issue in a separate facility where they will be quarantined from the public and other elephants.

36. These elephants are inveterate travelers. As part of their circus lives, they have traveled all around the country and made countless trips no different than that from Hawthorn to EAF. These trips cause the elephants no harm whatever.

37. I have raised and cared for elephants for decades. These animals are like members of my family. I have the utmost respect for them and consider it an honor to have been able to provide people across the country the chance to appreciate these magnificent animals.

38. I am hopeful that Debbie, Joy, Ronnie and Gypsy may breed at EAF. It is healthy and natural and will help further the survival of the species.

Dated: 06/15/05

John F. Cuneo, Jr.

8

TOTAL P.09