# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNNE LEAHY *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 05-1135 |
| | ) Judge Paul L Friedman |
| THE UNITED STATES DEPARTMENT | ) |
| OF AGRICULTURE, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| THE HAWTHORN CORPORATION and | ) |
| JOHN F. CUNEO, | ) |
| Defendants-Intervenors. | ) |

## DECLARATION OF BARBARA BYRD

I, Barbara Byrd, do hereby swear, under penalty of perjury, that the following is true and accurate:

1.      I, along with my husband Geary L. Byrd, and daughters, own and manage the Endangered Ark Foundation as well as the Carson & Barnes Circus.

2.      Carson & Barnes is a family circus that my parents founded in the mid-1950s.

3.      I have grown up around the circus and am the third generation in my family to work in circuses. Were it not for my love of animals, I would not be in this business.

4.      I have worked with elephants my entire life; besides being extremely devoted and affectionate toward them, I pride myself on taking excellent care of them, with the

1

benefit of decades of experience that have taught me how best to do so. My parents obtained their first elephant in 1940.

5.  The Carson & Barnes Circus travels around the country putting on shows.

6.  During the day, Carson & Barnes sponsors educational programs for local school children free of charge that includes a section on elephants in order to increase children's appreciation and understanding of elephants.

7.  Carson & Barnes is generally acknowledged as one of the best circuses in the nation and has won numerous awards and distinctions: it was named one of America's Favorite Circuses; in 2000, my parents D.R. and Isla Miller were inducted into the International Circus Hall of Fame for their work with the Carson & Barnes Circus; Carson & Barnes has been honored by and given the keys to cities and towns throughout the United States

8.  Carson & Barnes is also a member of the Outdoor Amusement Business Association and Elephant Manager's Association, which are well respected and established organizations devoted, among other things, to setting the benchmark standards for proper handling of elephants in public exhibitions.

9.  Seven elephants currently travel with the Circus. Five Asian elephants typically perform and two African elephants are exhibited in any given town. In addition to the elephants, the Circus has tigers, lions, a camel, llamas, zebra, a pigmy hippopotamus, donkeys, goats, and various horses.

10. The Carson & Barnes Circus employs about 250 people, approximately 200 of whom travel with the circus.

2

11.    Carson & Barnes is committed to elephant care and research. The Circus has

cooperated with preeminent veterinary researchers; including Dr. Ted Friend at

Texas A & M, to study the health and behavior of circus elephants.

12.    The Endangered Ark Foundation ("EAF") was founded in 1993 by my father,

D.R. Miller, to provide a sanctuary for elephants who no longer perform at the

Carson & Barnes Circus. Though elephants who travel with Carson & Barnes

occasionally come to EAF on hiatus, other elephants at EAF stay there

permanently and are not part of the circus. Ronnie, Joy, Gypsy, and Debbie

would be among the latter group of elephants, permanently residing at EAF.

13.    The Endangered Ark Foundation is a 501(c)3 Corporation and is separate from

the Carson & Barnes Circus  Among other things, EAF owns land separate and

apart from Carson & Barnes, has its own Board of Directors, and receives

charitable donations.

14.    EAF does not have its own license under the Animal Welfare Act separate and

apart from that of Carson & Barnes. Although I recently inquired about obtaining

one, USDA informed me that an additional one is not necessary.

15.    Carson & Barnes Circus has never once been found to be in violation of the

AWA.

16.    Carson & Barnes Circus has been the subject of two enforcement actions, both of

which settled.

17.    The first of those actions arose out of the videotape PETA released in 2000,

purporting to show abusive training of elephants. This is the same videotape that

3



PETA has posted on its website, distributed on its website, and sought to introduce here as Plaintiffs' Exhibit A, a DVD.

18.     Carson & Barnes Circus was never found to have engaged in animal abuse under the AWA as a result of the videotape. The issue was resolved when Carson & Barnes entered into a consent agreement with USDA, admitting no guilt and paying a $400.00 settlement. We opted to accept that agreement because the various costs, including legal fees, associated with fighting the charges were prohibitive.

19.     The videotape released by PETA shows scenes spliced together without providing any context for what is occurring or sense of how one sequence might relate to another. For example, Mr. Frisco is wearing different clothing throughout the video.

20.     The audio has been enhanced and altered in various ways, leaving unclear whether or how the audio corresponds with the video. Much of the audio is equivalent to locker-room talk and drill-instructor behavior that seems directed at staff rather than at the elephants.

21.     I know that some of the footage, according to Tim Frisco, who is depicted in the video, involves an incident where one elephant had pushed the other off a platform such that Mr. Frisco needed to ensure the safety of both the elephants and the handlers nearby.

22.     I have made numerous attempts to obtain the original videotapes, but have been unable to do so. It is my firm belief that the video is distorted, inaccurate and incomplete. It deeply pains me that this videotape continues to be shown to the

public even as PETA refuses to release the original tapes that supposedly depict the "abuse" and "mistreatment" by Carson & Barnes, thereby preventing people from judging for themselves what actually happened and instead steering them to take PETA's word for it. I would be grateful for someone, at long last, to at least show me the original videotapes so that I can understand what was used to manufacture PETA's current version.

