IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNNE LEAHY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants, <br><br> and <br><br> THE HAWTHORN CORPORATION and JOHN F. CUNEO, <br><br> Defendants-Intervenors. | Civil No. 05-1135 <br> Judge Paul L Friedman |

### DECLARATION OF J.E. OOSTERHUIS, DVM

I, Dr. J.E. Oosterhuis, do hereby swear, under the penalty of perjury, that the following is true and accurate:

1. I received my Doctorate in Veterinary Medicine in 1972 from the University of Minnesota.

2. I am the head of Veterinary Consulting Service, a private consulting practice service that provides veterinary consulting to zoos, circuses, private individuals, and non-profit organizations. Zoos and facilities that I have consulted for include: The Alaska Zoo, in Anchorage, Alaska; Disney's Animals Kingdom, in Orlando, Florida; El Paso Zoo, in El Paso, Texas; Mexico City Zoos, in Mexico City; Kansas City Zoo, in Kansas City, Missouri; and Ringling Bros. and Barnum & Bailey Circus, in Sarasota, Florida.

1

3. I am the principal veterinarian at the San Diego Wild Animal Park where I am responsible for the care of over 3500 animals.

4. I am a member of eight professional associations, including: the American Veterinary Medical Association (AVMA); the American Association of Zoo Veterinarians (AAZV) and the American Association of Wildlife Veterinarians (AAWV).

5. Since 1976 I have publish over 28, papers, abstracts, and book chapters, and I have given over 20 lectures on a wide variety of veterinary subjects, including the care and treatment of captive animals, and, among them, elephants.

6. I have over 30 years of experience caring for and treating elephants, including conducting a workshop on elephant foot care at the 2004 AAZV annual meeting and at the 2003 meeting of European Elephant Managers, in Hamburg Germany. In addition, I have been invited to speak at the 2005 Elephant Workshop on Breeding Management and Health Care, in Bangkok, Thailand.

7. In May of 2002, the USDA Animal and Plant Health Inspection Service ("APHIS") brought me in as an outside consultant to evaluate the condition of the Hawthorn Corporation's elephants. Prior to May 2002, I treated a Hawthorn Corporation elephant on one occasion in 1996. Since May 2002, at the request of APHIS, I have continued to work with The Hawthorn Corporation as co-attending veterinarian for the elephants kept at Richmond, Illinois, which are the elephants subject to the Consent Order entered by the USDA in case AWA Docket No. 03-0023.

8. Elephants are classified into one of five management groups (A, B, C, D, and E) based on tuberculosis culture results and status of known exposure to culture positive elephant; this is the only test for tuberculosis in elephants that USDA has approved. The specific protocols

for testing and treating Class or Group C or Class or Group D elephants are set forth in the *Guidelines for the Control of Tuberculosis in Elephants*, 2003 ("*Guidelines*"). Attachment A.

9. A Class C elephant has been exposed to a tuberculosis positive elephant in the previous 12 months, but has not tested positive for tuberculosis.

10. A Class D elephant is one that has tested positive for tuberculosis.

11. According to the *Guidelines*, there are two treatment protocols for Group C. The protocol chosen for the Hawthorn elephants was Option 2, monitor by culture. Under Option 2, for a period of 18 months cultures are collected every other month; during the first 12 months of that period, elephants are restricted from travel. After the 18 months, cultures are collected annually.

12. Group D elephants are isolated and may not travel or have any contact with the public during the treatment period of 12-15 months.

13. The four Hawthorn elephants Ronnie, Joy, Gypsy, and Debbie have never tested positive for tuberculosis. They nonetheless formerly qualified as Group C elephants under the *Guidelines* because they had been exposed to two members of the herd, Misty and Lota, that USDA considered Group D elephants in that they had tested positive for tuberculosis. Their last exposure to Misty and Lota occurred years ago, around August 1, 2003. Since then, these four elephants have completed all testing for possible tuberculosis that would be necessary and appropriate under the *Guidelines*, including 30 individual cultures that have all been negative. In February 2005, they completed 18-months of negative tests for tuberculosis, just as the *Guidelines* contemplate. In my professional judgment, these elephants, which I have been observing and culturing for the past three years, are not tubercular and should no longer be considered Group C elephants.

