## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DEBRA LYNNE LEAHY** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil No. 05-1135** |
| **v.** | ) | **Judge Paul L Friedman** |
| | ) | |
| **THE UNITED STATES DEPARTMENT** | ) | |
| **OF AGRICULTURE,** *et al.*, | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **THE HAWTHORN CORPORATION and** | ) | |
| **JOHN F. CUNEO,** | ) | |
| | ) | |
| **Defendants-Intervenors.** | ) | |

### DECLARATION OF MEGAN HAEBLER

I, Megan Haebler, do hereby swear, under the penalty of perjury, that the following is true and accurate:

1.      I am employed as a paralegal at Cooper & Kirk, P.L.LC., at 1500 K Street N.W., Washington, D.C. 20005. I have worked in this position since June 1, 2005. Prior to becoming a paralegal, I had worked as an office assistant at Cooper & Kirk since March 9, 2004.

2.      On May 23, 2005, I visited The Elephant Sanctuary website, www.elephants.com -- "WHAT'S NEW" page. The headline dated May 18, 2005 was: <u>Hawthorn elephants may be placed with Carson and Barnes Circus</u>.   Attachment A, at 1.

3.      Underneath was a brief paragraph explaining the situation. The headline title was a hyperlink, which lead to an "Action Alerts" page on the PETA website. The PETA article was

titled "Urgent: Hawthorn Elephants in Danger of Ending Up With Circus." Attachment A, at 2-3.

4. The website print-out, Attachment A, dated May 23, 2005, is a true and accurate copy of the pages I viewed on May 23, 2005. Among other things, it says: "Bernadette Juarez from the office of general counsel of the USDA has confirmed that the USDA-APHIS has approved placement of 3 Hawthorn elephants at the Endangered Ark Foundation. This Foundation is run by the owners of the Carson and Barnes Circus, in Hugo, Oklahoma. The function of the foundation is to breed elephants for use in circuses. Another source informs us that the three elephants to be placed are Asian females Ronnie, Gypsy, and the lone African female Joy."

5. On May 23, 2005, I clicked on the May 18, 2005 link on the Sanctuary News section of The Elephant Sanctuary's web site. The link brought me to the PETA Action Alerts web page. Among other things, the Action Alert states: "It is stunning that the USDA would have approved placement for these elephants with proven elephant beaters when The Elephant Sanctuary in Tennessee is prepared to take all of the female elephants in September 2005, following completion of a new barn." The Alert urges people to send letters to the USDA. "Letters to the USDA are urgently needed. Please write short, polite letters to the Secretary of Agriculture insisting that the USDA place the elephants at The Elephant Sanctuary and implement its consent decision by revoking Hawthorn's license to exhibit animals[.]" Attachment A, at 2.

6. The attached website print-out is a true and accurate copy of the pages I viewed on May 23, 2005. *See* Attachment A.

2

7.      On June 9, 2005, I located the website for an organization of animal sanctuaries --
The Association of Sanctuaries (TAOS) (www.taosanctuaries.com). The TAOS website has a
Mission Statement and a list of expectations for member sanctuaries. Attachment B. A specific
elephant sanctuaries page on the TAOS website lists The Elephant Sanctuary and PAWS among
the three entities that qualify as a "TAOS Accredited Elephant Sanctuary." Among the
expectations are that sanctuaries are not to permit breed animals and that the animals are not for
recreational, exhibition, and entertainment purposes. The core expectation and values for TAOS
approved facilities include:

>            "Animals in Accredited or Approved facilities are not allowed to breed."
>
>            "Animals will not be used for purposes that are essentially commercial, such as
>            for entertainment, amusement, or recreational exhibition."

8.      The attached website print-out, Attachment B, dated June 9, 2005, is a true and
accurate copy of the pages I viewed on June 9, 2005.

9.      On June 8, 2005, I visited the PETA Action Alert web page. Attachment C. The
headline is: "Urge Oklahoma Officials to Deny Import of Hawthorn Elephants." Among other
things, the site states: "Please write short, polite letters to the Oklahoma State Department of
Health to urge officials to immediately deny import of these elephants into the state to protect the
health of residents[.]"

