USDA
OALJ/OHC

UNITED STATES DEPARTMENT OF AGRICULTURE

2005 JAN 12 AM 10: 40

BEFORE THE SECRETARY OF AGRICULTURE

RECEIVED

| | | |
|---|---|---|
| In re: | ) | AWA Docket No. 03-0023 |
|    JOHN F. CUNEO, JR., an individual; | ) | |
|    THE HAWTHORN CORPORATION, | ) | |
|    an Illinois corporation; THOMAS M. | ) | |
|    THOMPSON, an individual; JAMES G. | ) | |
|    ZAJICEK, an individual; JOHN N. | ) | |
|    CAUDILL, III, an individual; JOHN N. | ) | |
|    CAUDILL, JR., an individual, and | ) | |
|    WALKER BROTHER'S CIRCUS, INC., a | ) | |
|    Florida corporation, and; DAVID A. | ) | **SUMMARY OF TELEPHONE** |
|    CREECH, an individual | ) | **CONFERENCE** |
| | ) | |
|    Respondents | ) | |

The parties participated with me in a telephone conference on January 7, 2005. Bernadette Juarez represented Complainant and Derek Shaffer, Esq. and Vincent Colatriano, Esq. represented Respondents. My secretary, Diane Green was present. The parties agreed to the following:

Parties indicated they would be meeting this month to further discuss placement of remaining elephants. At this time, all parties agreed that the scheduling of a hearing, if necessary, would be determined after the meeting. Also, parties agreed to update the court following their meeting.

*[signature]*
MARC R. HILLSON
Chief Administrative Law Judge

January 10, 2005

UNITED STATES DEPARTMENT OF AGRICULTURE

BEFORE THE SECRETARY OF AGRICULTURE

| | | |
|---|---|---|
| In re: | ) | AWA Docket No. 03-0023 |
| | ) | |
| JOHN F. CUNEO, JR., an individual; | ) | |
| THE HAWTHORN CORPORATION, | ) | |
| an Illinois corporation; THOMAS M. | ) | |
| THOMPSON, an individual; JAMES G. | ) | |
| ZAJICEK, an individual; JOHN N. | ) | |
| CAUDILL, III, an individual; JOHN N. | ) | |
| CAUDILL, JR., an individual; | ) | |
| WALKER BROTHER'S CIRCUS, INC., a | ) | **Summary of Telephone** |
| Florida corporation, and DAVID A. | ) | **Conference** |
| CREECH, an individual, | ) | |
| | ) | |
| Respondents | | |

On February 10, 2005, I conducted a telephone conference in this matter. Bernadette Juarez represented Complainant and Derek Shaffer represented Respondents. My secretary, Diane Green, also attended.

The parties reported to me that they were engaged in positive discussions concerning the placement of the remaining elephants in the possession of Respondents, and that they both anticipated that the matter would be resolved without need for further hearings. While Respondents have two motions pending before me that would require a hearing, Ms. Juarez and Mr. Shaffer each stated that I should not schedule any hearings on these motions. We all agreed to meet again on March 4 to assess the progress of negotiations.

MARC R. HILLSON
Chief Administrative Law Judge

February 25, 2005

UNITED STATES DEPARTMENT OF AGRICULTURE

BEFORE THE SECRETARY OF AGRICULTURE

| | | |
|---|---|---|
| In re: | ) | AWA Docket No. 03-0023 |
| | ) | |
| JOHN F. CUNEO, JR., an individual; | ) | |
| THE HAWTHORN CORPORATION, | ) | |
| an Illinois corporation; THOMAS M. | ) | |
| THOMPSON, an individual; JAMES G. | ) | |
| ZAJICEK, an individual; JOHN N. | ) | |
| CAUDILL, III, an individual; JOHN N. | ) | |
| CAUDILL, JR., an individual; | ) | |
| WALKER BROTHER'S CIRCUS, INC., a | ) | **Summary of Telephone** |
| Florida corporation, and DAVID A. | ) | **Conference** |
| CREECH, an individual, | ) | |
| | ) | |
| Respondents | | |

On May 3, 2005, I conducted a telephone conference in this matter. Bernadette Juarez represented Complainant and Derek Shaffer represented Respondents. My secretary, Diane Green, also attended.

The parties reported to me that they were still engaged in positive discussions concerning the placement of the remaining eight (8) elephants in the possession of Respondents, They stated that paperwork is being finalized on three donations, with possibly an additional donation to be finalized shortly, and that they were working together to donate eth remaining elephants. Both parties requested that the Stay I issued in August 2004, remain in effect and that I schedule no further proceeding at this time.

MARC R. HILLSON
Chief Administrative Law Judge

May 19, 2005