

United States          Office of the          Washington,
Department of          General               D.C.
Agriculture            Counsel               20250-1400

March 24, 2004

FACSIMILE AND REGULAR MAIL
Benjamin W. Boley
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036-1872

Dear Mr. Boley,

I write in response to your March 23, 2004, voice message and lists of proposed donees.

First, APHIS hereby approves the donation of the Asian elephant "Judy" to Christopher Hamblen. It is my understanding that Judy is currently held by Mr. Hamblen and, therefore, a letter permitting the transportation of said elephant is unnecessary.

Second, APHIS is reviewing the proposed donees, as follows: George Carden; Marion Nature Park/Mark Wilson, DVM; Endangered Ark Foundation/D.J. Miller; and, the Nashville Zoo in Tennessee. By April 16, 2004, APHIS will provide a decision concerning the aforementioned proposed donees and, in the event approval is withheld, APHIS will both provide specific suggestions for alternate facilities and consider additional donee facilities proposed by your client. APHIS will also provide specific suggestions for the donation of those elephants lacking proposed donee facilities, namely "Sue," "Frieda," "Misty," and "Lota."

Finally, APHIS requests copies of the most recent trunk wash results for "Billy," "Debbie," "Frieda," "Gypsy," "Joy," "Liz," "Lottie," "Minnie," "Nickolaus," "Queenie," "Ronnie," "Sue," and "Tess," as well as all documented blood levels of anti-Tuberculosis drugs for "Misty" and "Lota." As discussed during our meeting on March 12, 2004, these documents are critical for APHIS's review of donee facilities and will likely expedite the placement of the elephants.

I am available by telephone and am happy to discuss and/or clarify the contents of this letter.

Respectfully,

Bernadette R. Juarez