# SHEA & GARDNER

1800 MASSACHUSETTS AVENUE, N.W.

WASHINGTON, D.C. 20036-1872

(202) 828-2000
FAX: (202) 828-2195

BENJAMIN W. BOLEY

DIRECT LINE: (202) 828-2060
E-MAIL: BBOLEY@SHEAGARDNER.COM

May 7, 2004

**ADVANCE COPY BY FAX**

Bernadette Juarez, Esq.
Office of the General Counsel
United States Department of Agriculture
1400 Independence Ave., S.W.
Room 2331A
Washington, D.C. 20250-1417

    Re:    In re Cuneo, AWA Docket No. 03-0023

Dear Ms. Juarez:

    I have been out of the office since last Thursday and regret the delay my absence has caused in responding to your letter of April 30.

    In that letter you stated first that APHIS did not approve of four prospective donees suggested by Hawthorn Corporation, but gave no reason for the disapprovals. To the best of its current knowledge, Hawthorn proposed to donate its elephants to holders of valid USDA licenses—*i.e.*, entities that have "demonstrated the ability to provide proper care for said animals in accordance with the Act and Regulations," Order ¶ 3, just as the Settlement contemplates. If APHIS deems a proposed donee to be unacceptable, then any fair construction of the Settlement requires at a minimum that APHIS identify specific reasons for its disapproval as to that entity. We ask that the Service do so promptly. Certainly, an arbitrary disapproval is wholly unjustifiable.

    In the second part of your letter you noted that APHIS approved the placement of 14 elephants by donation to five entities. Two of those entities, however, were expressly identified by me in a meeting with you, Dr. Sofranko and, by telephone, Dr. Goldentyer, as unacceptable to Hawthorn, except as possible homes for the elephants Misty and Lota. None of the APHIS personnel at that meeting raised any objection to Hawthorn's position on these proposed donees, yet now APHIS suggests that a considerable number of the elephants be given to precisely those unacceptable entities. Again, why?

    We ask that APHIS reconsider its disapproval of the four prospective donees that Hawthorn proposed. Further, Hawthorn will submit suggestions for additional donees shortly.

Bernadette Juarez, Esq.
May 7, 2004
Page 2

Your letter notes that APHIS will continue to search for homes for two other Asian elephants, and we appreciate your efforts in that regard. We also believe those efforts should be directed toward finding donees for Freida, Debbie, Tess, Liz, Queenie, Lottie and Minnie other than the only two entities in the nation to which Hawthorn had objected more than a month ago.

Respectfully yours,

Benjamin W. Boley

BWB/skb

cc: Dr. Ron DeHaven, Dr. Chester Gipson, Dr. Betty Goldentyer, Dr. Denise Sofranko, George Carden, Dr. Mark Wilson, the Endangered Ark Foundation