# WALLER LANSDEN DORTCH & DAVIS, PLLC

WALLER LANSDEN DORTCH & DAVIS, PLLC
THE CHESAPEAKE BUSINESS CENTRE
1916 WESTGATE CIRCLE, SUITE 106
BRENTWOOD, TENNESSEE 37027-8010
(615) 844-6212

WALLER LANSDEN DORTCH & DAVIS, LLP
AFFILIATED WITH THE PROFESSIONAL LIMITED LIABILITY COMPANY
620 SOUTH GRAND AVENUE, SUITE 600
LOS ANGELES, CALIFORNIA 90071
(213) 362-3680

NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
(615) 244-6380
FAX: (615) 244-6804
www.wallerlaw.com

WALLER LANSDEN DORTCH & DAVIS, PLLC
809 SOUTH MAIN STREET
POST OFFICE BOX 1035
COLUMBIA, TENNESSEE 38402-1035
(931) 388-6031

February 15, 2005

**VIA EMAIL AND FIRST CLASS MAIL**

Bernadette Juarez
Office of the General Counsel
United States Department of Agriculture
1400 Independence Avenue, S.W.
Room 2331A
Washington, D.C. 20250-1417

Derek Shaffer
Cooper & Kirk, PLLC
1500 K Street, N.W.
Suite 200
Washington, D.C. 20005

      Re:    The Elephant Sanctuary in Tennessee and the Remaining Twelve Hawthorn Corporation Elephants

Dear Ms. Juarez and Mr. Shaffer:

    As we have discussed, I write regarding the possibility that some or all of the remaining twelve elephants at the Hawthorn Corporation's Richmond, Illinois facility might be transferred to The Elephant Sanctuary at Hohenwald, Tennessee. Specifically, I believe we are discussing the following twelve elephants:

    Nicholas (Asian male)

    Joy (African female)

    Billy (Asian female)

    Debbie (Asian female)

1088295.1

WALLER LANSDEN DORTCH & DAVIS, PLLC

Letter to Bernadette Juarez and Derek Shaffer
February 15, 2005
Page 2

    Freida (Asian female)

    Gyp (Asian female)

    Liz (Asian female)

    Lottie (Asian female)

    Minnie (Asian female)

    Queenie (Asian female)

    Ronnie (Asian female)

    Sue (Asian female)

    The Sanctuary is very excited about the possibility of receiving additional Hawthorn elephants. Following are some major issues the Sanctuary has identified, and its thoughts or suggestions about some of them, in no particular order.

- Nicholas: After much deliberation, the Sanctuary has decided that it cannot take ownership or possession of Nicholas. I understand that both of you are aware of the issues involved with introducing a bull elephant into the Sanctuary. The Sanctuary understands that the Performing Animal Welfare Society (PAWS) likely is willing to take Nicholas, and the Sanctuary supports this.

- Joy: The Sanctuary management and staff have also discussed Joy, the only African female in the remaining Hawthorn twelve elephants, and the practical aspects of introducing her into the Sanctuary herd. After careful consideration, the Sanctuary has decided that it can, and is willing to, take Joy.

- The ten Asian females: The Sanctuary is willing to take all of the ten Asian female elephants.

- Timing: The Sanctuary is constrained by the construction schedule for its new barn. The contractor originally estimated six-to-twelve months, but at the insistence of the Sanctuary, has now committed to six months. The new barn should be ready for occupancy by September 1, 2005. The Sanctuary

1088295.1

WALLER LANSDEN DORTCH & DAVIS, PLLC

Letter to Bernadette Juarez and Derek Shaffer
February 15, 2005
Page 3

> proposes legal transfer and delivery of the eleven female elephants from Hawthorn to the Sanctuary on or about that date.

- **Transfer of Ownership:** The Sanctuary proposes that Hawthorn retain legal ownership of the eleven elephants until Hawthorn delivers the elephants to the Sanctuary.

- **Contract for Transfer:** The Sanctuary believes a contract establishing the terms and timing for the transfer of the eleven Hawthorn elephants can be signed before March 1.

- **Interim Care (March through August):** Hawthorn will be responsible for the care, feeding, veterinary inspection, and any other matters to ensure the health and welfare of the elephants at the Hawthorn facility in Richmond during this period.

- **Interim Tuberculosis Testing (March through August):**

   1. **Trunk Washes:** Hawthorn will continue to obtain trunk washes from the eleven female elephants and report the results to the Sanctuary during this period.

   2. **Fecal tests:** Hawthorn will conduct fecal tests on the eleven elephants on or about June 1 and August 1.

   3. **CBC's:** Hawthorn will conduct CBC tests on the eleven elephants on or about June 1 and August 1.

   4. Hawthorn will provide copies of all records and results of interim testing to the Sanctuary and USDA immediately after receipt.

- **Records:** The Sanctuary would like copies of the following records at Hawthorn's earliest convenience:

   1. All trunk wash and other tuberculosis testing records for each elephant. The Sanctuary understands that all twelve of the Hawthorn elephants have tested negative for tuberculosis for at least the immediate past year.

   2. All veterinary records for each elephant.

   3. All behavioral profiles for each elephant.

   4. All personality profiles for each elephant.

WALLER LANSDEN DORTCH & DAVIS, PLLC

Letter to Bernadette Juarez and Derek Shaffer
February 15, 2005
Page 4

    5. All other relevant documents regarding each elephant.

- Importation Permits: The Sanctuary will be responsible for obtaining all importation permits and regulatory approvals for transfer of the elephants from Richmond to Hohenwald. Hawthorn will provide any necessary information and assistance to the Sanctuary as needed to obtain all regulatory approvals.

- Familiarization Procedures: The Sanctuary proposes that certain members of its staff be allowed to visit the elephants at Hawthorn's Richmond facility during the six months of the interim period to begin to learn the needs, routines, and behaviors of the elephants. In addition, a Sanctuary veterinarian should be allowed to examine the elephants during the six months prior to transfer to the Sanctuary.

- Financial Assistance for Future Care of the Elephants: The Sanctuary proposes that Hawthorn provide some financial assistance for the future care of the eleven elephants. Based on the Sanctuary's 2004 operating budget, it costs the Sanctuary $125,000 per elephant per year to house, feed, and care for its elephants. This number does not include capital expenses, such as the cost of land, constructing the barns and required fencing, and other items. As the following table demonstrates, based on a life expectancy of sixty years per elephant, the Hawthorn elephants conservatively will cost the Sanctuary $27 million over the life of these eleven elephants.

| ELEPHANT | CURRENT AGE | YEARS TO LIVE |
|---|---|---|
| Joy | 25 | 35 |
| Billy | 52 | 8 |
| Debbie | 34 | 26 |
| Freida | 39 | 21 |
| Gyp | 40 | 20 |
| Liz | 48 | 12 |
| Lottie | 42 | 18 |
| Minnie | 39 | 21 |
| Queenie | 46 | 14 |
| Ronnie | 39 | 21 |
| Sue | 40 | 20 |
| TOTAL YEARS | | 216 |

1088295.1

WALLER LANSDEN DORTCH & DAVIS, PLLC

Letter to Bernadette Juarez and Derek Shaffer
February 15, 2005
Page 5

     There are undoubtedly other details that must be negotiated before transfer of the eleven elephants from Hawthorn to the Sanctuary, but the items set forth above should serve as a starting point for negotiations. I look forward to speaking with both of you again soon.

                                  Very truly yours,

                                  Michael K. Stagg

cc: Carol Buckley, Executive Director, The Elephant Sanctuary in Tennessee

1088295.1