# WALLER LANSDEN DORTCH & DAVIS, PLLC

WALLER LANSDEN DORTCH & DAVIS, PLLC
THE CHESAPEAKE BUSINESS CENTRE
1618 WESTGATE CIRCLE, SUITE 106
BRENTWOOD, TENNESSEE 37027-8019
(615) 844-6212

WALLER LANSDEN DORTCH & DAVIS, LLP
AFFILIATED WITH THE PROFESSIONAL LIMITED LIABILITY COMPANY
520 SOUTH GRAND AVENUE, SUITE 800
LOS ANGELES, CALIFORNIA 90071
(213) 362-3680

NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
(615) 244-6380
FAX: (615) 244-6804
www.wallerlaw.com

WALLER LANSDEN DORTCH & DAVIS, PLLC
809 SOUTH MAIN STREET
POST OFFICE BOX 1035
COLUMBIA, TENNESSEE 38402-1035
(931) 388-6031

Michael K. Stagg
(615) 850-8876
michael.stagg@wallerlaw.com

March 3, 2005

**VIA E-MAIL**
**AND FIRST-CLASS MAIL**

Derek L. Shaffer, Esq.
Cooper & Kirk, PLLC
1500 K Street, N.W.
Suite 200
Washington, D.C. 20005

Bernadette R. Juarez, Esq.
Office of the General Counsel
United States Department of Agriculture
1400 Independence Avenue, S.W.
Room 2331A
Washington, D.C. 20250-1417

    Re: The Elephant Sanctuary in Tennessee and the Remaining
       Twelve Hawthorn Corporation Elephants

Dear Mr. Shaffer and Ms. Juarez:

  I write in response to Mr. Shaffer's letter of February 21, 2005. I have consulted extensively with Carol Buckley regarding the Sanctuary's response to your letter, and while the Sanctuary is open to discussing and perhaps moving to some middle ground on almost all issues raised recently by either the Sanctuary, Hawthorn, or the USDA, there is one issue on which the Sanctuary has no flexibility: the barn that would house the remaining Hawthorn elephants will not be finished until approximately September 1, 2005. Until that barn is constructed, the Sanctuary simply cannot take ownership or possession of the remaining Hawthorn elephants.

1093060.1

WALLER LANSDEN DORTCH & DAVIS, PLLC

Letter to B. Juarez and D. Shaffer
March 3, 2005
Page 2

The Sanctuary understands that it is the USDA's position that any elephants moved from the Hawthorn facility in Illinois to any other facility, whether the Sanctuary or some place else, must be quarantined for approximately one year. The Sanctuary understands that the USDA wants the Hawthorn elephants to undergo sampling and laboratory analyses to ensure the remaining elephants are not tuberculosis-positive, even though the elephants have tested negative for well over one year. Thus, the Sanctuary assumes the USDA views the remaining Hawthorn herd as TB-exposed Group C elephants. The Sanctuary's existing quarantine barn and yard will not hold even one-third of the remaining Hawthorn herd. Thus, moving the Hawthorn herd to the Sanctuary's existing quarantine barn is not an option.

During our recent discussions, Hawthorn and the USDA have raised the possibility of "temporary" housing for the elephants. Although at first blush, temporary housing may sound like an option, the legal and practical realities preclude consideration of keeping these elephants in anything temporary. First, the Sanctuary entered into an agreement with the Tennessee Wildlife Resources Agency (TWRA) during its negotiations over the importation permit for Misty and Lota. The Sanctuary agreed not to import more TB-exposed (Group C) or TB-positive (Group D) elephants until the Sanctuary had the barn capacity to take them. This condition is reflected in the TWRA's letter incorporated by reference to the importation permit for Misty and Lota.[1] If the Sanctuary sought importation permits for the remaining Hawthorn elephants, TWRA almost certainly would deny the importation permit until the new barn is constructed.

Second, elephants are strong enough to cause physical damage even to permanent barns made of steel and concrete; temporary facilities (wood, canvas, wire, etc.) would create potential liability for the Sanctuary as well as fail to meet the State's guidelines for housing for elephants. Third, the only conceivable way these elephants could be restrained enough to live in temporary housing would be to chain the elephants in order to severely limit their range of motion, and the Sanctuary's management protocols preclude it from chaining elephants, certainly for six months. Fourth, electric fencing or hotwire is not an option. Tennessee law

---

[1] "This is a permit for the importation of two elephants, Lota and Misty, from the Hawthorn facility. In discussions with personnel from TES, we were advised they have plans to develop an improved quarantine setting by moving the non-quarantine animals to new facilities at another location on the area. Any future requests to import other Group C or D animals will likely be disapproved until these improved facilities are developed." Attachment to Letter dated October 29, 2004, from Ron Fox, TWRA, to Carol Buckley. The letter and the attachment were incorporated by reference to the TWRA's November 1, 2004 importation permit for Misty and Lota.

1093060.1

WALLER LANSDEN DORTCH & DAVIS, PLLC

Letter to B. Juarez and D. Shaffer
March 3, 2005
Page 3

does not provide for the use of hotwire as a means to restrain elephants.[2] Fifth, the money and time required to construct temporary facilities will be better used in constructing the new permanent barn. The Sanctuary has limited personnel and funds, and it makes no sense to divert either from the immediate goal of constructing the new barn as expeditiously as possible.

For these reasons, the Sanctuary cannot take delivery of the Hawthorn herd until approximately September 1, 2005. The Sanctuary hopes discussions can continue with both Hawthorn and the USDA, and again, it is amenable to exploring creative solutions to most other issues arising from the transfer of the Hawthorn herd to the Sanctuary. However, until the threshold issue of timing of the transfer is resolved, the Sanctuary sees no benefit in responding to other aspects of Mr. Shaffer's February 21, 2005 letter or discussing further other issues raised by the three parties.

I look forward to speaking with both of you again soon.

Very truly yours,

Michael K. Stagg

MKS/bmc

cc:   Carol Buckley, Executive Director, The Elephant Sanctuary in Tennessee

---

[2] *See* Tenn. Code Ann. § 70-4-405(g)(7) & (8).

1093060.1