04/15/2005  00:58    6179512323                                    PAGE  02/02



**DEUTSCH | WILLIAMS**

99 Summer Street
Boston, MA 02110-1213
617.951.2300
617.951.2323 fax

Richard D. Bickelman, Esq.
rdb@dwboston.com

April 15, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Derek L. Shaffer, Esq.
Cooper & Kirk
1500 K Street, N.W.
Suite 200
Washington, D.C. 20005

Re: <u>Performing Animal Welfare Society</u>

Dear Attorney Shaffer:

I have discussed Hawthorn Corporation's proposed donation of elephants to the Performing Animal Welfare Society ("PAWS"). As you may know, PAWS recently received donations of elephants from others and is presently acclimating those elephants to the PAWS sanctuary. Therefore, notwithstanding its appreciation for the proposed donation, it is not presently in a position to accept the elephants.

We understand that the Elephant Sanctuary is willing to take all of the Hawthorn Corporation elephants and has the resources to immediately accept them. Moreover, that it is in the best interest of the elephants that they remain together.

I have been asked to convey PAWS' appreciation for the proposed donation.

Very truly yours,

Richard D. Bickelman, Esq.

RDB:rdm
cc: Patricia Derby

DWLIB 179456v1
6189/00

---

DEUTSCH | WILLIAMS | BROOKS | DERENSIS & HOLLAND, P.C.    *Attorneys at Law*

APR-15-2005  13:12           6179512323                    97%              P.02