

United States Department of Agriculture

Office of the General Counsel

Washington, D.C. 20250-1400

June 3, 2005

BY FACSIMILE AND REGULAR MAIL
Derek L. Shaffer, Esq.
Cooper & Kirk, PLLC
1500 K Street N.W., Suite 200
Washington, DC 20005

Subject: In re: JOHN F. CUNEO, JR., an individual; THE HAWTHORN CORPORATION, an Illinois corporation; THOMAS M. THOMPSON, an individual; JAMES G. ZAJICEK, an individual; JOHN N. CAUDILL, III, an individual; JOHN N. CAUDILL, JR., an individual, and; WALKER BROTHER'S CIRCUS, INC., a Florida corporation; and DAVID A. CREECH, an individual, AWA Docket No. 03-0023

Dear Mr. Shaffer:

I write in response to your letter dated June 1, 2005, regarding the donation and transportation by John F. Cuneo, Jr. and The Hawthorn Corporation ("Hawthorn") of "Ronnie," "Gypsy," "Joy" and "Debbie" to the Endangered Ark Foundation in Hugo, Oklahoma.

First, in accordance with paragraph 5 of the Order issued in the above-captioned case, and based on the information you provided on June 1, APHIS has issued the enclosed letter permitting Hawthorn's transport of Ronnie, Gypsy, Joy and Debbie to the Endangered Ark Foundation in Hugo, Oklahoma.

Second, although APHIS is not in a position to guarantee that Hawthorn's donation of Ronnie, Gypsy, Joy and Debbie to the Endangered Ark Foundation conforms to all federal laws, APHIS has confirmed that such donation is in accordance with both the Endangered Species Act and the Animal Welfare Act.

Regards,

Bernadette R. Juarez

Enclosure

cc: Dr. Goldentyer, Dr. Sofranko

**USDA**

June 3, 2005

United States
Department of
Agriculture

Derek L. Shaffer
Cooper & Kirk, PLLC
1500 K Street N.W., Suite 200
Washington, D.C. 20005

Marketing and
Regulatory
Programs

Animal and Plant
Health Inspection
Services

Dear Mr. Shaffer:

I am in receipt of the biosecurity plan submitted by you on behalf of John F. Cuneo, Jr. and The Hawthorn Corporation ("Hawthorn"), regarding the transportation of the Asian elephants "Ronnie," "Gypsy", "Joy", and "Debbie" from Richmond, Illinois to Hugo Oklahoma. As I understand it, the Hawthorn elephants will

Animal Care

920 Main Campus Drive
Suite 200
Raleigh, NC 27606

- Depart the morning of June 7, 2005 and will travel via Route 55, Route 44, Will Rogers Turnpike and Indian Turnpike (75) from Richmond, Illinois to Hugo, Oklahoma, where they will arrive the evening of June 7, 2005,
- In a 1996 Peterbilt semi-tractor (VIN#1XPFD68XXTN409437) and a 1983 Great Dane semi-trailer (VIN#1GAB902XDS052403),
- Driven by James Zajicek and Mark Pierson, who will load the elephants onto the semi-trailer and handle and care for them en route,
- Any fecal matter or other waste with which the elephants have contact will be placed in a sealed container and disposed of at the Endangered Ark Foundation or Hawthorn's facility,
- The drivers and handlers will stop only when appropriate to do so to comply with applicable laws and to monitor the elephants.

Tel No. 919-855-7100
Fax No. 919-855-7123

Based on the above described biosecurity plan, Animal Plant Health Inspection Service hereby permits the transportation of the Asian elephants "Ronnie," Gypsy," "Joy," and "Debbie" from Richmond Illinois to Hugo, Oklahoma.

Sincerely,

Elizabeth Goldentyer, DVM
Eastern Regional Director
Animal Care

Cc:
D. I......

Animal Care is a part of the Department of
Agriculture's Animal and Plant Health Inspection Service

An Equal Opportunity Provider and Employer

# UNITED STATES DEPARTMENT OF AGRICULTURE
# OFFICE OF THE GENERAL COUNSEL

## MARKETING DIVISION
1400 Independence Avenue, S.W.
Room 2343-South Building
Washington, D.C. 20250-1417
Main Telephone: (202) 720-5935
Fax: (202) 690-4299

Kenneth H. Vail, Assistant General Counsel
Robert M. Paul, Deputy Assistant General Counsel - (202) 720-9239
Garrett B. Stevens, Deputy Assistant General Counsel - (202) 720-5707

| | |
|---|---|
| Colleen A. Carroll - (202) 720-6430 | Frank Martin, Jr. - (202) 720-9242 |
| Sharlene A. Deskins - (202) 720-2595 | Ada T. Quick - (202) 720-8119 |
| Robert A. Ertman - (202) 720-4982 | Nazima H. Razick - (202) 690-4323 |
| Brian T. Hill - (202) 720-4977 | Donald A. Tracy - (202) 720-9237 |
| Bernadette R. Juarez - (202) 720-2633 | Carla M. Wagner - (202) 690-4611 |

## FAX COVER SHEET

FROM: Bernadette Juarez                           DATE: June 3, 2005
        USDA/OGC/Marketing Division

TO:   Derek L. Shaffer, Esq.    202 220-9601
       Dr. Goldentyer            919 855-7125
       Dr. Sofranko             505 293-7466

NUMBER OF PAGES FAXED (INCLUDING COVER SHEET): 3

MESSAGE: