

**United States Department of Agriculture**

**Marketing and Regulatory Programs**

**Animal and Plant Health Inspection Services**

**Animal Care**

920 Main Campus Dr.
Suite 200
Raleigh, NC 27606

Tel# 919-855-7100
Fax# 919-855-7123

April 2, 2004

Dear Licensee,

    Animal and Plant Health Inspection Service, Animal Care is disseminating this questionnaire in an effort to assist with the placement of elephants. Response to this questionnaire is voluntary, non-binding and does not obligate the responding licensee to accept the placement of elephant(s) or obligate APHIS to place an elephant(s) at the' responding licensee's facility. **A response is NOT required**. If you choose to respond, fax responses to (678) 947-0201 **on or before April 9, 2004**.

<u>Questions</u>

1. Licensee's Name: _____ AWA License Number: _____
   Responder's name and telephone number: _____

2. Are you interested in being a donee facility? No ☐   Yes ☐

**STOP:**  If "no" please fax this questionnaire to (678) 947-0201.
If "yes" please answer the remaining questions.

3. (a) We currently house ___ female Asian and ___ female African elephants ages _____

   (b) We currently house ___ male Asian and ___ male African elephants ages _____

4. Elephant management system:
   ☐ Protected Contact      ☐ Free Contact
   ☐ Combination PC/FC      ☐ Other, explain_____.

5. Experience handling aggressive elephants?    No ☐    Yes ☐

6. Experience treating tuberculosis positive or exposed elephants?
                                                No ☐   Yes ☐

   Elephant quarantine capabilities?            No ☐   Yes ☐

7. We are interested in acquiring:
   ☐ Two female Asian elephants    ☐ Four or more female Asian elephants
   ☐ Three female Asian elephants  ☐ One female African elephant

Thank you for responding to this questionnaire and assisting in APHIS's effort to place elephants. Should technical difficulties arise during the facsimile transmittal, call (703) 812-6928.



Elizabeth Goldentyer, DVM
Eastern Regional Director
Animal Care