

**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**

CNIEBRUEGGE
3954 cust_id
272029 insp_id
12289 site_id

## INSPECTION REPORT

**CARSON & BARNES CIRCUS**

P. O. BOX  J
HUGO, OK  74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA3
CARSON & BARNES CIRCUS

Inspection Type: ROUTINE INSPECTION
Date: APR-04-2005

TOTAL INVENTORY: 7 ELEPHANTS, 4 LARGE FELIDS, 2 CAMELS, 1 PIGMY HIPPO, 2 4 - HORNED SHEEP, 1 ZEBRA, 1 ZEBU, 3 LLAMAS, AND 8 PIGMY GOATS.

THIS INSPECTION WAS CONDUCTED ON THE GROUNDS AT THE CHOCTAW NATION FACILITIES IN DURANT, OKLAHOMA.

THIS INSPECTION AND EXIT INTERVIEW CONDUCTED BY CATHY NIEBRUEGGE, ACI AND OWNERS OF CIRCUS.

ALL ITEMS IN COMPLIANCE THIS INSPECTION.

LAST INSPECTION CONDUCTED ON 03-07-05 OF WINTER QUARTERS AT HUGO, OK

Prepared By: _Cathy Niebruegge, ACI_
CATHY NIEBRUEGGE, A.C.I. , USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR , Inspector ID: 4031
Date: APR-04-2005

Received By: _Gary Byrd_
GARY AND BARBARA BYRD
Title: OWNERS
Date: APR-04-2005

Page 1 of 1

APR 1 8 2005



United States Department of Agriculture
Animal and Plant Health Inspection Service

CNIEBRUEGGE
3954 cust_id
272007 insp_id
2556 site_id

## INSPECTION REPORT

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK  74743

Customer ID: 3954
Certificate: 73-C-0001

Site: 001
CARSON & BARNES CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: MAR-07-2005

THIS INSPECTION CONDUCTED AT WINTERS QUARTERS IN HUGO, OK.

TOTAL INVENTORY: 21 ELEPHANTS, 2 DOGS, 12 FARM ANIMALS, 5 WILD EXOTIC HOOFED STOCK, 2 SHEEP, 4 LARGE FELID.

THIS INSPECTION AND EXIT INTERVIEW CONDUCTED BY CATHY NIEBRUEGGE, ACI AND OWNERS OF FACILITY AND ANIMALS.

ALL ITEMS IN COMPLIANCE THIS INSPECTION.

LAST INSPECTION CONDUCTED ON WINTERS QUARTERS ON 03-04

Prepared By: *Cathy Niebruegge, ACI*
CATHY NIEBRUEGGE, A.C.I., USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR, Inspector ID: 4031
Date: MAR-07-2005

Received By: *Kristin M B Parra*
KRISTIN PARRA
Title: AUTHORIZED PERSON
Date: MAR-07-2005

Page 1 of 1

MAR 2 1 2005



**USDA** United States Department of Agriculture
Animal and Plant Health Inspection Service

## INSPECTION REPORT

3954 cust_id
121786 insp_id
12289 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK  74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA3
CARSON & BARNES CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: FEB-25-2005

No non-compliant item(s) identified this inspection.

This inspection conducted at Omaha Civic Center.

This inspection and exit interview was conducted with, Joe Frisco, Antonio Perez, Armando Loyal (handler's) and Randall R. Wagner (ACI).

Prepared By:  _____
RANDALL WAGNER, A.C.I., USDA, APHIS, Animal Care        Date:
Title: ANIMAL CARE INSPECTOR, Inspector ID: 4038          FEB-25-2005

Received By: _____
Joe Frisco                                               Date:
Title: HANDLER                                           FEB-25-2005

Page 1 of 1

MAR - 9 2005

United States Department of Agriculture
Animal and Plant Health Inspection Service

CPORTER

FEB 15 2005

3954 cust_id
242108 insp_id
12288 site_id

# INSPECTION REPORT

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA2
C & B CIRCUS - SOUL IN THE CITY

**Inspection Type:** ROUTINE INSPECTION
**Date:** FEB-01-2005

No non-compliant items identified during inspection.

Reviewed:
1. Program of Veterinary Care
2. TB Trunk Wash (dated 12/04) for Asian Elephants "Suzy", "Becky" and "Traci"
3. Health Records

END OF REPORT

Note--Inspection conducted in Savannah, GA--Exhibitor traveling with UniverSoul Circus

**Prepared By:** CAROL PORTER, ACI, USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR, Inspector ID: 1069
**Date:** FEB-01-2005

**Received By:** Jason King
**Title:** ELEPHANT MANAGER
**Date:** FEB-01-2005

Page 1 of 1

FEB 25 2005

# USDA

United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

RDANNULL
3954 cust_id
256011 insp_id
2556 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

Customer ID: 3954
Certificate: 73-C-0001

Site: 001
CARSON & BARNES CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: OCT-04-2004

This routine inspection was conducted by Rex Dannull,ACI and Kristin Byrd Parra,treasurer,this 10-4-04 while at Chillicothe ,Missouri and located on the Chillicothe High School north parking lot on grassed area.

