

United States Department of Agriculture
Animal and Plant Health Inspection Service

CBONGARD
3954 cust_id
197033 insp_id
2556 site_id

## (INSPECTION REPORT)

**CARSON & BARNES CIRCUS**

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** 001

CARSON & BARNES CIRCUS

PO BOX J
HUGO, OK  74743

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** JUN-26-2002

No non-compliant items identified this inspection.

Note:  Also attached is the letter of diagnosis and treatment on Paula , the elephant  with the skin condition listed on the last inspection report.

**Prepared By:** CARRIE BONGARD, A. C. I. , USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR, Inspector ID: 1053

**Date:** JUN-26-2002

**Received By:** BARBARA BYRD

**Title:** VICE PRESIDENT

**Date:** JUN-26-2002

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

## INSPECTION REPORT

**CARSON & BARNES CIRCUS**

PO BOX J
HUGO, OK 74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
TRAVELING

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** JUL-31-2002

This inspection conducted with Dave Whaley, Elephant superintendent and John Lies, ACI

This inspection of Walker Bros. Circus conducted at the Lee county fair grounds in Donnelson, IA

No non-compliances noted this inspection

End of Report

| | | |
|---|---|---|
| **Prepared By:** | JOHN LIES, ACI , USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR , Inspector ID: 4041 | JUL-31-2002 |
| **Received By:** | DAVE WHALEY | **Date:** |
| **Title:** | ELEPHANT SURERINTENDENT | JUL-31-2002 |

Page 1 of 1

**USDA** United States Department of Agriculture
Animal and Plant Health Inspection Service

JBALTRUSH
3954 cust_id
165170 insp_id
4060 site_id

**(INSPECTION REPORT)**

**CARSON & BARNES CIRCUS**

Customer ID: 3954
Certificate: 73-C-0001

PO BOX J
HUGO, OK 74743

Site: TRA
TRAVELING

Inspection
Type: ROUTINE INSPECTION
Date: AUG-09-2002

This inspection was conducted in response to a vehicle accident that occurred this morning in Rhinebeck, NY. The inspection is taking place at the intersection of Rinaldi Blvd and Pine, Poughkeepsie, NY.

According to Mrs. Barbara Byrd and Mr. Joe Frisco the accident occurred ~ 8:30 - 9:00 this morning in Rhinebeck, NY. As the trailer hauling 2 African Elephants was making a corner, the back tires caught the edge of the road way and slid down into a small ditch. This situation allowed for the trailer to fall on its side.

Mr. Joe Frisco was following this trailer, and once upon the scene, he immediately attended to the elephants. The State Troopers, as protocol, called in a local vet. It took ~ 1.5 hrs to get the two elephants out of the truck. One elephant "Kristie" was able to stand during the entire time. However, the other elephant "Paula" was in a "stretched" position for most of the time. While in the truck, Mr. Frisco was given access into the trailer to attend to the animals. Several of their food items were given to these animals as they waited.

Once the fire department was able to remove a portion of the roof, the elephants were walked out, and placed into another trailer. They were then moved, the ~35 minutes, to this Poughkeepsie, NY site. The local vet, that was on the accident scene, did return to this site for more evaluations. The 2 elephants have been treated for abrasions and some soreness. At this time they were also offered water. Both animals have consumed food and water since the incident.

This trailer also carried their shade cloth, the poles, and their fencing. Due to this fact, 6 elephants were chained out as they would be at night. The 2 elephants involved in the accident were chained off behind the other 6. And a snow fence was erected around the front portion / people access area. Trees / shrubs are along the back edge, which provides for some shade. However, the staff had been watering / hosing down the elephants every hour in order to keep them cool. The poles are being repaired and the fencing is being collected and moved to this site.
Mrs. Byrd called her USDA inspector ~ 11:00am.. This prompted a call to the Regional Offices and then to myself.

Prepared By: _Jan T Baltrush_
JAN P. BALTRUSH, A. C. I. , USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR , Inspector ID: 1011

Date:
AUG-09-2002

Received By: _Barbara Byrd_
BARBARA BYRD
Title: OWNER

Date:
AUG-09-2002

AUG 23 2002



**United States Department of Agriculture**
**Animal and Plant Health Inspection Sen**

AUG 19 2002

## INSPECTION REPORT

**CARSON & BARNES CIRCUS**

PO BOX J
HUGO, OK 74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
TRAVELING

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** AUG-19-2002

This inspection was conducted on the grounds of the Fire Company No. 1 on Rt 222 in Trexlertown, PA.

The following female Asian elephants were present: Chang, Isla, Jennie, Lulu, Opal, and Zola.
The following female African elephants were present: Kristie and Paula.

Note: The minor abrasions on the elephants Kristie and Paula that were noted on the August 9, 2002 inspection report have healed. Both elephants appear to be fine.

No non-compliances documented on this inspection report.