23. The individual who I understand to have filmed the video formerly worked at Carson & Barnes. He no longer does, and for good reason. I and the others who worked with him here have serious doubts about his truthfulness, his trustworthiness, and his judgment. In fact, he was arrested for possession of drug paraphernalia; I do not know what happened with his case.

24 In 2004, a five year old elephant, Jennie, died from herpes. The death of Jennie was tragic and broke my heart. Unfortunately, herpes in juvenile elephants is not uncommon. From the onset of symptoms, an elephant can die within a matter of days. Jennie was treated but did not respond. In March 2005, Jennie's baby brother, Obert, began to show symptoms of herpes and was treated immediately. He was successfully treated and is now doing very well. I understand that Obert is only the fourth elephant who has survived herpes.

25. Carson & Barnes is fully compliant with humane and appropriate training and handling practices for its elephants. An internal investigation of Carson & Barnes was performed by an attorney who confirmed that the elephants are properly handled and cared for at Carson & Barnes. See Attachment A. Indeed, I sincerely doubt that we or any other circus could take better care of elephants than we do.

26.  Accompanying this affidavit are the sworn statements from four employees, Armando Rosales, Jr., Benjamin Joseph Hutchinson, Richard Steven Kelp, and Roy Ordaz. Attachments, B-E respectively. The statements were prepared in response to the PETA video. All four men confirm that the elephants at Carson & Barnes Circus are well cared for and never abused or neglected. All state that abuse or neglect would not be tolerated by the management at Carson & Barnes.

27.  I would never accept or condone the abuse of any elephant. It is totally antithetical to what I stand for, what I believe in, and what I have devoted my life to.

28.  The second enforcement action Carson & Barnes was subjected to arose out of an accident that occurred while the elephants were being transported; resulting in charge related to a worker who had worked 1/2 an hour beyond the daily limits set by the Department of Transportation.

29.  There have never been any other formal charges against Carson & Barnes Circus.

30.  Carson & Barnes is officially inspected approximately 2-3 times a year by the local USDA inspector, who also informally visits the facility many more times during the year.

31.  In addition, Carson & Barnes Circus is inspected by the USDA in every region it visits. The Circus is also inspected by local jurisdictions multiple times a week in almost every location it visits.

32.  Carson & Barnes Circus visits approximately 200 cities in about 15-18 states a year.



33.    I estimate that, in the course of its existence, Carson & Barnes has been subjected
       to thousands of different inspections.

34.    In the winter of 1998, the USDA requested and permission was given to allow the
       USDA to use Carson & Barnes as a training facility to new USDA animal
       inspectors. Then in 2005, Carson & Barnes again assisted the USDA in training
       its inspectors on animal transportation.

35.    I do not think it would be realistic hope for any circus, or any regulated entity
       (truckers, restaurants, etc.) that has been in business for as long and as extensively
       as Carson & Barnes, to have a better compliance record than we do.

36.    EAF has been in discussions with John F. Cuneo, Jr., and the Hawthorn
       Corporation for close to a year to receive 4-5 elephants. We resumed talks earlier
       this year about specifically receiving Ronnie, Joy, and Gypsy, and, then, about a
       month ago, about receiving Debbie as well. All of us at EAF are especially
       excited about receiving these elephants, which we know to be very sweet,
       comfortable around humans, and well suited to our facility.

37.    On May 18, 2005, I on behalf of EAF entered into a Donative Agreement with
       John F. Cuneo, Jr., on behalf of the Hawthorn Corporation to receive three
       elephants, Ronnie, Joy and Gypsy; then, on June 1 2005, we entered an additional
       agreement to receive Debbie.

38.    All four elephants would be housed in a separate building within the grounds of
       the EAF, which would keep them quarantined from the other elephants at EAF for
       at least one year, pursuant to USDA requirements. During this time, the elephants
       would continue to be tested for tuberculosis. Dr. Elizabeth Goldentyer of APHIS,

USDA and I agreed to this over the course of several telephone conversations in which we discussed what would be best for these elephants.

39. The building is extremely secure and surrounded by 8 foot fence. There is 24 hour security on site.

40. The employees at EAF have significant experience caring for elephants and are among the best in the business at what they do. Our elephant department is one of the best and most respected in America and our staff has a combined experience of over 130 years handling elephants. We are lucky to have each one of them on our staff.

41. EAF is fully aware of all the protocols required by the USDA to properly care for these elephants.

42 EAF is not open to the public, and does not intend to grant access to Debra Leahy.

43. Elephants at EAF do not perform and the Hawthorn elephants relocated to EAF would not be used by Carson & Barnes.

44. Above all, EAF would provide the utmost case for the elephants and provide a safe sanctuary for the four Hawthorn elephants. We want nothing more than to love them and provide them with an excellent home, and we are eagerly awaiting their arrival.

Barbara Byrd

Barbara Byrd

Dated.