3

14.     The cultures from Group C elephants continue to be negative and there is no reason to think that they pose any special health risk.

Dated: 15 June 05

Dr. I.E. Oosterhuis

# Attachment A

# GUIDELINES FOR THE CONTROL OF
# TUBERCULOSIS IN ELEPHANTS

Compiled by the
NATIONAL TUBERCULOSIS WORKING GROUP FOR ZOO & WILDLIFE SPECIES
(January 2000)

## Introduction

In response to recent occurrences of disease due to Mycobacterium tuberculosis in captive elephants, the following preliminary guidelines for the testing, treatment, and surveillance of M.tb complex (M. tuberculosis, M.bovis, M. africanum, M. microti) in elephants have been created. These guidelines should be used with the understanding that neither the ancillary diagnostic tests nor treatment regimens have been completely validated in elephants. As more information becomes available, it is anticipated that these guidelines will change. Ancillary tests may be incorporated in future diagnostic requirements if reliable correlation to actual infection with pathogenic strains of Mycobacteria can be documented. At this time, it is recommended that the diagnostic guidelines not be given the status and force of state regulations except in the case of requiring culture samples for M.tb complex organisms as outlined.

## General Testing

To adequately address the concerns of TB in the general elephant population, all captive elephants should be tested annually by culture. Only the results of cultures and exposure to known culture positive animals should be used to determine treatment regimens and travel restrictions until other tests are validated. Cultures will facilitate identification of elephants that are actually shedding live organisms and represent a potential threat to animal and human health.

There is little information concerning the reliability of antemortem tests for the diagnosis of tuberculosis in elephants. To date, skin test results have not correlated with positive culture results, and as such, cannot be deemed reliable to identify positive cases. Therefore, the use of skin testing for diagnosis is not recommended. A preliminary investigation suggests the ELISA test may be useful as a screening test. To collect data necessary to determine the sensitivity and specificity of this and other diagnostic tests, it is strongly recommended that all elephants, particularly those that are culture positive or have been exposed to a culture positive animal, be tested using ancillary diagnostic tests as described in these guidelines. Results will be used to develop improved strategies for diagnosis and management of tuberculosis in elephants in the future.

Test results should be recorded on the reporting form included with these guidelines, using both the name and studbook number of each animal. All reporting forms should be sent to the American Association of Zoo Veterinarians (use Reporting Form included with this protocol).

## Bacterial Culture Procedure

Samples for culture should be collected under the direct visual supervision of a licensed veterinarian using the **"triple sample method."** This method consists of obtaining three samples from the trunk on separate mornings within a one week period. **Do not pool samples**. Samples should be taken after water

has been withheld for at least two hours to reduce sample dilution and contamination. Several methods may be used to collect the samples depending on acceptance of the procedure by the elephant. Of the following methods, the trunk wash with bag seems to provide the most effective way to gather samples at this time. **Samples collected by swab are of questionable value and should only be used when no other method is possible.**

Protective measures are recommended for personnel during sample collection and should include gloves and hepa-filter masks certified by the National Institute for Occupational Safety and Health (NIOSH) to protect against TB.

A. Trunk wash with bag (or other suitable container) - Using a catheter tip syringe, instill 60 ml sterile saline into the trunk. Immediately place a clean, one gallon plastic bag over the end of the trunk and hold in place until the animal exhales into the bag. Transfer at least 20 ml of the sample to a sterile leakproof container. (Screw-top 50 ml conical centrifuge tubes are preferred).

B. Trunk wash - Using a 14 french feeding tube, introduce 30-60 ml of sterile saline into the trunk then aspirate. Transfer at least 20 ml of the sample into sterile leakproof container.

C. Trunk swab - Insert culturette into trunk and swab. Obtain a minimum of two to three swabs per elephant for each sample. (Be sure to use appropriate transport medium so that swabs do not dry out during transit).