10.     The website print-out, Attachment C, dated June 8, 2005, is a true and accurate
copy of pages I viewed on June 8, 2005.

Megan Haebler

Dated: 6/15/05

# Attachment A







The Sanctuary    Our Elephants    About Elephants    In the News    You Can Help

## Sanctuary News

**May 22nd, 2005**
### Groups Rip Zoo's Handling of Intruders
The San Antonio Zoo is getting an earful from animal protection groups about its method of getting rid of unwanted critters that sneak in at night, snatching up exotic bird eggs and endangering zoo animals.
. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**May 19th, 2005**

"Echo of the Elephants: the Last Chapter?" will be shown on the Discovery Channel on Sunday May 22. Check local listing for air time in your area.
. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**May 18th, 2005**
### Hawthorn elephants may be placed with the Carson and Barnes Circus
Bernadette Juarez from the office of general counsel of the USDA has confirmed that the USDA-APHIS has approved placement of 3 Hawthorn elephants at the Endangered Ark Foundation. This Foundation is run by the owners of the Carson and Barnes Circus, in Hugo, Oklahoma. The function of the foundation is to breed elephants for use in circuses. Another source informs us that the three elephants to be placed are Asian females Ronnie, Gypsy, and the lone African female Joy.
. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**May 15th, 2005**
### Disney World elephant dies of infection

. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**May 15th, 2005**
### A Boundless Spirit: The Misty Story

. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**May 14th, 2005**
### Elephant had lung problem, zoo says

. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**May 13th, 2005**
### Mayoral Election Could Affect LA Elephants

. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**May 13th, 2005**
### Alderman Demands Answers From Lincoln Park Zoo

**May 12th, 2005**
### BBB Wise Giving Report

. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**May 5th, 2005**
### A New Web Site devoted to the Hawtho Elephants
This remarkable web site is the brainchild of an internatior group of individuals devoted to the welfare of captive elepl It was not designed by, is not sponsored by, and is not aff with The Elephant Sanctuary but we are proud to endorse mission.
. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Apr 30th, 2005**
### Second Annual Yard Sale Hosted by Bell Forest Animal Hospital and Kennels to Benefit Elephant Sanctuary
Event will be held Saturday, June 4, 2005 from 8:00 a.m. 2:00 p.m. Donated items now being accepted.
. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Apr 7th, 2005**
### Support the Sanctuary while you shop Amazon.com
Visit Amazon.com from links on our site and 5% of anytl you buy goes to The Elephant Sanctuary. Always use this p to link to Amazon.com and all your purchases will help the elephants!
. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Mar 23rd, 2005**
### Application For Tennessee's Official Elephant Sanctuary Vehicle License Plat

. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Mar 18th, 2005**
### 1st Annual Elephant Advocacy Rally

. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Mar 11th, 2005**
### Sanctuary Bracelets
A FUN and Fashionable Way For You To Raise Funds For TI Elephants!
. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Mar 11th, 2005**
### Teva surprises the Sanctuary with seve pairs of elephants shoes

. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Mar 10th, 2005**
### VIP Pledge Campaign
The Elephant Sanctuary invites you to become a VIP patro an exclusive behind-the-scenes visit to the Sanctuary by n a five-year pledge of support.
. . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Feb 14th, 2005**
### After Only 2 Months and 23 Days of

Home > Action Alerts >

**PeTA**

| Action Alerts | Campaigns | Living | PETA Kids | PETA Mall | Donate Now |

MEDIA CENTER
PETA E-NEWS SIGN-UP
PETA TV

## Urgent: Hawthorn Elephants in Danger of Ending Up With Circus

PETA has learned that five of the 12 elephants with the Hawthorn Corporation will be sent to the Carson & Barnes Circus "Endangered Ark Foundation." Instead of finding a permanent reprieve from the abusive circus industry at a sanctuary, these elephants will continue to suffer in a circus, where beatings and extreme confinement are routine.

Carson & Barnes has a lengthy history of animal abuse and neglect and has been cited numerous times for failure to provide veterinary care and at least eight times since 1995 for failing to maintain its animal-transport trailers. Carson & Barnes has paid nearly $1,000 to avoid further action by the U.S. Department of Agriculture (USDA) in two separate alleged violations of the federal Animal Welfare Act (AWA).