All standards appear to be in compliance today.

Animals inspected:

1 Hippo   7-Goats   2-Jacobs sheep   1- Zebra   1- Zebu   3-Llama   2- Burrows   1-Mule   2-Tiger

2- Lion   7- Elephants   3-- Camel   10-Ponies /Horses   2- Dogs

Total of 44 animals

Prepared By: *[signature]*
REXFERD DANNULL, A.C.I. , USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR , Inspector ID: 4004
Date: OCT-04-2004

Received By: *[signature]*
KRISTIN BYRD PARRA
Title: TREASURER
Date: OCT-04-2004

Page 1 of 1



**United States Department of Agriculture**
Animal and Plant Health Inspection Service

### INSPECTION REPORT

3954 cust_id
249016 insp_id
12289 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA3
CARSON & BARNES CIRCUS

Inspection Type: ROUTINE INSPECTION
Date: SEP-09-2004

This routine inspection was conducted by Tanya Tims (VMO), Robert Bacon (ACI) and Kristin Parra (Circus Officer). This Circus was inspected in Emporia, KS

No non-compliant items noted this inspection.

Animal Inventory:  Elephants - 5 Asian, 2 African
Zebra-1
Dogs-2
Llamas-3
Camels-3
Sheep-3
Goats-9
Pygmy Hippo-1
Tigers-2
African Lion-2

Prepared By: _____
TANYA TIMS, V.M.O., USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER, Inspector ID: 5045
Date: SEP-09-2004

Received By: _____
Kristin Parra
Title: OFFICER
Date: SEP-09-2004


**USDA** United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT** SEP 03 2004

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA1
C & B CIRCUS - POPPIN SOUL

Inspection
Type: ROUTINE INSPECTION
Date: AUG-21-2004

NO NON-COMPLAINT ITEMS IDENTIFIED THIS INSPECTION.

This inspection was conducted in Mondawmin Mall in Baltimore, MD under the Universoul Circus on 8/17 & 20/04.

Asian Elephants Bunny (35yo), Minnie (57yo), and Whimpy (32yo) Last TB Test: 11/19-21/03 NEG

NOTE: Bunny has several lumps, i.e. fibro-lypomas, on the left neck, left thigh, and left knee. These lypomas are periodically evaluated by a veterinarian. The last veterinary assessment was March 2004.

Prepared By: *Gloria A. McFadden*
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER , Inspector ID: 1048
Date: AUG-21-2004

Received By: *Jason King*
JASON KING
Title: HEAD HANDLER
Date: AUG-21-2004

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

3954 cust_id
209254 insp_id
12288 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA2
C & B CIRCUS - SOUL IN THE CITY

Inspection Type: ROUTINE INSPECTION
Date: JUL-29-2004

No non-compliances identified this inspection.

Inspection accompanied by Jason King, Trainer and USDA SACS Richard Watkins.

This inspection was conducted at the Aurora Mall in Aurora, CO under the Universoul Circus. 3 elephants- Suzie, Becky and Tracy.

Prepared By: CINDY LARSON, A.C.I., USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR, Inspector ID: 5031
Date: JUL-30-2004

Received By: JASON KING
Title: TRAINER
Date: JUL-30-2004

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

3954 cust_id
209254 insp_id
12288 site_id

## INSPECTION REPORT

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA2
C & B CIRCUS - SOUL IN THE CITY

Inspection Type: ROUTINE INSPECTION
Date: JUL-29-2004

No non-compliances identified this inspection.

Inspection accompanied by Jason King, Trainer and USDA SACS Richard Watkins.

This inspection was conducted at the Aurora Mall in Aurora, CO under the Universoul Circus. 3 elephants- Suzie, Becky and Tracy.

Prepared By: CINDY LARSON, A.C.I. , USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR , Inspector ID: 5031
Date: JUL-30-2004

Received By: JASON KING
Title: TRAINER
Date: JUL-30-2004



**USDA** United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

CNEIS

3954 cust_id
168478 insp_id
4060 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK  74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA
CARSON & BARNES CIRCUS

Inspection Type: ROUTINE INSPECTION
Date: JUL-02-2004

No non-compliances identified this inspection.

This inspection is being conducted at the Circus World Museum grounds in Baraboo, Wisconsin.

Animal Inventory: 3 Asian Elephants (Minnie, 55; Bunny, 35; and Whimpy, 35).

This inspection was conducted in the presence of Louie Delmoral, Elephant Supervisor - Miller Equipment Company; Chad Moore, ACI/USDA/APHIS/AC; Deb Sime, VMO/USDA/APHIS/AC; and Cynthia Neis, ACI/USDA/APHIS/AC.

End of report.