**Prepared By:** _Mary E Geib_

MARY GEIB, D. V. M. , USDA, APHIS, Animal Care

**Date:**
AUG-19-2002

**Title:** VETERINARY MEDICAL OFFICER , Inspector ID: 1021

**Received By:** _Barbara Byrd_

BARBARA BYRD

**Date:**
AUG-19-2002

**Title:** OWNER

Page 1 of 1



United States Department of Agriculture
**Animal and Plant Health Inspection Service**

## INSPECTION REPORT

**CARSON & BARNES CIRCUS**

PO BOX J
HUGO, OK  74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
TRAVELING

**Inspection Type:** ROUTINE INSPECTION
**Date:** OCT-24-2002

Inspection performed at Medford Armory, Medford, Oregon.

No non-compliances identified this inspection.

**Prepared By:** _Tom LeCroy ACI_
TOM LECROY , USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR , Inspector ID: 5029

**Date:**
OCT-24-2002

**Received By:** _Tim Frisco_
TIM FRISCO
**Title:** SUPERVISOR

**Date:**
OCT-24-2002

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

JUL 0 7 2003

DLANGSTON
3954 cust_id
184203 insp_id
2556 site_id

**INSPECTION REPORT**

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK  74743

Customer ID: 3954
Certificate: 73-C-0001

Site: 001
    CARSON & BARNES CIRCUS

Inspection
    Type: ROUTINE INSPECTION
    Date: JAN-24-2003

### 2.40
### ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).

(a) Each dealer or exhibitor shall have an attending veterinarian who shall provide adequate veterinary care to its animals in compliance with this section.

(1) Each dealer and exhibitor shall employ an attending veterinarian under formal arrangements. In the case of a part-time attending veterinarian or consultant arrangements, the formal arrangements shall include a written program of veterinary care and regularly scheduled visits to the premises of the dealer or exhibitor.

The space for the regularly scheduled visits by the Veterinarian is not complete as is required. To be completed by 2-20-2003.

Prepared By: _____
            RALPH AYERS, A. C. I. , USDA, APHIS, Animal Care
    Title:  ANIMAL CARE INSPECTOR , Inspector ID: 2001

Date:
JAN-24-2003

Received By: _____

    Title:

Date:
JAN-24-2003

**USDA**

United States Department of Agriculture
Animal and Plant Health Inspection Service

## INSPECTION REPORT

**CARSON & BARNES CIRCUS**

PO BOX J
HUGO, OK 74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** 001
　　　　　CARSON & BARNES CIRCUS

**Inspection Type:** ROUTINE INSPECTION
**Date:** FEB-05-2003

THIS INSPECTION AND EXIT INTERVIEW CONDUCTED BY CATHY NIEBRUEGGE, ACI AND BARBARA BYRD, VICE PRESIDENT.

ALL ITEMS IN COMPLIANCE THIS INSPECTION.

NOTATION: PAULA'S SKIN IS LOOKING BETTER. WHILE AT WINTER QUARTERS HER SKIN IS BEING OILED 1 TIME WEEKLY, WASHED EVERYDAY, AND RASPED EVERY DAY TO REMOVE ALL THE DEAD SKIN SHE HAS ACCUMULATED. LIBBY AND BUNNIE STILL HAVE THE GROWTHS ON THE SIDE. GROWTHS HAVE NOT GOTTEN ANY BIGGER AND HAVE BEEN EXAMINED BY DR TED EUDY. ALL TB TESTS HAVE BEEN COMPLETED ON THE ELEPHANTS. BECKY AND SUSIE HAVE TOENAILS ON THE BACK FEET THAT ARE CRACKED. JOE IS WORKING ON THE TOES EVERY 2 WEEKS AND HAS DOCUMENTATION TO SHOW WORK. CRACKS IN TOENAILS ARE BEGINNING TO GET SMALLER. KRISTI ON THE LEFT HIND LEG HAD A WART APPEAR. DR TED EUDY TOOK BIOPSY AND SENT OFF FOR RESULTS. JOE IS WASHING WITH BEDADINE AND FURAZONE PER DR EUDY'S REQUEST. ALL RECORDS WERE EXAMINED AND ARE CURRENT.

LAST INSPECTION CONDUCTED ON THE ANIMALS ON 01-02.

VEHICLE TRANSPORTATION INSPECTION WILL BE CONDUCTED LATER BEFORE LEAVING ON TOUR.

**Prepared By:** *Cathy Niebruegge, ACI*
　　　　　CATHY NIEBRUEGGE, ACI , USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR , Inspector ID: 4031

**Date:**
FEB-05-2003

**Received By:** *Barbara Byrd*
　　　　　BARBARA BYRD
**Title:** VICE PRESIDENT

**Date:**
FEB-05-2003



**USDA** United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

MAR 1 7 2003

GMCFADDEN
3954 cust_id
204094 insp_id
4060 site_id

**CARSON & BARNES CIRCUS**

PO BOX J
HUGO, OK  74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
TRAVELING

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** MAR-11-2003

NO NON-COMPLAINT ITEMS IDENTIFIED THIS INSPECTION.