6 - 15 - 05

8

# Attachment A

**RONALD D. COX**
**ATTORNEY AT LAW**
**216 EAST DUKE STREET**
**HUGO, OKLAHOMA 74743**
**(580) 326-7571 Tel.**
**(580) 326-3274 Fax**

April 18, 2002

Carson & Barnes Circus
P.O. Box J
Hugo, OK  74743

During the months of February and March, 2002, I conducted an independent investigation into the care, treatment, training and condition of the elephants under the care and control of Carson & Barnes Circus. I personally viewed and examined the facilities used to house and train the elephants. I conducted over fifteen hours of interviews with the handlers, management, trainers and other personnel, as well as veterinarians in conjunction with the circus and took their statements under oath. I reviewed videotapes, television programs, USDA documentation, as well as veterinary reports.

I found absolutely no evidence of abuse, emotionally or physically, of the elephants and found that they are in excellent condition. I found no evidence of abuse or unhealthy conditions concerning the elephants. My interviews revealed that the management has zero tolerance for misuse or abuse of any animals in their care and control. The management, as well as the trainers and caretakers of these elephants are very dedicated and have a commitment to maintaining the emotional and physical well being of the animals in their care, as well as providing excellent facilities. I further found that the training and care for the elephants is well monitored by the management of Carson & Barnes Circus, as well as the every day caretakers.

Respectfully submitted,

RONALD D. COX
RDC/sys

# Attachment B

A P P E A R A N C E S:

    FOR CARSON & BARNES CIRCUS:

        **MR.RONALD D. COX**
        Attorney at Law
        216 East Duke Street
        Hugo, Oklahoma  74743

    SWORN STATEMENT OF **ARMANDO ROSALES, JR.,** produced as witness duly sworn by me, taken on the 2nd day of March, 2002, before **RONALD D. COX**, Attorney at Law, at the offices of Carson & Barnes Circus, Hugo, Oklahoma.

### ARMANDO ROSALES, JR.,

having been first duly sworn, testified as follows:

### EXAMINATION

### BY MR. COX:

Q.   This is the 2nd day of March year 2002, in Hugo, Oklahoma. I'm Ron Cox, lawyer for Carson & Barnes and Miller Equipment Company. Here with me is Armando Rosales, Jr. Mr.Rosales would you raise your right hand, please? Do you swear to tell the truth, the whole truth, and nothing but the truth, so help you God, in your testimony here today?

A.   Yes, I do.

Q.   Would you give me your name please and spell it?

A.   Armando Rosales, Jr. Armando Rosales, Jr.

Q.   And what is your social security number?

A.   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.

Q.   Date of birth?

A.   02-24-71.

Q.   And where do you live Mr. Rosales?

A.   1010 North A, Hugo, Oklahoma.

Q.   Ok. And how long have you been living in Hugo, Oklahoma?

A.    My whole life.

Q.    Ok. Ah and where are you employed?

A.    Carson & Barnes Circus.

Q.    And how long have you been Carson & Barnes Circus?

A.    Uh, been here my whole life pretty much but, started working here officially when I turned eighteen.

Q.    All right. And, uh, what are your duties, now?

A.    Uh, assistant superintendent and prop boss.

Q.    Ok. What does that consist of?

A.    Um, I'm involved in all aspects of the circus, from driving trucks, down to handling animals, such as elephants, horses, um, any other general job that comes up.

Q.    I know you said you started working with the circus when you were eighteen, what was your first job then?

A.    Um, taking care of the horses and the elephants.

Q.    All right. But you've been with the circus all of your life.

A.    Entire life.

Q.    And you said you are the ninth generation, in your family, working and performing, with circuses.

A.    Yes, sir.

4

Q.   Ok. Ah, I'm going to get right to the point Mr. Rosales, you've had an opportunity over the years with the circus, to observe the elephants.

A.   Yes, sir.

Q.   And you've had the opportunity to take care of the elephants, to.

A.   Yes, sir.

Q.   Feed them, water them, train them, and supervise them.

A.   Yes, sir.

Q.   And even your responsibility now, you drive a truck that hauls the elephants?

A.   Yes, sir.

Q.   Ok. Have you ever abused or been cruel to any of these elephants?

A.   Never.

Q.   Have you ever witnessed anyone else being abusive or cruel to the elephants?

A.   Never.

Q.   Would you tolerate such conduct?

A.   I sure wouldn't.

Q.   Ah, would the management of this circus or Miller Equipment Company tolerate anybody being abusive or cruel to these animals?

A.   They sure wouldn't.

Q.   Ok. Ah, let me ask you, uh, another question, different lines. Recently, a man was charged with a misdemeanor, I think, drug, possession of drug paraphernalia here in Choctaw County. And he stated that the drug paraphernalia was not his, that it belonged to another circus employee. Was it yours?

A.   No, sir.

Q.   Do you, uh, do you, you do not use drugs, do you?

A.   No, sir.

Q.   What is the management, well you're part of management now, so what is the management's policy and practice towards drug abuse?

A.   No tolerance.

Q.   Ok. What is the physical condition of those elephants now?

A.   The best.

Q.   They're in good shape?

A.   Yes, sir. Fat; eat all the time, tuffy and healthy.

I, **ARMANDO ROSALES, JR.**, have read the foregoing Sworn Statement and hereby affix my signature that same is true and correct.

_____
ARMANDO ROSALES, JR.

THE STATE OF OKLAHOMA     )

COUNTY OF CHOCTAW          )

Before me on this day personally appeared **ARMANDO ROSALES, JR.**, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes of consideration therein expressed.