**Samples should be immediately refrigerated or frozen until ready for shipment**. (If the three samples will be shipped together they should be frozen after collection). Samples should be placed in leakproof, screw-top containers and double-bagged. Sterile 50 ml conical centrifuge tubes are preferred. These are available free of charge from NVSL. Contact Dr. Janet Payeur. **Do not ship samples in plastic bags or glass containers**. For shipment, place samples on ice packs and ship overnight to NVSL or other laboratory facility offering comparable procedures for identification of Mycobacteria. When submitting samples to NVSL, use VS Form 10-4 (included in this protocol). Request mycobacterial culture with speciation. (Positive cultures from laboratories that do not have the capability to differentiate M.tb complex organisms should be forwarded to NVSL for speciation). Acid-fast stains and nucleic acid amplification tests are also highly recommended. **Note: Culture of mycobacteria may require up to eight weeks.**

**Note:** Other Mycobacteria such as M. avium and M. kansasii are sometimes isolated from elephants. At this time, there is no substantive evidence that these organisms are pathogenic for elephants.

## TB Management Groups (A,B,C,D)

Based upon the culture results (for M.tb complex) and status of exposure to known culture positive animals, all elephants should fall into one of the following four management groups (A,B,C,or D) Note: These groups are intended for initial classification only. Follow-up procedures for future years are outlined in each group.

*Group A* **(Negative culture; no exposure to culture positive animal in the last five years)**
Monitor annually by triple sample method on separate mornings over a one week period. (Ancillary tests for data collection encouraged but not required). No treatment or travel restrictions. No elephant should move into a facility where there is an untested elephant.

*Group B* **(Negative culture; exposure to culture positive animal between one to five years ago)**

Monitor quarterly by the triple sample method for one year and then annually thereafter if all cultures remain negative. No treatment or travel restrictions. (Ancillary tests are encouraged but not required.) No elephant should move into a facility where there is an untested elephant.

### *Group C* (Negative culture; exposure to culture positive animal within last 12 months)
This group should be tested and then handled according to either Option 1 (Treatment) or Option 2 (No treatment).

### *Testing*
1. As soon as initial culture results are known, re-culture by triple sample method.
2. Perform ancillary diagnostic tests: (strongly recommended for data gathering but not required)

    A. Acid fast stain on trunk sample smear.
    B. ELISA tests (Salman lab; Chatterjee lab)
    C. Nucleic acid amplification test
    D. Gamma interferon test (USDA, ARS, NADC; Whipple)

### *Option 1 -- Treatment*
As mentioned above, following the initial negative culture result, animals in this group should be re-cultured by the triple sample method immediately. (Results of these second cultures should be available in eight weeks which will coincide with the completion of the first two months of treatment.) After the second set of samples are taken, treatment should begin as follows:

1. Isoniazid (INH) daily for two months then every other day for four months at a dosage sufficient to achieve a minimum blood level of 1-2 ug/ml at one to two hours post-administration. These blood levels should be achieved in at least two of three samples taken on three separate sampling days two weeks apart.
2. Vitamin B6 (pyridoxine) at 1mg/kg daily for six months to counter possible peripheral neuropathy due to INH.
3. For most current dosages, contact Dr. Susan Mikota. Route of administration may affect dose.

*Travel restrictions:* Option 1 elephants should not travel nor have any direct contact with the public or previously non-exposed elephants for the first two months of treatment while cultures for TB are pending. At the end of two months of treatment and confirmation of negative re-culture result (sampled just prior to treatment), these animals may travel if they receive the next four months of treatment on the road. No elephant should move into a facility that has an untested elephant.

### *Monitoring*

1. During the six months of treatment, monthly blood tests (CBC/serum chemistries) are recommended to monitor general health and liver enzymes. (INH may cause liver damage and anemia. In addition, leukopenia has occurred in at least one elephant apparently due to INH toxicity).
2. Beginning with the onset of treatment, cultures should be collected by the triple sample method quarterly for 18 months. If all cultures are negative, collect three culture samples annually thereafter.

### *Option 2--No treatment*

If treatment is not elected, Group C elephants should be restricted from traveling for 12 months. During this time, cultures should be collected by the triple sample method every other month for one year. If all cultures are negative, culture annually thereafter by triple sample method.