The circus paid $550 following an investigation of an incident in which a circus trailer carrying two elephants overturned in June 2003, injuring the elephants. Carson & Barnes paid $400 for mishandling elephants in violation of the AWA as a result of video in which **Tim Frisco, the circus's animal care director, was caught on tape viciously attacking and shocking terrified elephants**. Frisco instructs other trainers to hurt the elephants until they scream and to sink a sharp, metal bullhook into their flesh and twist it. Frisco also cautions that the beatings must be concealed from the public.

In April 2004, Carson & Barnes' 5-year-old, endangered Asian elephant, Jennie, died after contracting a herpes virus carried by African elephants. Jennie's death might have been prevented if Carson & Barnes had followed even the most basic guidelines for elephant care. The circus subjected Jennie to the rigors of forceful training, performance, and travel at just 16 months of age, stressing her delicate immune system. Despite the American Zoo and Aquarium Association's recommendation that Asian and African elephants not be caged together because of disease risks from this deadly virus, Carson & Barnes recklessly commingles the two species. Now, Jennie's brother Obert is forced to perform tricks on tour. He is less than two years old.

It is stunning that the USDA would have approved placement for these elephants with proven elephant beaters when The Elephant Sanctuary in Tennessee is prepared to take all of the female elephants in September 2005, following completion of a new barn.

Letters to the USDA are urgently needed. Please write short, polite letters to the Secretary of Agriculture insisting that the USDA place the elephants at The Elephant Sanctuary and implement its consent decision by revoking Hawthorn's license to exhibit animals:

The Honorable Michael O. Johanns
Secretary of Agriculture
U.S. Department of Agriculture

Jamie L. Whitten Federal Building
12th Street and Jefferson Drive S.W., Rm. 200-A
Washington, DC 20250
**agsec@usda.gov**
202-720-3631
202-720-2166 (fax)

Also, please write short, polite letters to your two federal senators and member of Congress. Let
them know that while the USDA is to be commended for forcing Hawthorn to relinquish its elephants
after serious and chronic violations of the AWA, the agency must act responsibly in placing these
elephants in humane conditions at The Elephant Sanctuary. Contact information for your elected
officials can be found at **www.Congress.org/congressorg/home/,** simply by entering your zip
code in the search box under "Write Elected Officials." **Read more** about the Hawthorn Corporation.

NM H01.'





| ABOUT PETA | YOUR PRIVACY | E-MAIL US | PETA LISTS

# Attachment B

    

**About Us**

Home
About Us
Sanctuaries
Accreditation
No Wild Pets!
News/Events
Mailing List
Conference
Support Us
Additional Links
Site Map
Contact Us

# About Us

## What is The Association of Sanctuaries (TAOS)?

TAOS was founded in 1992 as a not-for-profit organization to assist sanctuaries in providing quality rescue and care for displaced animals. We accredit superior sanctuaries for wild, farmed, and companion animals. We work to improve the quality of life of sanctuary animals and to be a voice for change in the attitudes that lead to the need for sanctuaries.


Siberian Tiger - Corel

## TAOS Mission Statement

TAOS works to improve the quality of life for animals by:

- Establishing standards for animal care and organizational excellence and accrediting those facilities that qualify.
- Providing support and consultation to member sanctuaries, advice to those considering applying for accreditation, and guidance to individuals who wish to start sanctuaries.
- Facilitating the rescue of wild, exotic, farmed, and companion animals and their transfer to reputable facilities.
- Educating the public about the causes and conditions of displaced animals, encouraging more respectful relations between humans and other animals, and advocating for regulatory and policy changes that will better protect them.

## What is a sanctuary?

Subscribe to the
TAOS E-Newsletter!
Your E-mail:

Join









TAOS is a Member of

An <u>animal sanctuary</u> is a place of refuge where injured, abused, or displaced animals are provided with appropriate lifetime care or, when possible, rehabilitated and returned to the wild. Farmed and companion animals can be adopted to carefully screened homes. Sanctuaries exist in recognition that all lives have value and that we have an obligation to attempt to right the wrongs that some humans have done to animals.