---

Prepared By: CYNTHIA NEIS, A C I , USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR , Inspector ID: 1041
Date: JUL-02-2004

Received By: LOUIE DELMORAL
Title: ELEPHANT SUPERVISOR
Date: JUL-02-2004

Page 1 of 1



**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**

JUN 1 5 2004

## INSPECTION REPORT

3954 cust_id
204269 insp_id
4060 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK  74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA
CARSON & BARNES CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: MAY-28-2004

### 2.131 ( b )( 1 )
### HANDLING OF ANIMALS.

During public exhibition, any animal must be handled so there is minimal risk of harm to the animal and to the public, with sufficient distance and/or barriers between the animal and the general viewing public so as to assure the safety of animals and the public.

***The elephants are bathed in an area within the circus perimeter fence in front of a gate that leads into a mall parking lot. This gate is unlocked and often open and unattended. During bathing, the perimeter fence serves as an inadequate barrier fence. An appropriate barrier fence should be constructed when bathing the animals or appropriate alternative security measures should be in employed to prevent harm to the animals or the public. Correct by June 4, 2004.

This inspection was conducted at the Capitol Plaza Mall in Landover, MD with the Universoul Circus - Soul in the City tour. Elephants - Suzy 53, Becky 34, Tracy 34

---

Prepared By: *[signature]*
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER , Inspector ID: 1048

Date: MAY-28-2004

Received By: *[signature]*
JASON KING
Title: HEAD HANDLER

Date: MAY-28-2004

# USDA

**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**

## INSPECTION REPORT

JUN 0 1 2004

3954 cust_id
168452 insp_id
4060 site_id

CNEIS

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
CARSON & BARNES CIRCUS

**Inspection Type:** ROUTINE INSPECTION
**Date:** MAY-18-2004

No non-compliances identified this inspection.

Inventory: 3 Asian Elephants Barbra (57), Lisa (28), and Kelly (34).

This inspection was conducted at the Circus World Museum in Baraboo, Wisconsin.

This inspection was conducted in the presence of Randy & Melissa Peterson, Animal Handlers; Debra Sime, DVM/USDA/APHIS/AC/MN; and Cynthia Neis, ACI/USDA/APHIS/AC/WI.

End of report.

---

**Prepared By:** CYNTHIA NEIS, A C I, USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR, Inspector ID: 1041
**Date:** MAY-18-2004

**Received By:** RANDY PETERSON
**Title:** ANIMAL HANDLER
**Date:** MAY-18-2004

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

## INSPECTION REPORT

3954 cust_id
176700 insp_id
2556 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK  74743

Customer ID: 3954
Certificate: 73-C-0001

Site: 001

CARSON & BARNES CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: MAR-04-2004

TOTAL INVENTORY: 30 ELEPHANTS, 4 LARGE FELIDS, 1 BURRO, 2 CAMELS, 1 GIRAFFE, 1 LLAMA, 1 PIGMY HIPPO, 1 SICILIAN DONKEY, 1 WATER BUFFALO, 1 ZEBRA, 1 ZEBU, 3 4-HORNED SHEEP, 8 PIGMY GOATS, 2 DOGS, NUMEROUS HORSES, AND NUMEROUS REPTILES.

ALL ITEMS IN COMPLIANCE THIS INSPECTION.

NOTATION: PAULA STILL HAS A BUILDUP OF SKIN ON THE ENTIRE BODY. HER SKIN HAS IMPROVED SOME WHAT. SHE IS BEING BATHED WITH SOAP AND BEING RASPED FREQUENTLY. A SIGN HAS BEEN MADE FOR VIEWING EXPLAINING HER SKIN CONDITION AND THE TREATMENT SHE RECEIVES.  BUNNY AND LULU HAVE FIBROMA - LIKE NODULES. THESE NODULES HAVE BEEN EXAMINED BY DR TED EUDY AND A LETTER IS ON FILE EXPLAINING THEIR CONDITION

THE TRAVELING CAT ENCLOSURES HAVE BEEN MODIFIED TO WHERE THE CABLES ARE NO LONGER EXPOSED AND AVAILABLE FOR THE CATS TO BECOME TANGLED IN AND CAUSE INJURY. A WIRE MESH PANEL APPROXIMATELY 2' X 2' IS COVERING THE EXPOSED CABLE ON THE INSIDE. CABLE RUNNING ON THE OUTSIDE FRONT OF EACH CAGE HAS A WIRE MESH PANEL BEHIND THE CABLE THAT WILL KEEP EACH CAT FROM GETTING HOLD OF THE WIRE CABLE.

LAST INSPECTION ON WINTER QUARTERS CONDUCTED ON 01-03.

Prepared By: *[signature]*
CATHY NIEBRUEGGE, A. C. I. , USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR , Inspector ID: 4031

Date: MAR-04-2004

Received By: *[signature]*
KRISTIN PARRA
Title: TREASURER

Date: MAR-04-2004

Page 1 of 1

MAR 1 2 2004