This inspection was conducted at the ShowPlace Arena in Upper Marlboro, MD on 3/10-11/2003 under the Sterling & Reid Brothers Circus.

Asian Elephants: Bunny, Minnie, Wimpy (all 35 years old, female)
    TB Test: 11/18-19/2003 NEG

**Prepared By:** _Gloria A. M Fadd_
GLORIA MCFADDEN, D. V. M. , USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER , Inspector ID: 1048

**Date:**
MAR-11-2003

**Received By:** _Tim Fruscia_
TIM FRISCHIA
**Title:** HANDLER

**Date:**
MAR-11-2003

Page 1 of 1

APR - 1 2003



USDA United States Department of Agriculture
Animal and Plant Health Inspection Service

NIEBRUEGGE
3954 cust_id
176432 insp_id
2556 site_id

**CARSON & BARNES CIRCUS**

PO BOX J
HUGO, OK 74743

Customer ID: 3954
Certificate: 73-C-0001

Site: 001
    CARSON & BARNES CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: MAR-11-2003

**3.125 ( a )**

**FACILITIES, GENERAL.**

Section 3.125(a) - Structural strength. Facilities must be constructed and maintained in such a manner as to protect the animals from injury and to contain the animals covered under Subpart F.

TRAILER # 63 USED TO TRANSPORT CAMEL, GOATS, ZEBRA, WATER BUFFALO, HIPPO, LLAMAS, ZEBU, GOATS, SHEEP AND BURRO HAS RUBBER SIDING ON WALLS. THERE WERE 2 HOLES ON THE WALL AND ONE ON THE FLOOR OF THE TRAILER WHERE THE RUBBER SIDING HAD BEEN TORN AWAY FROM THE WALL AND THE FLOOR. RUBBER SIDING NEEDS TO BE REPLACED OR REMOVE AND NEW MATERIAL ADDED TO PREVENT ANIMALS FROM CHEWING THE RUBBER AND TEARING MORE RUBBER FROM THE FLOOR AND SIDES. THE RUBBER ON THE FLOOR AND WALLS ARE TO PROTECT THE WOOD FLOORING FROM BECOMING ROTTEN DUE TO WATER OR EXCRETA AND TO MAKE CLEANING AND SANITIZATION EASIER. TO BE CORRECTED BY 03-30-03.

THIS IS A PARTIAL INSPECTION CONDUCTED ON ONLY THE TRANSPORTATION VEHICLES.

LAST VEHICLE INSPECTION CONDUCTED ON 03-02.

Prepared By: _Cathy Niebruegge, ACI_

CATHY NIEBRUEGGE, ACI , USDA, APHIS, Animal Care

Title: ANIMAL CARE INSPECTOR , Inspector ID: 4031

Received By: _Barbara Byrd_

BARBARA BYRD

Title: OWNER

Date:
MAR-11-2003

Date:
MAR-11-2003

Page 1 of 1

MAR 17 2003


United States Department of Agriculture
Animal and Plant Health Inspection Service

**CARSON & BARNES CIRCUS**

PO BOX J
HUGO, OK  74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA
       TRAVELING

Inspection
Type: ROUTINE INSPECTION
Date: MAR-27-2003

THIS INSPECTION WAS CONDUCTED WITH SHOW TREASURER KRISTIN PARR AND ANIMAL SUPERINTENDENT JOE FRISCO AND USDA ACI CHARLIE CURRER AT SYILVAN BEACH, IN LA PORTE TEXAS.

ALL ITEMS ARE FOUND TO BE IN COMPLIANCE THIS DATE.

NOTE:  THE FOLLOWING FEMALE ELEPHANTS ARE ON THE SHOW:
  CHANG (ASIAN)
  ISLA (ASIAN)
  JENNIE (ASIAN)
  LULU (ASIAN)
  OPAL (ASIAN)
  ZOLA (ASIAN)
  KRISTI, (AFRICAN), KRISI, HAS A HEALING WOUND ON HER RIGHT HIP.  SHE IS BEING TREATED WITH ANTIBIOTICS AND A TOPICAL OINTMENT.  THE WOUND APPEARS TO BE HEALING NICELY.
  PAULA. (AFRICAN), PAULA'S SKIN IS BEING WASHED, SOAKED AND TREATED DAILY AND JOE IS MAINTAINING A LOG OF THE PROGRESS.  THE SKIN DOES LOOK MUCH BETTER THAT THE LAST TIME I SAW HER.

    OTHER ANIMALS ON THE SHOW ARE: 2 SHEEP, 8 GOATS, 2 CAMELS, 1 GIRAFFE, 1 LLAMA, 1 PIGMY HIPPO, 1 WATER BUFFALO, 1 ZEBRA, 1 ZEBU, 3 LIONS, 2 TIGERS.

AN INSPECTION OF TRAILER # 63  REVEALED  ALL REPAIRS  COMPLETED AND THE TRAILER IN GOOD REPAIR.

END OF REPORT...