Given under my hand and seal of office this 15th day of March, 2002.

_____
Notary Public in and for
the State of Oklahoma

My Commission Expires: 01/23/06

STATE OF OKLAHOMA            )

COUNTY OF CHOCTAW            )

    I, **Dottie Gray,** do hereby certify that the foregoing Sworn Statement as set forth is a true and correct transcription of the proceedings had at the time of taking the Sworn Statement of **ARMANDO ROSALES, JR..**

    Certified to on this the 13th day of March, 2002.

**Dottie Gray**

# Attachment C

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SWORN STATEMENT OF

**BENJAMIN JOSEPH HUTCHINSON**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

REPORTER:        **Jo F. Blassingame**

DATE:            February 14, 2002

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

2

```
 1   A P P E A R A N C E S:

 2       FOR CARSON & BARNES CIRCUS:

 3           MR. RONALD D. COX
             Attorney at Law
 4           216 East Duke Street
             Hugo, Oklahoma  74743
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17                         *  *  *

18

19

20       SWORN STATEMENT OF BENJAMIN JOSEPH HUTCHINSON, produced

21   as a witness duly sworn by me, taken on the 14th day of

22   February, 2002, from 11:30 a.m. to 11:36 a.m., before JO F.

23   BLASSINGAME, Certified Shorthand Reporter No. 1006 in and for

24   the State of Oklahoma, at the offices of Carson & Barnes

25   Circus, Hugo, Oklahoma.
```

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

```
 1                    (Time:  11:30 a.m.)
 2              BENJAMIN JOSEPH HUTCHINSON,
 3      having been first duly sworn, testified as follows:
 4                        EXAMINATION
 5      BY MR. COX:
 6          Q.   Go ahead and state your name, please.
 7          A.   Benjamin Hutchinson.
 8          Q.   You go by Ben?
 9          A.   Yeah.
10          Q.   Do you mind me calling you Ben?
11          A.   Yeah -- No.
12          Q.   Give me your Social Security number, Ben.
13          A.   It's 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.
14          Q.   Give me your date and place of birth.
15          A.   6-20-76, Richmond, California.
16          Q.   Okay.  And I'm Ron Cox, I've introduced myself to
17      you, you know I'm a lawyer for Carson and Barnes and Miller
18      Equipment Company --
19          A.   Right.
20          Q.   -- and I'm going to ask you some questions.
21               And how long have you been employed with Carson &
22      Barnes?
23          A.   Approximately seven years.
24          Q.   And have you worked for any or circuses?
25          A.   No.
```

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

4

```
 1        Q.   And what is your job here at Carson & Barnes?

 2        A.   I'm an elephant handler.

 3        Q.   And have been doing that basically for the full

 4   seven years?

 5        A.   Pretty much.  You know, I didn't start out in the

 6   elephant department, but that's pretty much what I've been

 7   doing the whole time I was here.

 8        Q.   What does an elephant handler do?

 9        A.   Well, we clean up behind the elephants, take care of

10   the elephants, like, you know, feed them, do their toenails,

11   give them baths every day, you know.  Just like, you know,

12   maintenance and -- you know, whatever you do with your dog

13   really.  Clean up after it and stuff like that really.

14        Q.   Just general grooming and --

15        A.   Yeah.

16        Q.   -- caring --

17        A.   Yeah.

18        Q.   -- for them?

19        A.   Pretty much.

20        Q.   Okay.  Who is your direct supervisor?

21        A.   Tim Friscia.

22        Q.   How long have you known Tim?

23        A.   Since I've been here, about seven years.

24        Q.   And he is what is known as the head trainer,

25   elephant trainer?
```

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

1  A. Yeah.

2  Q. I don't know what his title is, but is that

3 basically what he does?

4  A. Yeah.  Yeah.

5  Q. Have you ever been abusive or cruel to any elephant?

6  A. No.

7  Q. Would you tolerate any such activity while you were

8 --

9  A. No.

10  Q. -- in front of you?

11  A. No.  No.

12  Q. What is the --

13  A. That's the way I was taught.

14  Q. Taught by?

15  A. Friscia.

16  Q. Okay.  To the best of your knowledge would Mr.

17 Friscia tolerate --

18  A. No.

19  Q. -- any abuse or cruelty --

20  A. No.

21  Q. -- to any of those elephants?

22  A. No.

23  Q. Had how does he treat those elephants?

24  A. It's --

25  Q. Doesn't abuse them?

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

1      A.    No, he doesn't abuse them.  How does he --

2      Q.    But he strains them.  Does he see that they're well

3  cared for?

4      A.    Yes.

5      Q.    What is the conditions of these elephants here at

6  Carson & Barnes?

7      A.    Conditions?  What do you mean?

8      Q.    Are they well cared for?  Are they well fed?  Do

9  y'all take care of them?  Would you say that they're -- the

10  care is --

11      A.    Well taken care of.

12      Q.    They are well taken care of?

13      A.    Well taken care of, yeah.

14      Q.    And do you work closely with Mr. Friscia?

15      A.    Yeah.

16      Q.    Okay.  Have you ever seen him do anything that would

17  be construed as an abusive act or neglect these elephants?