*Group D (Current M. tb positive culture)*
These elephants should be separated from previously non-exposed elephants and the public until follow-up cultures are negative. This group should be tested and treated as follows:

*Testing*
Perform ancillary diagnostic tests (strongly recommended for data gathering but not required):

1. Acid-fast stain
2. ELISA tests û (Salman lab; Chatterjee lab)
3. Nucleic acid amplification
4. Gamma interferon test (USDA, ARS, NADC; Whipple)

*Treatment*
1. Isoniazid (INH) daily for two months then every other day for 10 months at a dosage sufficient to achieve a blood level of 1-2 ug/ml at one to two hours post-administration. (Adequate blood levels should be achieved in at least two 2 of three samples taken on three separate sampling days two weeks apart).
2. Rifampin daily for two months then every other day for 10 months at a dosage sufficient to achieve a blood level of .5ug/ml. (Rifampin is the preferred drug to use with INH. Ethambutol or pyrazinamide (PZA) may be substituted for rifampin, however, blood level data on these drugs is still pending).
3. Vitamin B6 (pyridoxine) should also be given at 1 mg/kg daily for 12 months to prevent possible peripheral neuropathy due to INH.
4. For most current dosages, contact Dr. Susan Mikota. Route of administration may affect dose. Preliminary data has shown that reliable blood levels are not achieved when these medications are placed over the food. These drugs should be administered by direct oral or rectal routes if possible. Some problems have been noted in achieving adequate blood levels of rifampin by the rectal route and this drug should be given orally. When treatment is initiated, two hour blood levels should be measured three times at two week intervals. Blood levels should be evaluated each time the elephant is handled for cultures (see Monitoring, below).

*Travel restrictions*
No travel permitted until six months of treatment has been completed and two consecutive negative cultures have been obtained. Before release for travel, the attending veterinarian must certify that the elephant appears clinically normal and that adequate blood levels of treatment drugs have been obtained. No elephant should move into a facility where there is an untested elephant.

*Monitoring*
1. During the 12 months of treatment, monthly blood tests (CBC/serum chemistries) are recommended to monitor general health and liver enzymes. (INH may cause liver damage Leukopenia has occurred in at least one elephant apparently due to INH toxicity).
2. During treatment, cultures should be obtained monthly (triple sample method) until there are two consecutive months with negative results. After two consecutive months with all negative cultures, sampling may be reduced to every other month.
3. After treatment is completed, re-culture every month for six months then every other month for the next six months using the three sample method. If all cultures are negative, obtain cultures annually (triple sample method) thereafter.

**All groups (A,B,C,D): If an elephant is too difficult to handle, a restraint crush is not available, and testing cannot be done safely without the aid of chemical restraint, that elephant should only be tested opportunistically when restrained for other purposes. If an elephant cannot be tested safely, it should not be permitted to have direct public contact or be moved from the home facility.**

**No elephant should move into a facility where there is an untested elephant.**

## NECROPSY

**All elephants that die should be necropsied and examined for tuberculosis regardless of exposure status!!** Send representative sections of any gross lesions and sections of lung, liver, mesenteric lymph nodes, and bronchial lymph nodes (fixed in formalin) to NVSL in Ames, IA. These same tissues should be frozen and sent to NVSL for culture. Tissues that are intended for culture should be packed in individual whirl-paks or zip-lock baggies, labeled with a sharpie, and sent frozen. Send a complete set of all tissues and sections of any gross lesions to Dr. Montali at the National Zoo. See attached elephant necropsy protocol for further details.

Prior to any planned euthanasia of an elephant, trunk washes and other ancillary tests should be performed regardless of whether or not TB is suspected. In this way, valuable data can be gathered to evaluate the efficacy of the current testing protocol. In the event of a sudden death, collect post-mortem blood and separate serum for ELISA and other tests.

(**Note:** Dr. Richard Montali from the National Zoo should be contacted prior to any euthanasia and may be available to assist in the necropsy).