## Where do animals needing sanctuary come from?

Many are bred and kept by dealers in the wild and exotic animal trade. Others are considered surplus by zoos and research institutions. Domestic animals in sanctuaries had been intended for slaughter. Companion animals were abandoned or homeless. <u>The attempt to make "pets" of wild animals</u> who cannot adapt adequately to such conditions leaves many needing sanctuary. The common denominator is that animals have been displaced from natural or appropriate conditions and cannot return. Sanctuaries provide a substitute for the niche they would have occupied in nature or elsewhere. The alternative for most would be the misery of inadequate or abusive conditions and the inability to lead anything like a satisfactory life for creatures of their kind.

## What are TAOS' core expectations and values for sanctuaries?

- Animals in <u>Accredited or Approved facilities</u> are not allowed to breed. All animals share a need and a right to live natural lives and to allow them to be born without the opportunity to live that kind of life insults their dignity and contradicts the message of respect for life that TAOS is committed to. (The only exception to this would be an animal whose species was in danger of extinction and where a scientifically-based breeding plan coupled with credible plans for reintroduction of the offspring to native habitats was in place.)

- Animals will not be used for purposes that are essentially commercial, such as for entertainment, amusement, or recreational exhibition.

- Accredited and Approved facilities accept lifetime responsibility for animals placed with them except in emergency situations that include a plan for transfer to another reputable facility that will provide such care.

- Member facilities will adhere to the <u>TAOS Code of Ethics</u>.

## How does TAOS operate?

TAOS has a very small staff and large number of volunteers. Our governing <u>Board of Directors and Advisory Board</u> are composed of leaders in animal protection from around the country as well as others with strong interest in our work. In addition to board service, volunteers assist with site visits to sanctuaries seeking

Accredited Sanctuary Membership and in finding placements for displaced animals, preparation of animal care protocols, and education and advocacy activities. TAOS is funded by donations, grants, and member support.

## Who can join?

### Supporting Members

Any individual or organization who shares our values and goals is welcome to become a Supporting Member. All Supporters receive our newsletter, *TAOS Horizons*, and occasional updates on important animal-related issues and know they are helping sanctuaries help victimized animals.

### Accredited Sanctuary Members

Any qualified sanctuary may apply to become an Accredited Sanctuary Member, which means that they represent the highest standards in animal rescue and care.

---

**The Association of Sanctuaries (TAOS)**
P.O. Box 925, Stillwater, MN 55082
Phone: 763-772-3087 • Fax: 651-275-0457
E-mail: info@taosanctuaries.org • Web Site:
http://www.taosanctuaries.org

Copyright © 2003–2005 The Association of Sanctuaries (TAOS)

   

**Sanctuaries**

Home
About Us
Sanctuaries
Accreditation
No Wild Pets!
News/Events
Mailing List
Conference
Support Us
Additional Links
Site Map
Contact Us

# Elephant Sanctuaries

## Articles

**Detroit and San Francisco Zoo Elephants: Sanctuary or Zoo?**

**Care Guidelines for Captive Elephants**

## TAOS Accredited Elephant Sanctuaries

**Black Beauty Ranch**
Contact: D.J. Schubert
Box 367
Murchison, TX 75778
Phone: 903-469-3811
Fax: 903-469-4023
E-mail: blackbeautyranch@aol.com
Web Site: http://www.blackbeautyranch.org

**The Elephant Sanctuary**
Contact: Carol Buckley
P.O. Box 393
Hohenwald, TN 38462
Phone: 931-796-6500
Fax: 931-796-4810
E-mail: Carol@Elephants.com
Web Site: http://www.elephants.com

**Performing Animal Welfare Society**
Contact: Pat Derby
P.O. Box 849
Galt, CA 95632
Phone: 209-745-2606
Fax: 209-745-1809
E-mail: elephus@softcom.net
Web Site: http://www.pawsweb.org



African Elephant - Corel

**Subscribe to the TAOS E-Newsletter!**
**Your E-mail:**

Join





They're Cute, but They're


Annual Sanctuaries Conference

TAOS is a Member of



**The Association of Sanctuaries (TAOS)**
P.O. Box 925, Stillwater, MN 55082
Phone: 763-772-3087 • Fax: 651-275-0457
E-mail: info@taosanctuaries.org • Web Site:
http://www.taosanctuaries.org

Copyright © 2003–2005 The Association of Sanctuaries (TAOS)

Case 4:99-cv-01:337-PET-Document 7-9 Filed 06/15/2005 Page 14 of 22

    

**Accre**

Home

About Us

Sanctuaries

Accreditation

No Wild Pets!