Prepared By: _____
CHARLES CURRER, ACI , USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR , Inspector ID: 4003

Date:
MAR-27-2003

Received By: _____
KRISTIN PARRA
Title: SHOW TREASURER

Date:
MAR-27-2003

Page 1 of 1

# USDA

United States Department of Agriculture
**Animal and Plant Health Inspection Service**

## INSPECTION REPORT

**CARSON & BARNES CIRCUS**

PO BOX J
HUGO, OK  74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
TRAVELING

**Inspection
Type:** ROUTINE INSPECTION

**Date:** APR-22-2003

No noncompliant items observed during this inspection.

Inventory:  3 female Asian elephants - Susie, Becky, and Tracy
Negative TB test - 11/02.

Inspection took place in Raleigh, NC  with the "Soul in the City" unit of Universoul Circus.

**Prepared By:**

F BINKLEY, D. V. M. , USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER , Inspector ID: 1020

**Date:**
APR-22-2003

**Received By:**

TYRONE TAYLOR

**Title:** TRAINER

**Date:**
APR-22-2003

Page 1 of 1

# USDA

**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**

## INSPECTION REPORT

**CARSON & BARNES CIRCUS**

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
**TRAVELING**

PO BOX J
HUGO, OK 74743

**Inspection Type:** ROUTINE INSPECTION
**Date:** MAY-11-2003

No non-compliances identified this inspection.

This inspection was conducted in Colorado Springs, Colorado under the Sterling and Reid Brothers Circus.
This inspection accompanied by Tim Frisco, General Manager/Handler and USDA ACI Cindy Larson

3-Asian Elephants (Bunny, Minnie and Whimpy).

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carson & Barnes
Circus
Po Box J
Hugo, OK 74743

73C 0001

4.42
Carson Barnes
Po Box J
Hugo, OK

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Darla Scott
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Darla Scott
C. Date of Delivery
5-14-03

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)
7002 3150 0006 8093 4420

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

7002 3150 0006 8093 4420

5/11/03

---

**Prepared By:**    CINDY LARSON, ACI , USDA, APHIS, Animal Care

**Title:**    ANIMAL CARE INSPECTOR , Inspector ID: 5031

**Date:**
MAY-12-2003

**Received By:**    CERT MAIL # 7002 3150 0006 8093 4420

**Title:**

**Date:**
MAY-12-2003

Page 1 of 1

Case 1:05-cv-01135-PLF   Document 3-5   Filed 06/15/2005   Page 13 of 32



United States Department of Agriculture
Animal and Plant Health Inspection Service

JUN 2 0 2003

**INSPECTION REPORT**

CMEIS
3954 cust_id
168271 insp_id
4060 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX  J
HUGO, OK  74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
    CARSON & BARNES CIRCUS

**Inspection Type:** ROUTINE INSPECTION
**Date:** JUN-11-2003

No non-compliances identified this inspection.

Animal Inventory: 2 Asian Elephants (Barbara (56 years old) & Lisa (24 years old)).

This inspection is being conducted at the Circus World Museum in Baraboo, WI.

This inspection was conducted in the presence of Randy Peterson, Animal Handler/Trainer, and Cynthia Neis, ACI/USDA/APHIS/AC/WI.

End of report.

| | | |
|---|---|---|
| **Prepared By:** | _CYNTHIA NEIS, A. C. I., USDA, APHIS, Animal Care_ | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR , Inspector ID: 1041 | JUN-11-2003 |
| **Received By:** | _RANDY PETERSON_ | **Date:** |
| **Title:** | ANIMAL HANDLER/TRAINER | JUN-11-2003 |

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

3954 cust_id
130363 insp_id
4000 site_id

---

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA
    CARSON & BARNES CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: JUN-27-2003

No non-compliances identified this inspection.    6-27-03

this inspection was conducted at Beulah, ND

Prepared By: _____    Date:
DON BORCHERT, ACI , USDA, APHIS, Animal Care    JUN-27-2003
Title: ANIMAL CARE INSPECTOR , Inspector ID: 4030

Received By: _____    Date:
KRISTIN PARRA & JOE FRISCO    JUN-27-2003
Title: TREASURER  &   ANIMAL SUPERINTENDENT

Page 1 of 1

JUL - 7 2003

 

United States Department of Agriculture
Animal and Plant Health Inspection Service

3954 cust_id
114368 insp_id
4060 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX  J
HUGO, OK  74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA
CARSON & BARNES CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: AUG-21-2003

This inspection was conducted in Mobile, AL.  Accompanied by Mr.Jason King.

Current inventory: 3 elephants ("Suzie - 55 yrs., Tracy - 33 yrs., and Becky - 33 yrs.)

No noncompliances.