18      A.    Neglect?  No.

19      Q.    Okay.  In your opinion, how does Mr. Friscia treat

20  these animals?

21      A.    In my opinion?

22      Q.    Uh-huh.

23      A.    I mean, I'm not great with communication skills.

24      Q.    Okay.  Well, let me rephrase my questions then.

25            Does he tolerate any abusiveness --

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

1    A.   No.

2    Q.   -- from any of his --

3    A.   No.

4    Q.   -- employees or any animal handlers?

5    A.   No.

6    Q.   Why are you laughing when you say that?

7    A.   Because he's -- he's pretty hard on guys that get

8  out of hand with the elephants.  I mean, you do something

9  that he sees you -- If you do something to an elephant that

10  he doesn't like, he lets you know it, you know.

11    Q.   He's pretty verbal about it?

12    A.   Yeah.  Yeah.  He's very -- You know, he's --

13    Q.   He doesn't want those animals to be --

14    A.   No.

15    Q.   -- or mistreated?

16    A.   Not at all.  Not at all.

17    Q.   Okay.

18    A.   I mean, he's just -- he's real hard about that.  I

19  mean, if there's one thing that he definitely has tried to --

20  tried to set all of us about is not to -- is not to abuse

21  these elephants.  You know, any animal, for that matter, you

22  know.  And we take care of our menagerie and all kinds of

23  stuff like that and -- you know.  You know, it's just all the

24  same, you know.  Something like if they forget to feed grain

25  or something like that, it's like, you know, he lets you know

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

1    not to do -- not to let it happen again, you know.

2        Q.   The management of Carson & Barnes or Miller

3    Equipment Company, would they tolerate any abusiveness,

4    neglect, or any harsh treatment or bad treatment --

5        A.   No.

6        Q.   -- of any of these animals?

7        A.   No.  Nobody -- Not from anybody.  Well, you know,

8    nobody that has anything to do with the animals will tolerate

9    that kind of, you know, treatment of them.

10       Q.   All right.  Let me talk to you about another

11   subject.  One of the now ex-employees was arrested and found

12   to have -- charged with drug paraphernalia.  He said the drug

13   paraphernalia was not his.  Was it yours?

14       A.   No.

15       Q.   Okay.  Do you use any illegal or nonprescriptive

16   drugs?

17       A.   No.

18       Q.   Do you have any knowledge of anyone using any

19   illegal or nonprescriptive drugs while caring or handling

20   these elephants?

21       A.   No.

22       Q.   What is the management's policy towards the use of

23   nonprescriptive or illegal drugs?

24       A.   They don't like it.  Zero tolerance really.

25       Q.   Zero tolerance?

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

1    A.    Yeah.

2    Q.    Okay.  Now, in your meeting here with me today, has

3  anyone coerced you in what to say or promised any favors for

4  favorable testimony you've given me today or promised you

5  anything to change your mind of any --

6    A.    No.

7    Q.    -- negative behavior?

8    A.    No.

9    Q.    You've not been coerced?

10    A.    No.

11    Q.    You're telling the truth and these are your own

12  words?

13    A.    Yeah.

14    Q.    I have no further questions.

15         (Time:  11:36 a.m.)

16

17

18

19

20

21

22

23

24

25

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

## CHANGES AND SIGNATURE

PAGE   LINE   CHANGE      REASON

_____

_____

_____

_____

_____

_____

_____

_____

     I, **BENJAMIN JOSEPH HUTCHINSON,** have read the foregoing

Sworn Statement and hereby affix my signature that same is

true and correct, except as noted above.

_____
**BENJAMIN JOSEPH HUTCHINSON**

THE STATE OF OKLAHOMA          )

COUNTY OF *Choctaw*            )

     Before me, *notary public*, on this day personally
appeared **BENJAMIN JOSEPH HUTCHINSON,** known to me to be the
person whose name is subscribed to the foregoing instrument
and acknowledged to me that he/she executed the same for the
purposes of consideration therein expressed.

     Given under my hand and seal of office this  *14th*  day
of *March*         , 2002.


_____
Notary Public in and for
the State of Oklahoma

My Commission Expires: *01/23/06*

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

STATE OF OKLAHOMA        )

COUNTY OF CHOCTAW        )

I, **Jo F. Blassingame,** Registered Professional Reporter and Certified Shorthand Reporter in and for the State of Oklahoma, do hereby certify that the facts as stated by me in the caption hereto are true to the best of my ability; that the foregoing Sworn Statement as set forth is a true and correct transcription of the proceedings had at the time of taking the Sworn Statement of **BENJAMIN JOSEPH HUTCHINSON.**

I further certify that examination and signature of the witness to the Sworn statement was waived by the witness.

I further certify that I am neither attorney nor counsel for nor related to or employed by any of the parties to the action in which this Sworn Statement is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

Certified to on this the 19th day of February, 2002.