## EMPLOYEE SAFETY AND HEALTH

All employees that are in contact with elephants should be tested for TB annually following established human testing guidelines. New employees should be tested prior to contact with elephants. Any employee with a currently positive sputum culture should not be in contact with elephants. Any facility housing a known culture-positive (M.tb complex) animal should develop a program to protect employees from TB exposure, to include the use of appropriate face masks (certified by the National Institute for Occupational Safety and Health to protect against TB), disinfection procedures, and the use of separate implements. The local public health department should be contacted for further guidelines.

## REPORTING

Ancillary test results will be compared with culture and necropsy results over the coming years to determine their validity. Please forward all test results to AAZV for compilation using the attached reporting form. Banking of frozen serum prior to treatment is recommended to facilitate future research needs when new tests are introduced.

## TESTING LABORATORIES

1. **Cultures**　　　National Veterinary Services Laboratories (NVSL)
　　　　　　　　　　Dr. Janet Payeur / Jerry Jarnagin
　　　　　　　　　　1800 Dayton Rd./ PO Box 844
　　　　　　　　　　Ames, IA 50010

　　　　　　　　　　(515) 663-7676 or 663-7548
　　　　　　　　　　Fax: (515) 663-7315
　　　　　　　　　　Email: Janet.B.Payeur@usda.gov

　　　　　　　　　　Send trunk cultures to NVSL either frozen or on icepacks by overnight
　　　　　　　　　　express. Containers should be leakproof and double-bagged (50 ml conical

screw-top centrifuge tubes are preferred ) and are available from NVSL. If lesions are submitted for culture, tissue should be frozen. Use the VS Form 10-4 for submission. Cost: $27 per sample for processing plus minimum of $54 for speciation of Mycobacteria positive cultures. To establish an account for billing, contact Connie Osmundson (515) 663-7571.

2. **Histopathology**  Dr. Richard Montali National Zoo - Department of Pathology
3001 Connecticut Ave.
Washington, DC 20008

(202) 673-4869
Fax: (202) 673-4660

Send sections in formalin of any gross lesion and complete set of tissues including lung, liver, spleen, mesenteric lymph nodes, bronchial lymph nodes and other major organs. Use leakproof container.

|  | **or:** |
|---|---|
| NVSL - Dr. Art Davis | Dr. Mark Hall |
| Chief of Pathobiology | Head Pathological Investigations |
| 1800 Dayton Rd. |  |
| Ames, IA 50010 | (515) 663-7521 |

(515) 663-7521

Send formalin sections of any gross lesion and target tissues (lung, liver, mesenteric and bronchial lymph nodes). Use leakproof container.

3. **ELISA (CSU)**  Dr. Delphi Chatterjee                Dr. Mo Salman - Dept. of
Dept. of Microbiology                Environmental Health
Colorado State University            College of Veterinary Medicine
Ft. Collins, CO 80523-1677           Colorado State University
                                     Ft. Collins, CO 80523-1676

(970) 491-7495
Fax: (970) 491-1815                  (970) 491-7950
E-mail: delphi@lamar.colostate.edu   Fax: (970) 491-2940

Send 4 ml of frozen serum for each test; send overnight on ice packs to both labs. Currently no charge.

4. **Nucleic Acid Amplification Test (NAAT)**  The most commonly used NAAT is the M. tuberculosis Test Direct (MTD). The MTD utilizes transcription-mediated amplification to specifically replicate ribosomal RNA from bacteria of the M. tuberculosis complex (M. tuberculosis, M. bovis, M. bovis BCG, M.africanum, and M. microti). A positive MTD test result means that RNA from M. tuberculosis complex organisms may be present in the sample. Both live and dead organisms are detected. The MTD test has the advantage of quick turn around time. Results are usually available within one week of submission compared to eight weeks that is generally required for culture. NOTE: Several elephants are MTD-positive but culture-negative. **Until further evaluation of the validity of the MTD test in elephants, culture should still be used as the definitive diagnostic test.**

Send samples to NVSL (see above address) or other suitable laboratory. Call first. Collect trunk wash samples in 20 ml sterile tubes; ship overnight on ice packs. Cost: ~$30.