News/Events

Mailing List

Conference

Support Us

Additional Links

Site Map

Contact Us

# Membership Categories

Reputable organizations that house captive animals include a diverse range of types and practices. Not all, strictly speaking, are sanctuaries; nonetheless, they provide a vital service to animals and in conjunction with sanctuaries offer a continuum of venues and programs that



Iguana - Corel







promote animal protection as well as attitudinal changes that can lead to a more animal-respecting culture. TAOS seeks to bring together the best representatives from these diverse perspectives as members, all of whom in distinct and compatible ways contribute to a common mission.

There will be five categories of membership, each adhering to core values and purposes stipulated by TAOS and differentiated by the following characteristics:

### Accredited Wildlife Sanctuary

A facility that provides permanent care for displaced wildlife and that is either not open to the public or open only in very limited and carefully controlled ways intended to preserve the animals' privacy. Because they have been previously held in inappropriate or exploitive settings and have lost the abilities needed to survive on their own, the animals cannot be returned to a natural habitat. Animals will be transferred to another reputable facility only when dictated by their own best interests.

### Accredited Farmed Animal Sanctuary

A facility that provides permanent care for animals typically raised for food or other products or to work on

farms and similar settings. It may be open to the public for educational purposes, and people able to provide care equal to that of the sanctuary may adopt animals if the sanctuary permits.

## Accredited Companion Animal Sanctuary

An organization that provides permanent care to dogs and cats while attempting to place those who are adoptable into homes that can provide equal or better care (due to the social needs of the animals, which can be best met in home settings).

## Accredited Animal Rescue Facility

A facility similar to a wildlife sanctuary except that it is open to the public. It adheres to the following guidelines:

- Since public access to captive wildlife always runs the risk of conveying a mixed message to people (i.e., respect for animals vs. animals as objects for display), the organization will strive to have staff or volunteers available at various points within the facility to monitor public reactions and to offer information. Such information will, among other things, convey that wildlife ought not be captive and what the circumstances were that resulted in the facility's animals being there; natural history of the species and current threats it faces; and suggestions about appropriate, ethical relations between humans and the rest of the life community.

- Signage, handouts, and other informational methods and materials will be abundant and, while appealingly presented, strongly reinforce the educational message.

- Sanctuary staff will model and require of visitors (including children) behavior that is calm, respectful, and attentive–demonstrating, in effect, that they have entered the animals' home and must demonstrate the courtesies expected of a guest.

- Visitation hours and days will be limited and enclosures structured so that the animals' privacy is not unduly infringed.

- Any animal who shows discomfort at public access will not be exposed to it.

## Approved Animal Placement Facility

A facility that meets TAOS animal care standards but that does not meet other requirements of an accredited facility. When an animal needs placement and no accredited facility is available, he/she may be placed with an Approved organization either temporarily or permanently. (AZA accreditation satisfies this requirement and substitutes for a site visit.)

**The Association of Sanctuaries (TAOS)**
P.O. Box 925, Stillwater, MN 55082
Phone: 763-772-3087 • Fax: 651-275-0457
E-mail: info@taosanctuaries.org • Web Site:
http://www.taosanctuaries.org

Copyright © 2003–2005 The Association of Sanctuaries (TAOS)

 



**Accre**

Home

About Us

Sanctuaries

Accreditation

No Wild Pets!

News/Events

Mailing List

Conference

Support Us

Additional Links

Site Map

Contact Us

# Expectations of Sanctuaries

In addition to rigorous standards of sanctuary management and animal care, the following are considered essential to excellence:

- The animals are not allowed to breed. Life in a sanctuary is far better than what the animals had before they arrived there, but no animal should be deliberately brought into the world to live in other than natural conditions for creatures of his or her kind. That would be a disservice to them and would undercut the message of respect for the value of all life that we wish to promote. (Exceptions may be made when an animal's species is on the verge of extinction and a scientifically-based breeding and reintroduction plan


Red-tailed Hawk - Corel

Subscribe to the TAOS E-Newsletter!