*Universal Circus*

Prepared By:  _Michelle B. Williams, DVM_
MICHELLE WILLIAMS, D V M , USDA, APHIS, Animal Care

Date:
AUG-21-2003

Title:  VETERINARY MEDICAL OFFICER , Inspector ID: 2028

Received By:  _Jason King_
MR. JASON KING

Date:
AUG-21-2003

Title:  HEAD ELEPHANT TRAINER

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

## INSPECTION REPORT

**CARSON & BARNES CIRCUS**

P.O. BOX  J
HUGO, OK  74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** 001
    CARSON & BARNES CIRCUS

**Inspection
Type:** ROUTINE INSPECTION

**Date:** JUN-27-2003

No non compliant items identified on this inspection. Inventory attached. Inspection was conducted at Lions Park in Linton, In.

**Prepared By:** _____
    BERNARD FLERLAGE, A C I , USDA, APHIS, Animal Care

**Date:**
SEP-03-2003

**Title:** ANIMAL CARE INSPECTOR , Inspector ID: T029

**Received By:** _____
    KRISTIN PARRA

**Date:**
SEP-03-2003

**Title:** SUPERINTENDANT

Page 1 of 1

OCT  - 6  2003



United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

3954 cust_id
215141 insp_id
4060 site_id

**CARSON & BARNES CIRCUS**

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
CARSON & BARNES CIRCUS

P.O. BOX J
HUGO, OK 74743

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** OCT-20-2003

No non-compliant items identified this inspection.

This inspection was conducted at the Newberry County Fairgrounds in Newberry, South Carolina.

**Prepared By:** _Lisa K MacElderry, DVM_           **Date:**
LISA MACELDERRY, D V M , USDA, APHIS, Animal Care        OCT-20-2003
**Title:** VETERINARY MEDICAL OFFICER , Inspector ID: 1055

**Received By:** _Kristin M. B. Parra_           **Date:**
KRISTIN PARRA                            OCT-20-2003
**Title:** TREASURER

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

NOV 3 2003



3954 cust_id
184362 insp_id
4060 site_id

**INSPECTION REPORT**

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
CARSON & BARNES CIRCUS

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** OCT-29-2003

No non-compliant items noted.
This inspection was conducted at the Hightower Arena in Bremen, Georgia.

Prepared By: RALPH AYERS, A C I , USDA, APHIS, Animal Care
**Date:**
OCT-29-2003

**Title:** ANIMAL CARE INSPECTOR , Inspector ID: 2001
Received By:

**Title:** Treasurer

**Date:**
OCT-29-2003

Page 1 of 1

NOV 17 2003



United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

3954 cust_id
209135 insp_id
4060 site_id

**CARSON & BARNES CIRCUS**

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA
CARSON & BARNES CIRCUS

P.O. BOX J
HUGO, OK  74743

Inspection
Type: ROUTINE INSPECTION
Date: OCT-30-2003

No non-compliances identified this inspecion.

This inspection was conducted in Aurora, Colorado at the Universoul Circus.

Prepared By: _____
CINDY LARSON, A. C. I. , USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR , Inspector ID: 5031

Date:
NOV-01-2003

Received By: _____
CERTIFIED MAIL #7003 1010 0001 8898 9890
Title:

Date:
NOV-01-2003

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

## INSPECTION REPORT

3954 cust_id
176700 insp_id
2556 site_id

**CARSON & BARNES CIRCUS**

Customer ID: 3954
Certificate: 73-C-0001

Site: 001
CARSON & BARNES CIRCUS

P.O. BOX J
HUGO, OK 74743

Inspection
Type: ROUTINE INSPECTION
Date: MAR-04-2004

TOTAL INVENTORY: 30 ELEPHANTS, 4 LARGE FELIDS, 1 BURRO, 2 CAMELS, 1 GIRAFFE, 1 LLAMA, 1 PIGMY HIPPO, 1 SICILIAN DONKEY, 1 WATER BUFFALO, 1 ZEBRA, 1 ZEBU, 3 4 - HORNED SHEEP, 8 PIGMY GOATS, 2 DOGS, NUMEROUS HORSES, AND NUMEROUS REPTILES.

ALL ITEMS IN COMPLIANCE THIS INSPECTION.

NOTATION: PAULA STILL HAS A BUILDUP OF SKIN ON THE ENTIRE BODY. HER SKIN HAS IMPROVED SOME WHAT. SHE IS BEING BATHED WITH SOAP AND BEING RASPED FREQUENTLY. A SIGN HAS BEEN MADE FOR VIEWING EXPLAINING HER SKIN CONDITION AND THE TREATMENT SHE RECEIVES. BUNNY AND LULU HAVE FIBROMA - LIKE NODULES. THESE NODULES HAVE BEEN EXAMINED BY DR TED EUDY AND A LETTER IS ON FILE EXPLAINING THEIR CONDITION

THE TRAVELING CAT ENCLOSURES HAVE BEEN MODIFIED TO WHERE THE CABLES ARE NO LONGER EXPOSED AND AVAILABLE FOR THE CATS TO BECOME TANGLED IN AND CAUSE INJURY. A WIRE MESH PANEL APPROXIMATELY 2' X 2' IS COVERING THE EXPOSED CABLE ON THE INSIDE. CABLE RUNNING ON THE OUTSIDE FRONT OF EACH CAGE HAS A WIRE MESH PANEL BEHIND THE CABLE THAT WILL KEEP EACH CAT FROM GETTING HOLD OF THE WIRE CABLE.