_____
Jo F. Blassingame, CSR 1006

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

# Attachment D

1

1

2

3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

4

SWORN STATEMENT OF

5

**RICHARD STEVEN KELP**

6

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    REPORTER:            Jo F. Blassingame

25    DATE:                February 14, 2002

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas   75460
(903) 784-6984
Toll Free 1-800-972-9770

1  A P P E A R A N C E S:

2      FOR CARSON & BARNES CIRCUS:

3          **MR. RONALD D. COX**
           Attorney at Law
4          216 East Duke Street
           Hugo, Oklahoma   74743

5

6

7

8

9

10

11

12

13

14

15

16

17                              * * *

18

19

20      SWORN STATEMENT OF **RICHARD STEVEN KELP,** produced as a

21  witness duly sworn by me, taken on the 14th day of February,

22  2002, from 10:27 a.m. to 10:35 a.m., before **JO F.**

23  **BLASSINGAME**, Certified Shorthand Reporter No. 1006 in and for

24  the State of Oklahoma, at the offices of Carson & Barnes

25  Circus, Hugo, Oklahoma.

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas   75460
(903) 784-6984
Toll Free 1-800-972-9770

**RICHARD STEVEN KELP,**

having been first duly sworn, testified as follows:

**EXAMINATION**

**BY MR. COX:**

    Q.  Go ahead and state your name, please.

    A.  Richard Steven Kelp.

    Q.  All right.  And your Social Security number?

    A.  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.

    Q.  And what's your date of birth?

    A.  12-29-62.

    Q.  And what's your place of birth?

    A.  Detroit, Michigan.

    Q.  Okay.  How long have you been working for Carson & Barnes Circus?

    A.  Seven and a half months.

    Q.  You started back in July; is that correct?

    A.  July 4th.

    Q.  Have you ever worked for any other circuses?

    A.  No.

    Q.  What are your duties at Carson & Barnes?

    A.  I take care of the animals, feed, water, clean up after them, wash them.

    Q.  Does that include caring and taking care of the elephants?

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

1      A.   Yeah.

2      Q.   And have you been doing it ever since you joined

3  Carson & Barnes?  Has that been your only job?

4      A.   Yes.

5      Q.   And that has expanded a little bit, not only do you

6  take care of elephants, you take care of other animals?

7      A.   Yeah, we have a menagerie which has water buffaloes

8  and zebras and jackass and a hippopotamus.  We've got a lot

9  of different animals I take care of.

10     Q.   Okay.  And that does include the elephants and

11  helping --

12     A.   Yes, the elephants are what I do first.

13     Q.   Your main responsibility is the elephants?

14     A.   Yeah.

15     Q.   Feed them, care for them.  Do you help train them?

16     A.   No.

17     Q.   Have you personally ever been abusive or cruel to an

18  elephant?

19     A.   No.

20     Q.   Okay.  What are the conditions, in your opinion, of

21  the elephants here at Carson & Barnes or Miller Equipment or

22  the elephants under the control of Carson & Barnes?  The

23  general condition, are they in good shape?

24     A.   Oh, excellent.

25     Q.   Are they well fed?

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

5

1       A.    Yes.

2       Q.    Okay.  Do you know of any that aren't in good shape

3    or well fed --

4       A.    No.

5       Q.    -- at Carson & Barnes?

6       A.    They're all nice and fat.

7       Q.    That's what I hear, but I wanted -- You're close to

8    them, so you should know.

9       A.    Yeah.

10      Q.    Have these elephants, in your opinion, been abused?

11      A.    No.

12      Q.    Okay.  And in your opinion would Carson & Barnes or

13   Miller Equipment or anyone associated with them, these

14   organizations, tolerate these animals being abused?

15      A.    No.

16      Q.    Would they tolerate them being mistreated?

17      A.    Never.

18      Q.    Or malnourished?

19      A.    (Moving head side to side)

20      Q.    Okay.  In your opinion, the care and treatment --

21   How do you rate the care and treatment of these elephants or

22   other animals under the care and control of Carson & Barnes

23   and Miller Equipment?

24      A.    Excellent, because they -- they come before we do.

25   I can't tell you how many dinners I miss because -- or

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

1    lunches because we were taking care of them.  That job comes

2    first.

3        Q.    So you know of no abusive treatment?

4        A.    No.

5        Q.    All right.  Would you tolerate anyone abusing those

6    elephants?

7        A.    No.  I'd rather go up and smack them.

8        Q.    You'd rather what?

9        A.    Smack them.

10       Q.    Anybody mistreating an elephant?

11       A.    Yes.

12       Q.    Okay.  In your statement here today -- or in your

13   statements made, has anyone whatsoever -- whosoever, I

14   suppose I should say, promised you anything for favorable

15   testimony that you're giving me today?

16       A.    No.

17       Q.    Has anyone from management threatened or coerced you

18   in getting your statement today to give favorable statements

19   about the treatment of animals?

20       A.    No.

21       Q.    All right.  That concludes my questions for you.

22   And I really thank you for coming today.  I didn't mean to

23   take up your time, but I appreciate your coming and helping

24   me --

25            I'm sorry.  I'm sorry, I'm not through yet.  One

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

1    other thing.  One other thing.

2          Recently an employee of the circus was arrested for

3    drug -- possession of drug paraphernalia.  And I understand

4    that he gave a statement that -- this is Mr. Monell,

5    M-o-n-e-l-l -- gave a statement that the drug paraphernalia

6    was not his.  Was the drug paraphernalia yours?