| | | |
|---|---|---|
| 5. | **Drug Blood Levels** | Dr. Charles Peloquin<br>National Jewish Medical and Research Center<br>1400 Jackson St.<br>Denver, CO 80206<br><br>(303) 398-1925 or 398-1448 or 398-1427<br>Fax: (303) 270-2229<br>E-mail: Peloquin@NJC.org<br>Web site: www.njc.org<br><br>Collect blood in 8-10 ml red top tubes. A minimum of 2 ml of serum is needed for each drug. Centrifuge, harvest serum and freeze (-70C preferred, otherwise -20C immediately). Ship on dry ice overnight Monday-Thursday. Contact lab by e-mail or fax for submission form. Cost is approximately $50/time point/ drug. |
| 6.. | **Gamma Interferon Test** | Dr. Diana Whipple, Lead Scientist<br>Bovine Tuberculosis Zoonotic Disease Research Unit<br>USDA, ARS<br>National Animal Disease Center<br>2300 Dayton Rd, PO Box 70<br>Ames, IA 50010<br><br>(515) 663-7377<br>Fax: (515) 663-7458<br>E-mail: dwhipple@nadc.ars.usda.gov<br><br>This test is still in the developmental stage. It is essential to contact the lab prior to shipment. Sample must arrive within 16 hours. Results may not be available for some time. Send one 10 ml heparin tube at room temperature by overnight delivery. Pack in styrofoam container to protect from temperature extremes during shipment. Do not use cold packs or ice. No charge at this time. |

## CONTACTS FOR QUESTIONS

1. Dr. Susan Mikota -- **Diagnosis and Treatment**
   Audubon Center for Research of Endangered Species (ACRES)
   14001 River Rd.
   New Orleans, LA 70131

   (504) 398-3111
   Fax: (504) 398-3100
   E-mail: smikota@acres.org

2. Dr. Miava Binkley -- **Regulatory**
   USDA, APHIS, Animal Care
   920 Main Campus Drive Suite 200
   Raleigh, NC 27606

   (919) 716-5588

Fax: (919) 716-5696
E-mail: miava.f.binkley@usda.gov

3. Joel Maslow, MD. PhD -- **Human Health**
Division of Infectious Diseases
Philadelphia Veterans Affairs Medical Center and the
University of Pennsylvania School of Medicine
University & Woodland Avenues
Philadelphia, PA 19104

(215) 823-4021
Fax: (215) 823-5168
E-mail: joel.maslow@med.va.gov

4. Dr. Dick Montali -- **Necropsy**
National Zoo - Department of Pathology
3001 Connecticut Ave., NW
Washington, DC 20008

(202) 673-4869
Fax: (202) 673-4660
E-mail: rmontali@nzp.si.edu

5. Dr. Scott Larsen -- **ELISA**

(919) 661-3565
Email: rslarsen@unity.ncsu.edu

6. Dr. Wilbur Amand - **Reporting Test Results (Use Attached Form)**
American Association of Zoo Veterinarians
6 North Pennell Rd.
Media, PA 19063

(610) 892-4812
Fax: (610) 892-4813
E-mail: 75634.235@compuserve.com

**Annual Elephant Tuberculosis Surveillance Report Form for the year:**

_____

Institution:_____

Submitter: _____

Address:_____

_____

Tel: _____ Fax: _____ email: _____

_____

Asian [ ] African [ ] ISIS # _____ Studbook # _____ Name _____

Age: _____ [ ] actual [ ] estimate Sex: [ ] male [ ] female

## EXPOSURE STATUS:

[ ] Known infected animal
[ ] Known exposure to culture positive source within the past 12 months
[ ] Known exposure to a culture positive within the past 1-5 years
[ ] No known exposure to a culture positive source in the last 5 years

## CULTURE RESULTS
Source (trachea; trunk; oropharynx; other):
_____
Method: (swab; trunk wash;
other):_____
Test date:_____
Laboratory:_____
Results: (negative; M.tb complex; M.tb; M. bovis; M. avium; other (list):
_____

(Note: Results reported as M.tb complex do not differentiate between M.tb and M.bovis.)