Your E-mail:

Join




Want a Baby Monkey for


Annual Sanctuaries Conference

TAOS is a Member of



is in place.)

- Use of the animals in commercial activities is prohibited. Animals will not be bought (except in extraordinary circumstances), sold, traded, or hired out for entertainment or other such purposes not consistent with their natural ways. Body parts are not sold. Public access to the animals is restricted and only occurs under conditions of nonintrusiveness and respect for their privacy.

- Sanctuaries accept lifetime responsibility for their resident animals. This may include rehabilitation and release in an appropriate habitat or transfer to another sanctuary that is better suited to their needs. Wild animals may not be adopted, but companion animals and animals who are typically farmed may be if standards of care are high and prohibitions on breeding and commercial activity are complied with.

- Responsible sanctuaries recognize that the welfare of animals is always primary and that respectful

collaboration with others on behalf of that welfare is obligatory. This not only best serves the animals but further demonstrates the fundamental value of respect for all life that is at the foundation of sanctuary existence.

- Member sanctuaries maintain all required licenses and permits in good standing as well as their federal 501(c)(3) not-for-profit status.

---

**The Association of Sanctuaries (TAOS)**
P.O. Box 925, Stillwater, MN 55082
Phone: 763-772-3087 • Fax: 651-275-0457
E-mail: info@taosanctuaries.org • Web Site:
http://www.taosanctuaries.org

Copyright © 2003-2005 The Association of Sanctuaries (TAOS)

# Attachment
# C

Home > Action Alerts >

## Urge Oklahoma Officials to Deny Import of Hawthorn Elephants

At least three elephants with the Hawthorn Corporation, based in Richmond, Illinois, will soon be transferred to the Carson & Barnes Circus "Endangered Ark Foundation" in Hugo, Oklahoma.

The elephants have been exposed to other elephants who have died from Mycobacterium tuberculosis (TB). Currently, there are no tests that determine whether an elephant is carrying latent TB, which could be the case with these elephants. Elephants used in circuses are especially susceptible to TB because their immune systems are weakened by the stress of constant confinement, travel, and physical abuse. The crowded, humid, and unventilated boxcars, trailers, and warehouses in which captive elephants are often kept create a fertile breeding ground for TB. The elephants are transported around the country and across borders and commingled with other elephants, spreading the disease. Special facilities are required to care for and safely house potentially diseased elephants.

The U.S. Department of Agriculture (USDA) has cited Carson & Barnes for failure to have elephant attendants, handlers, and grooms tested for TB.

Please write short, polite letters to the Oklahoma State Veterinarian, urging her to immediately deny import of these elephants in order to protect the state's wildlife and animal population:

Dr. Becky Brewer, State Veterinarian
Oklahoma Department of Agriculture
2800 N. Lincoln Blvd.
Oklahoma City, OK 73105-4298
405- 522-6134
405-522-0756 (fax)
**bbrewer@oda.state.ok.us**

TB remains one of the deadliest diseases in the world. In 2003, nearly 15,000 human cases were reported in the United States. According to Dr. John Lewis of the International Zoo Veterinary Group, "If tuberculosis is diagnosed in an elephant, there are clear public health implications as the disease can be spread by close contact with infected animals and people." Please write short, polite letters to the Oklahoma State Department of Health to urge officials to immediately deny import of these elephants into the state to protect the health of residents:

Case 1:05-cv-01155-PLF    Document 7-8    Filed 06/15/2005    Page 22 of 22

James M. Crutcher, M.D., M.P.H.
Commissioner of Health and State Health Officer
Oklahoma State Department of Health
1000 N.E. 10th St.
Oklahoma City, OK 73117-1200
405-271-4200
405-271-3431 (fax)
**mikec@health.ok.gov**

Learn more about the risk of **TB in captive elephants**.

**Urge the USDA** to place the elephants at The Elephant Sanctuary instead of
with a cruel circus and to implement its consent decision by revoking
Hawthorn's license to exhibit animals.

Learn more about the **plight of the Hawthorn elephants**.

NM 8035