LAST INSPECTION ON WINTER QUARTERS CONDUCTED ON 01-03.

Prepared By:
CATHY NIEBRUEGGE, A. C. I. , USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR , Inspector ID: 4031

Date:
MAR-04-2004

Received By:
KRISTIN PARRA
Title: TREASURER

Date:
MAR-04-2004

Page 1 of 1

MAR 1 2 2004



United States Department of Agriculture
Animal and Plant Health Inspection Service

**(INSPECTION REPORT)**

JUN 0 1 2004

CNEIS

3954 cust_id
168452 insp_id
4060 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
    **CARSON & BARNES CIRCUS**

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** MAY-18-2004

No non-compliances identified this inspection.

Inventory: 3 Asian Elephants Barbra (57), Lisa (28), and Kelly (34).

This inspection was conducted at the Circus World Museum in Baraboo, Wisconsin.

This inspection was conducted in the presence of Randy & Melissa Peterson, Animal Handlers; Debra Sime, DVM/USDA/APHIS/AC/MN; and Cynthia Neis, ACI/USDA/APHIS/AC/WI.

End of report.

| | |
|---|---|
| **Prepared By:** | CYNTHIA NEIS, A C I , USDA, APHIS, Animal Care |
| **Title:** | ANIMAL CARE INSPECTOR, Inspector ID: 1041 |
| **Received By:** | RANDY PETERSON |
| **Title:** | ANIMAL HANDLER |

**Date:**
MAY-18-2004

**Date:**
MAY-18-2004



United States Department of Agriculture
Animal and Plant Health Inspection Service

JUN 1 5 2004    3954 cust_id
204269 insp_id
4060 site_id

## (INSPECTION REPORT)

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
CARSON & BARNES CIRCUS

**Inspection Type:** ROUTINE INSPECTION
**Date:** MAY-28-2004

### 2.131 ( b )( 1 )
### HANDLING OF ANIMALS.

During public exhibition, any animal must be handled so there is minimal risk of harm to the animal and to the public, with sufficient distance and/or barriers between the animal and the general viewing public so as to assure the safety of animals and the public.

***The elephants are bathed in an area within the circus perimeter fence in front of a gate that leads into a mall parking lot. This gate is unlocked and often open and unattended. During bathing, the perimeter fence serves as an inadequate barrier fence. An appropriate barrier fence should be constructed when bathing the animals or appropriate alternative security measures should be in employed to prevent harm to the animals or the public. Correct by June 4, 2004.

This inspection was conducted at the Capitol Plaza Mall in Landover, MD with the Universoul Circus - Soul in the City tour. Elephants - Suzy 53, Becky 34, Tracy 34

**Prepared By:** _Gloria A. McFadden_
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER , Inspector ID: 1048

**Date:**
MAY-28-2004

**Received By:** _Jason King_
JASON KING
**Title:** HEAD HANDLER

**Date:**
MAY-28-2004

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

CNEIS  لت

**INSPECTION REPORT**

3954 cust_id
168478 insp_id
4060 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX  J
HUGO, OK  74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA
    CARSON & BARNES CIRCUS

**Inspection Type:** ROUTINE INSPECTION

**Date:** JUL-02-2004

No non-compliances identified this inspection.

This inspection is being conducted at the Circus World Museum grounds in Baraboo, Wisconsin.

Animal Inventory: 3 Asian Elephants (Minnie, 55; Bunny, 35; and Whimpy, 35).

This inspection was conducted in the presence of Louie Delmoral, Elephant Supervisor - Miller Equipment Company; Chad Moore, ACI/USDA/APHIS/AC; Deb Sime, VMO/USDA/APHIS/AC; and Cynthia Neis, ACI/USDA/APHIS/AC.

End of report.

**Prepared By:**

CYNTHIA NEIS, A C I , USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR , Inspector ID: 1041

**Received By:**

LOUIE DELMORAL
**Title:** ELEPHANT SUPERVISOR

**Date:**
JUL-02-2004

**Date:**
JUL-02-2004

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

## INSPECTION REPORT

3954 cust_id
209254 insp_id
12288 site_id

**CARSON & BARNES CIRCUS**

Customer ID: 3954

Certificate: 73-C-0001

Site: TRA2

C & B CIRCUS - SOUL IN THE CITY

P.O. BOX J
HUGO, OK 74743

Inspection
Type: ROUTINE INSPECTION

Date: JUL-29-2004

No non-compliances identified this inspection.

Inspection accompanied by Jason King, Trainer and USDA SACS Richard Watkins.