7          A.   No.  I don't do drugs.

8          Q.   Do you know of anyone that does drugs in the

9    association with the care and treatment of these animals?

10         A.   No.

11         Q.   Would management of this circus tolerate drug use?

12         A.   No.  I've seen people kicked off the lot.

13         Q.   All right.  Thank you.  Appreciate your coming.

14   Anything else?  That concludes.

15                  (Time:   10:35 a.m.)

16

17

18

19

20

21

22

23

24

25

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

8

<u>CHANGES AND SIGNATURE</u>

PAGE   LINE   CHANGE        REASON

1
2
3 _____
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____

11    I, **RICHARD STEVEN KELP,** have read the foregoing Sworn

12 Statement and hereby affix my signature that same is true and

13 correct, except as noted above.

14                                 _____
15                                 RICHARD STEVEN KELP

16 THE STATE OF OKLAHOMA        )

17 COUNTY OF *Choctaw*          )

18    Before me, *notary public*, on this day personally
   appeared **RICHARD STEVEN KELP,** known to me to be the person
19 whose name is subscribed to the foregoing instrument and
   acknowledged to me that he/she executed the same for the
20 purposes of consideration therein expressed.

21    Given under my hand and seal of office this *13th* day
   of *March*       , 2002.

22

23    _____
   Notary Public in and for
24 the State of Oklahoma

25    My Commission Expires: *01/23/06*

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

STATE OF OKLAHOMA          )

COUNTY OF CHOCTAW          )

I, **Jo F. Blassingame**, Registered Professional Reporter and Certified Shorthand Reporter in and for the State of Oklahoma, do hereby certify that the facts as stated by me in the caption hereto are true to the best of my ability; that the foregoing Sworn Statement as set forth is a true and correct transcription of the proceedings had at the time of taking the Sworn Statement of **RICHARD STEVEN KELP**, same to be sworn to and subscribed by said witness before any Notary Public.

I further certify that I am neither attorney nor counsel for nor related to or employed by any of the parties to the action in which this Sworn Statement is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

Certified to on this the 19th day of February, 2002.



Jo F. Blassingame, CSR 1006

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

# Attachment E

1

2

3    ************************************************************

4                        SWORN STATEMENT OF

5                           **ROY ORDAZ**

6    ************************************************************

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    REPORTER:            **Jo F. Blassingame**

25    DATE:                February 14, 2002

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

2

```
 1   A P P E A R A N C E S:

 2       FOR CARSON & BARNES CIRCUS:

 3           MR. RONALD D. COX
             Attorney at Law
 4           216 East Duke Street
             Hugo, Oklahoma  74743
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17                          *  *  *

18

19

20

21       SWORN STATEMENT OF ROY ORDAZ, produced as a witness duly

22   sworn by me, taken on the 14th day of February, 2002, from

23   12:10 p.m. to 12:15 p.m., before JO F. BLASSINGAME, Certified

24   Shorthand Reporter No. 1006 in and for the State of Oklahoma,

25   at the offices of Carson & Barnes Circus, Hugo, Oklahoma.
```

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

```
 1               (Time:  12:10 p.m.)

 2                        ROY ORDAZ,

 3    having been first duly sworn, testified as follows:

 4                       EXAMINATION

 5    BY MR. COX:

 6        Q.   Give me your name, please.

 7        A.   Roy Ordaz.

 8        Q.   And what is your Social Security number?

 9        A.   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.

10        Q.   Date of birth?

11        A.   8-26-62.

12        Q.   Place of birth?

13        A.   Burbank, California.

14        Q.   And who are you employed by now?

15        A.   Carson & Barnes circus.

16        Q.   Okay.  And I have introduced myself to you, Ron Cox.

17    I'm a lawyer representing Carson & Barnes and Miller

18    Equipment Company.  I am -- I've asked you to talk to me

19    about several things that I'm looking at here.

20        A.   Yes, sir.

21        Q.   And you voluntarily agreed to talk with me?

22        A.   Yes, sir.

23        Q.   How long have you been employed by the circus?

24        A.   Since 1987, '88, off and on.  I've worked for other

25    circuses and so forth, but I spent the whole last season with
```

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

1  them and this season, so I guess it would be since February

2  of last year.

3      Q.   Who else have you worked for, circus?

4      A.   Hanneford Brothers circus in Fort Lauderdale,

5  Florida, Garden Brothers, Charlie Gray, and Franzen Brothers.

6      Q.   All right.  And as part of your duties with Carson &

7  Barnes, have you had opportunity to come in contact with the

8  animals, in particular the elephants?

9      A.   Oh, yeah.  I started out here in 19 -- I can't

10  remember the year.  But anyway, I started out in the elephant

11  here with Tim Friscia, the first year that he came back as --

12  when Okie Carr had his heart attack and could go on the road

13  anymore.

14      Q.   And who is Tim Friscia?

15      A.   He's the superintendent of the animals here.

16      Q.   Okay.  So what did you do with your -- with the

17  elephants?

18      A.   I helped training of the elephants, did the act out

19  on the road, fed them, watered them, cared for them.