## ACID FAST STAIN
Source: _____
Test date: _____
Lab: _____ Result: _____

## ELISA RESULTS
Date of last tuberculin test: _____ Site: _____ Tuberculin used:_____
Test date: _____
Lab: _____ Result: _____

## AMPLIFICATION TESTS
Test: _____
Sample source: _____
Test date: _____
Lab: _____ Result: _____

**Send completed form to:**

Dr. Wilbur Amand
American Association of Zoo Veterinarians
6 North Pennell Rd
Media PA 19063

T: 610-892-4812;
F: 610-891-4813
email: 75634.235@compuserve

| TB ELISA SAMPLE SUBMISSION FORM FOR ELEPHANT SAMPLES (LAB 1) | | Page___ ....of___ |
|---|---|---|
| Mycobacterium bovis Testing Laboratory<br>Center of Veterinary Epidemiology an<br><br>Animal Disease Surveillance Systems<br>Colorado State University<br>Environmental Health Bldg. RM 107<br>Fort Collins, CO 80523-1676<br>Attn: Joni<br><br>Phone: (970) 491-2379<br>Fax: (970) 491-2940 | For Questions Regarding Sample Submission,<br>Test Results, or Interpretation Please Contact:<br><br>Dr. R Scott Larsen<br><br>Phone: (919) 661-3565<br>rslarsen@unity.ncsu.edu | **LAB USE ONLY**<br><br>JTPID:<br><br>Date Rec'd:<br><br>Location: |
| SUBMITTED BY: | PHONE: | Number of Samples: |
| CLINIC/INSTITUTION: | FAX | |
| ADDRESS: | E-MAIL | |
| City:      State:      Zip: | OWNER OF ANIMALS: | |

| Date Serum taken | Elephant Name | Stud-bood or ISIS# | Species | Sex | Age | Birth Date | Time at current Facility | Trunk Wash Date | Trunk Wash Results | Skin Test Date | Skin Test Results | PCR Date | PCR Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**SAMPLE SUBMISSION**
1. Samples must be submitted in 12 mm X 75 mm serology tubes or 1.7 ml microcentrifuge tubes.
2. Shipping boxes must say **"REFRIGERATE UPON ARRIVAL."**

3. Collect blood into red top clotting tube. Allow to clot, centrifuge, and transfer serum into another vial.

4. Send via overnight shipment at 4C or frozen

| TB ELISA SAMPLE SUBMISSION FORM FOR ELEPHANT SAMPLES (LAB 2) | | Page___ ....of___ |
|---|---|---|
| Dr. Delphi Chatterjee<br>Department of Microbiology<br>Colorado State University<br>Fort Collins, CO 80523-1677<br><br>Phone: (970) 491-7495<br>Fax: (970) 491-1815 | | **LAB USE ONLY**<br><br>JTPID:<br><br>Date |

| Email: delphi@colostate.edu | | Rec'd: |
| --- | --- | --- |
| | | Location: |
| SUBMITTED BY: | PHONE: | Number of Samples: |
| CLINIC/INSTITUTION: | FAX | |
| ADDRESS: | E-MAIL | |
| City:  State:  Zip: | OWNER OF ANIMALS: | |

| Date Serum taken | Elephant Name | Stud-bood or ISIS# | Species | Sex | Age | Birth Date | Time at current Facility | Turnk Wash Date | Trunk Wash Results | Skin Test Date | Skin Test Results | PCR Date | PCR Results |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**SAMPLE SUBMISSION**
1. Samples must be submitted in 12 mm X 75 mm serology tubes or 1.7 ml microcentrifuge tubes.
2. Shipping boxes must say **"REFRIGERATE UPON ARRIVAL."**

3. Collect blood into red top clotting tube. Allow to clot, centrifuge, and transfer serum into another vial.

4. Send via overnight shipment at 4C or frozen

Click here for "pdf" formatted Specimen Submission
If you do not have the free "pdf" Acrobat reader, you can download it from www.adobe.com



NOTE: All cultures are to be performed using the Triple Sample Method (see Protocol).