This inspection was conducted at the Aurora Mall in Aurora, CO under the Universoul Circus. 3 elephants- Suzie, Becky and Tracy

Prepared By: _____
CINDY LARSON, A.C.I. , USDA, APHIS, Animal Care

Date:
JUL-30-2004

Title: ANIMAL CARE INSPECTOR , Inspector ID: 5031

Received By: _____
JASON KING

Date:
JUL-30-2004

Title: TRAINER

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

3954 cust_id
209254 insp_id
12288 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA2
C & B CIRCUS - SOUL IN THE CITY

Inspection
Type: ROUTINE INSPECTION
Date: JUL-29-2004

No non-compliances identified this inspection.

Inspection accompanied by Jason King, Trainer and USDA SACS Richard Watkins.

This inspection was conducted at the Aurora Mall in Aurora, CO under the Universoul Circus.  3 elephants- Suzie, Becky and Tracy.

Prepared By: _____
CINDY LARSON, A.C.I. , USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR , Inspector ID: 5031

Date:
JUL-30-2004

Received By: _____
JASON KING
Title: TRAINER

Date:
JUL-30-2004

Page 1 of 1



USDA    Animal and Plant Health Inspection Service

3954 cust_id
204303 insp_id
4060 site_id

**INSPECTION REPORT** SEP 03 2004

**CARSON & BARNES CIRCUS**

**Customer ID:** 3954
**Certificate:** 73-C-0001

P.O. BOX J
HUGO, OK 74743

**Site:** TRA1
C & B CIRCUS - POPPIN SOUL

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** AUG-21-2004

NO NON-COMPLAINT ITEMS IDENTIFIED THIS INSPECTION.

This inspection was conducted in Mondawmin Mall in Baltimore, MD under the Universoul Circus on 8/17 & 20/04.

Asian Elephants Bunny (35yo), Minnie (57yo), and Whimpy (32yo) Last TB Test: 11/19-21/03 NEG

NOTE: Bunny has several lumps, i.e. fibro-lypomas, on the left neck, left thigh, and left knee.   These lypomas are periodically evaluated by a veterinarian. The last veterinary  assessment was March 2004.

**Prepared By:** _Gloria A. McFadden_
GLORIA MCFADDEN, D V M , USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER , Inspector ID: 1048
**Received By:** _Jason King_
JASON KING
**Title:** HEAD HANDLER

**Date:**
AUG-21-2004

**Date:**
AUG-21-2004

Page 1 of 1

Case 1:05-cv-01135-PLF   Document 41   Filed 08/15/2005   Page 27 of 32



**INSPECTION REPORT**

3954 cust_id
249016 insp_id
12289 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

Customer ID: 3954
Certificate: 73-C-0001

Site: TRA3
CARSON & BARNES CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: SEP-09-2004

This routine inspection was conducted by Tanya Tims (VMO), Robert Bacon ( ACI) and Kristin Parra ( Circus Officer).  This Circus was inspected in Emporia, KS

No non-compliant items noted this inspection.

Animal Inventory:   Elephants - 5 Asian, 2 African
Zebra-1
Dogs-2
Llamas-3
Camels-3
Sheep-3
Goats-9
Pygmy Hippo-1
Tigers-2
African Lion-2

| Prepared By: | | Date: |
|---|---|---|
| | TANYA TIMS, V.M.O. , USDA, APHIS, Animal Care | |
| Title: | VETERINARY MEDICAL OFFICER , Inspector ID: 5045 | SEP-09-2004 |
| Received By: | Kristin Parra | Date: |
| Title: | OFFICER | SEP-09-2004 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

3954 cust_id
256011 insp_id
2556 site_id

**CARSON & BARNES CIRCUS**

P.O. BOX J
HUGO, OK 74743

Customer ID: 3954
Certificate: 73-C-0001

Site: 001
        CARSON & BARNES CIRCUS

Inspection
        Type: ROUTINE INSPECTION
        Date: OCT-04-2004

This routine inspection was conducted by Rex Dannull,ACI and Kristin Byrd Parra,treasurer,this 10-4-04 while at Chillicothe ,Missouri and located on the Chillicothe High School north parking lot on grassed area.

All standards appear to be in compliance today.

Animals inspected:

1 Hippo   7-Goats   2-Jacobs sheep   1- Zebra   1- Zebu   3-Llama   2- Burrows   1-Mule   2-Tiger

2- Lion   7- Elephants   3-- Camel   10-Ponies /Horses   2- Dogs

Total of 44 animals

Prepared By: _____
            REXFERD DANNULL, A.C.I. , USDA, APHIS, Animal Care

Title: ANIMAL CARE INSPECTOR , Inspector ID: 4004

Received By: _____
            KRISTIN BYRD PARRA

Title: TREASURER

Date:
OCT-04-2004

Date:
OCT-04-2004

Page 1 of 1



Animal and Plant Health Inspection Service

FEB 1 5 2005

3954 cust_id
242108 insp_id
12288 site_id

**INSPECTION REPORT**

**CARSON & BARNES CIRCUS**

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** TRA2
C & B CIRCUS - SOUL IN THE CITY

P.O. BOX  J
HUGO, OK  74743

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** FEB-01-2005

No non-compliant items identified during inspection.