20      Q.   Have you ever been abusive or performed any cruel

21  acts against the elephants --

22      A.   Never.

23      Q.   -- or to the elephants?

24      A.   Never.

25      Q.   Okay.  Would you tolerate anyone else doing it?

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas   75460
(903) 784-6984
Toll Free 1-800-972-9770

1      A.   I would never tolerate that.

2      Q.   So you've never witnessed any abusive acts?

3      A.   No, never.

4      Q.   And I'm talking about the elephants with Carson &

5  Barnes or under their control.

6      A.   Any of the animals.  The elephants, tigers, horses,

7  any of them.

8      Q.   Would the management of this circus, Carson & Barnes

9  or Miller Equipment Company, tolerate anyone or anything

10  being abusive or cruel or neglect to those elephants?

11      A.   It would never be tolerated on this circus.  And

12  I've known the Miller family -- Barbara Miller's father who

13  started the circus, her mother, and the whole entire family,

14  and it would never be tolerated with Geary or Barbara or

15  anybody, any of the upper management.

16      Q.   And you've told me you've not ever witnessed any

17  abusive acts or--

18      A.   I have never --

19      Q.   -- or cruel acts towards the elephants at all in the

20  handling, including watching Mr. Friscia --

21      A.   No.

22      Q.   -- in the handling?  Okay.

23      A.   What kind of physical shape would you say these

24  elephants are in?

25      A.   I believe they're in top physical shape.  Like I

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

6

1    said, I've left this circus and worked for other circuses,

2    I've had a chance to see other circus elephants, including

3    Franzen circus elephants and many others.  And these are in

4    my opinion in top -- top condition.  They're well cared for,

5    their feet are well taken care of.  Everything is very

6    healthy.

7        Q.    And since you've been with this circus, that's been

8    the condition --

9        A.    Yes.

10       Q.    -- of these elephants?

11       A.    Yes.

12       Q.    And that's the management policy of this circus?

13       A.    It is absolutely the management policy.

14       Q.    On another subject, one of the employees -- or

15   ex-employee now -- was charged with possession of drug

16   paraphernalia.

17       A.    Uh-huh.

18       Q.    And I believe, it's my estimation or my opinion,

19   I've been told that he said the drug paraphernalia was not

20   his.

21       A.    Uh-huh.

22       Q.    Okay.  Was it yours?

23       A.    It wasn't mine, no.

24       Q.    And you've previously told me that you do not use or

25   take illegal drugs --

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

```
 1        A.   I do not.
 2        Q.   -- nonprescription drugs?  And I've asked you what
 3   is the policy of management towards the use of drugs.
 4        A.   It is a zero tolerance policy on this show.  And I
 5   work -- In the management capacity I'm in, I'm on the midway,
 6   in the tent, in the backyard, everywhere, and there's
 7   absolutely a no-tolerance policy at all.
 8        Q.   No illegal drugs are tolerated?
 9        A.   No.
10        Q.   Okay.  You voluntarily agreed to come in and talk to
11   me today?
12        A.   Yes, sir.
13        Q.   Has anyone coerced you or promised you anything for
14   favorable testimony?
15        A.   No, sir.  No, sir, nothing.
16        Q.   This is done on --
17        A.   On my own.
18        Q.   -- your own?
19        A.   Like I said, I knew about it just when I came into
20   work, so I didn't even know it was going to happen.
21        Q.   Okay.  And so everything you've told me has been
22   truthful?
23        A.   Exactly.
24        Q.   I have no further questions.
25                  (Time:  12:15 p.m.)
```

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

8

### CHANGES AND SIGNATURE

PAGE   LINE   CHANGE        REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

    I, **ROY ORDAZ,** have read the foregoing Sworn Statement and hereby affix my signature that same is true and correct, except as noted above.

                        **ROY ORDAZ**

THE STATE OF OKLAHOMA     )

COUNTY OF *Choctaw*     )

    Before me, _notary public_ , on this day personally appeared **ROY ORDAZ,** known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes of consideration therein expressed.

    Given under my hand and seal of office this  *9*  day of *March* , 2002.

                  Notary Public in and for the State of Oklahoma

             My Commission Expires: *01/23/06*

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770

1  STATE OF OKLAHOMA          )

2  COUNTY OF CHOCTAW          )

3      I, **Jo F. Blassingame,** Registered Professional Reporter

4  and Certified Shorthand Reporter in and for the State of

5  Oklahoma, do hereby certify that the facts as stated by me in

6  the caption hereto are true to the best of my ability; that

7  the foregoing Sworn Statement as set forth is a true and

8  correct transcription of the proceedings had at the time of

9  taking the Sworn Statement of **ROY ORDAZ.**

10      I further certify that examination and signature of the

11  witness to the Sworn statement was waived by the witness.

12      I further certify that I am neither attorney nor counsel

13  for nor related to or employed by any of the parties to the

14  action in which this Sworn Statement is taken, and further

15  that I am not a relative or employee of any attorney or

16  counsel employed by the parties hereto, or financially

17  interested in the action.

18      Certified to on this the 19th day of February, 2002.

19

20

21

22

23

24

25



_____
**Jo F. Blassingame,** CSR 1006

Blassingame Court Reporting
Certified Shorthand Reporters
2815 FM 79
Paris, Texas  75460
(903) 784-6984
Toll Free 1-800-972-9770