Reviewed:
1. Program of Veterinary Care
2. TB Trunk Wash (dated 12/04) for Asian Elephants "Suzy", "Becky" and "Traci"
3. Health Records

END OF REPORT

Note--Inspection conducted in Savannah, GA--Exhibitor traveling with UniverSoul Circus

**Prepared By:**

CAROL PORTER, A O I , USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR , Inspector ID: 1069

**Date:**
FEB-01-2005

**Received By:**

Jason King
**Title:** ELEPHANT MANAGER

**Date:**
FEB-01-2005

Page 1 of 1

FEB 2 5 2005



## INSPECTION REPORT

3954  cust_id
121786  insp_id
12289  site_id

**CARSON & BARNES CIRCUS**

**Customer ID:** 3954
**Certificate:** 73-C-0001

P.O. BOX  J
HUGO, OK  74743

**Site:** TRA3
    CARSON & BARNES CIRCUS

**Inspection**
    **Type:** ROUTINE INSPECTION
    **Date:** FEB-25-2005

No non-compliant item(s) identified this inspection.

This inspection conducted at Omaha Civic Center.

This inspection and exit interview was conducted with, Joe Frisco, Antonio Perez, Armando Loyal (handler's) and Randall R. Wagner (ACI).

| | |
|---|---|
| **Prepared By:** | RANDALL WAGNER, A.C.I. , USDA, APHIS, Animal Care |
| **Title:** | ANIMAL CARE INSPECTOR , Inspector ID: 4038 |
| **Received By:** | Joe Frisco |
| **Title:** | HANDLER |

**Date:**
FEB-25-2005

**Date:**
FEB-25-2005

Page 1 of 1

MAR - 9 2005



CNIEBRUEGGE

3954 cust_id
272007 insp_id
2556 site_id

**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**

## INSPECTION REPORT

**CARSON & BARNES CIRCUS**

P.O. BOX  J
HUGO, OK  74743

**Customer ID:** 3954
**Certificate:** 73-C-0001

**Site:** 001

CARSON & BARNES CIRCUS

**Inspection**
**Type:** ROUTINE INSPECTION
**Date:** MAR-07-2005

THIS INSPECTION CONDUCTED AT WINTERS QUARTERS IN HUGO,OK.

TOTAL INVENTORY: 21 ELEPHANTS , 2 DOGS, 12 FARM ANIMALS, 5 WILD EXOTIC HOOFED STOCK, 2 SHEEP, 4 LARGE FELID.

THIS INSPECTION AND EXIT INTERVIEW CONDUCTED BY CATHY NIEBRUEGGE, ACI AND OWNERS OF FACILITY AND ANIMALS.

ALL ITEMS IN COMPLIANCE THIS INSPECTION.

LAST INSPECTION CONDUCTED ON WINTERS QUARTERS ON 03-04

| | | |
|---|---|---|
| **Prepared By:** | *Cathy Niebruegge, ACI* | **Date:** |
| | CATHY NIEBRUEGGE, A.C.I. , USDA, APHIS, Animal Care | MAR-07-2005 |
| **Title:** | ANIMAL CARE INSPECTOR , Inspector ID: 4031 | |
| **Received By:** | *Kristin M B Parra* | **Date:** |
| | KRISTIN PARRA | MAR-07-2005 |
| **Title:** | AUTHORIZED PERSON | |

MAR 2 1 2005



United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

3954 cust_id
272029 insp_id
12289 site_id

**CARSON & BARNES CIRCUS**

Customer ID: 3954
Certificate: 73-C-0001

P. O. BOX J
HUGO, OK 74743

Site: TRA3
    CARSON & BARNES CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: APR-04-2005

TOTAL INVENTORY: 7 ELEPHANTS, 4 LARGE FELIDS, 2 CAMELS, 1 PIGMY HIPPO, 2 4 - HORNED SHEEP, 1 ZEBRA, 1 ZEBU, 3 LLAMAS, AND 8 PIGMY GOATS.

THIS INSPECTION WAS CONDUCTED ON THE GROUNDS AT THE CHOCTAW NATION FACILITIES IN DURANT, OKLAHOMA.

THIS INSPECTION AND EXIT INTERVIEW CONDUCTED BY CATHY NIEBRUEGGE, ACI AND OWNERS OF CIRCUS.

ALL ITEMS IN COMPLIANCE THIS INSPECTION.

LAST INSPECTION CONDUCTED ON 03-07-05 OF WINTER QUARTERS AT HUGO, OK

Prepared By: _Cathy Niebruegge, ACI_
    CATHY NIEBRUEGGE, A.C.I. , USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR , Inspector ID: 4031

Date:
APR-04-2005

Received By: _Gary Byrd_
    GARY AND BARBARA BYRD
Title: OWNERS

Date:
APR-04-2005

Page 1 of 1

APR 1 8 2005