

United States Department of Agriculture
Animal and Plant Health Inspection Service   MAY 1 1 2005



:BALTRUSH
2564 cust_id
165573 insp_id
6716 site_id

**THE HAWTHORN CORPORATION**

23675 W. CHARDON ROAD
GRAYS LAKE, IL 60030 9584

Customer ID: 2564
Certificate: 33-C-0053

Site: TRA
       HAWTHORN CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: APR-28-2005

This inspection was conducted at the Eastern States Fairgrounds, Springfield, MA.

Facility meets all standards and regulations at this time.

ANIMAL CENSUS: 7 TIGERS (3.4)

Prepared By: _____
JAN P. BALTRUSH, A C I , USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR , Inspector ID: 1011
Date: APR-28-2005

Received By: _____
ADAM BURCK
Title: HEAD TRAINER
Date: APR-28-2005

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

MAR 0 2 2005

KKIRSTEIN
2564 cust_id
187287 insp_id
6715 site_id

**INSPECTION REPORT**

THE HAWTHORN CORPORATION

23675 W. CHARDON ROAD
GRAYS LAKE, IL  60030 9584

Customer ID: 2564
Certificate: 33-C-0053

Site: 001
HAWTHORN CORPORATION, THE

Inspection
Type: ROUTINE INSPECTION
Date: FEB-23-2005

| | | |
|---|---|---|
| 2.40 ( b )( 2 ) | REPEAT NCI | |
| 2.40 ( b )( 3 ) | REPEAT NCI | |
| 2.40 ( b ) | REPEAT NCI | |

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

***Veterinary treatment instructions are not being followed. Lottie is being treated for an abscess of the right rear foot, and the January 25, 2005 written instructions of the co-attending veterinarian state, "trim all nails in next week" and, "trim abscess area once a week". According to the Animal Care Daily Log and the custodian of records, the rest of Lottie's nails have not been trimmed, and the abscess area is not being trimmed on a weekly basis.

***To ensure the health and welfare of the animals, clear guidance for the personnel involved in animal treatment is required from the co-attending veterinarians. On January 25, 2005, Lottie is diagnosed with an abscess of the right rear foot by one of the co-attending veterinarians, according to his written record. Subsequent records indicate there is confusion as to whether there is an abscess of one, or both, rear feet. On February 4, 2005, the other co-attending veterinarian wrote in the Medical/Husbandry Record, "recheck on rear feet - anterior lateral abscesses on both feet are healing. swelling is down and fibrous periabscess tissue is being expuled (sic). hot packs are working and need to be continued". If both feet have abscesses, Lottie's Animal Care Daily Logs indicate that only one foot is being treated, but doesn't indicate which foot. These Daily Logs also state that soaks are being used (as per the co-attending veterinarian's instructions of January 25, 2005) and hot packs are not a part of the treatment. The custodian of records, who is responsible for the foot soaks, apparently does not realize that the rest of Lottie's nails were supposed to be trimmed and that the abscess area needed to be trimmed on a weekly basis, per the co-attending veterinarian's treatment instructions. Lottie's Animal Care Daily Logs starting February 17, 2005 state "healing oil nail spritz at time of ea. Foot soak", but there is no indication that this additional treatment was directed by or discussed with either co-attending veterinarian.

***Foot care continues to be a major health concern. A minor amount of routine foot care has been done since the last inspection. While it is stated in the Animal Care Daily Log, that Ronnie (Rani), Gypsy, Liz, and Debbie had routine work on all four feet, their feet are still in need of additional work. Queenie and Minnie have had work done on their front nails, and while these nails look satisfactory, their back feet need work. No foot care has been attempted on Billy, Sue, or Frieda, and their nails (front and back) are showing excessive cuticle growth, are grossly misshapen, extremely overgrown, curved and some are weight-bearing. This serious problem has been cited numerous times over the course of many years. A regular foot maintenance schedule needs to be implemented, followed and documented, per the consulting co-attending veterinarian's instructions (as cited in the June 1, 2002 Animal Care inspection report). The exhibitor is responsible for ensuring that a routine program of foot care is established and followed.

Prepared By: _____
KENNETH KIRSTEIN, D V M , USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER , Inspector ID: 1028

Date: FEB-23-2005

Received By: _____
Linda Robertson
Title: CUSTODIAN OF RECORDS

Date: FEB-24-2005



United States Department of Agriculture
Animal and Plant Health Inspection Service    MAR 0 2 2005

KKIRSTEIN
2564 cust_id
187287 insp_id
6715 site_id

**INSPECTION REPORT**

| | | |
|---|---|---|
| 3.132 | REPEAT NCI | |
| EMPLOYEES. | | |

\*\*\*One of the tiger trainers has also been given responsibility for the elephants. The tiger trainer has not been relieved of his full-time commitment with the tigers, but is now also expected to oversee the husbandry and care for the 12 elephants. Only one other person on site (the elephant groom) has the experience to do some work with these elephants. The custodian of records is assisting with a limited amount of the elephant care, and two new people, hired in the past approximately three months, have no previous experience or training with elephants. There are not enough adequately trained employees to maintain the professionally accepted level of husbandry and care for this number of elephants.

This was a focused inspection of the elephants.

Animal Inventory:
Elephants: Billie, Sue, Frieda, Nickolaus, Ronnie (Rani), Joy, Gypsy, Liz, Debbie, Queenie, Minnie, and Lottie.

Prepared By: _____
KENNETH KIRSTEIN, D V M , USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER , Inspector ID: 1028

Date:
FEB-23-2005

Received By: _____
Linda Roberson
Title: CUSTODIAN OF RECORDS

Date:
FEB-24-2005

Page 2 of 2



United States Department of Agriculture
Animal and Plant Health Inspection Service

KKIRSTEIN

2564 cust_id
187277 insp_id
6715 site_id



FEB 0 7 200?

**THE HAWTHORN CORPORATION**

23675 W. CHARDON ROAD
GRAYS LAKE, IL  60030 9584

Customer ID: 2564
Certificate: 33-C-0053

Site: 001
HAWTHORN CORPORATION, THE

Inspection
Type: ROUTINE INSPECTION
Date: JAN-20-2005

2.40  ( b )( 2 )
2.40  ( b )( 3 )          **REPEAT NCI**
2.40  ( b )( 4 )
2.40  ( b )              **REPEAT NCI**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

(b)(2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care...

***The necropsy report for Tess states, "COMMENTS: As noted grossly, death was attributed to cardiopulmonary collapse due to prolonged lateral recumbency.  Changes in the right digital flexor muscles and originating tendon (likely the result of the traumatic medial humeral epicondylar avulsion noted grossly) were of chronic duration (at least weeks).  Recumbency was considered a sequela of traumatic injuries."  According to the Animal Care Daily Log for September 15, October 1, October 6, October 13, October 18, and October 22, 2004, Tess had been seen by the attending veterinarian for a swelling in the right foreleg.  According to the summary medical record written by the attending veterinarian sometime after the 9 November 2004 inspection, the following had been done:

"10-1-04 Exam & palpate right elbow lesion.  Consult c Racetrack on MSM massage, oral Jt. Health granules & exercise
10-2-04 Exam & discuss therapy c Racetrack
10-6-04 Exam and telephone Mr. Cuneo on poor prognosis
10-13-04 Exam & consultation 5000 mg adequan IM
10-18-04 Exam & consultation 5000 mg adequan IM
10-22-04 Exam & consultation 5000 mg adequan IM
11-1-04 AM Emerg visit.  Tess down-attempts to get up thwarted by non-functional rt foreleg & fatigue. Chem 12/CBC- IM Banamine and Antibiotics
11-1-04 PM Tess succumbed in late afternoon
11-2-04 To plan necropsy procedure on Tess with (co-attending veterinarian)
Several trips to necropsy"

There are conflicts between Tess' Medical/Husbandry Record and her summary medical record, both written by the attending veterinarian. For example, the Medical/Husbandry sheet states, "9-15-04 dispensed MSM gel for RF elbow 1 & Eq Jt Health gran daily".  Summary medical record has no documentation of this.  There are multiple inconsistencies between the two medical records.

Prepared By: _____          Date:
KENNETH KIRSTEIN, D V M , USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER , Inspector ID: 1028          JAN-21-2005

Received By: _____          Date:
Linda Roberson
Title: CUSTODIAN OF RECORDS                                      JAN-21-2005

 

United States Department of Agriculture
Animal and Plant Health Inspection Service

KKIRSTEIN
2564 cust_id
187277 insp_id
6715 site_id

FEB 07 2005

No diagnostics were ever conducted to determine the cause and the extent of the swelling of the right foreleg problem. One month had gone by prior to administration of any pain relieving medication. There is no description or documentation of the attending veterinarian's findings, assessment, differential diagnosis, or plan of treatment; and, prognosis is only mentioned once. Appropriate methods to diagnose and treat injuries must be used.

(b)(3) Daily observation of all animals to assess their health and well-being; Provided, however, That daily observation of animals may be accomplished by someone other than the attending veterinarian; and Provided, further, That a mechanism of direct and frequent communication is required so that timely and accurate information on problems of animal health, behavior, and well-being is conveyed to the attending veterinarian...

***Billie has several wounds on her trunk and face. Some of these are covered by pink scar tissue; one at the center of the trunk still has a linear depression; and, one rostral and ventral to the right eye appeared reddened and moist. The person in charge of the elephants thought this had happened in late November 2004, but there is no documentation of when or how this occurred and no indication that the attending veterinarian was ever consulted regarding the injuries. The person in charge of the elephants stated he thought the wounds had been caused by Billie and Nicholaus fighting through the enclosure bars.

(b)(4) Adequate guidance to personnel involved in the care and use of animals regarding handling...

***Adequate exercise is not being provided to the elephants. It has been stated that the elephants (Lottie, Minnie, Queenie and Debbie) have not been off the chain line since late November 2004. The person in charge of the elephants stated that Rani, Gypsy, Joy and Liz have been off the chain line only once during this time period for a 20 minute walk. The attending veterinarian must be consulted for development of an adequate exercise program.

(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:...

***Foot care continues to be a major concern. With the exception of trimming one of Minnie's toenails (verbally stated by the person in charge of the elephants; there is no written documentation this occurred), none of the elephants have had any routine foot care in the last 6 months. This includes no work on Billie, Sue, Frieda or Queenies' feet since December 2003, even though this problem was cited for these elephants in every inspection report in 2004. All of the elephants are in need of some type of foot care (i.e., long cuticles, hooked nails, weight-bearing nails, or curved nails). A regular foot maintenance schedule needs to be implemented, followed and documented, per the consulting co-attending veterinarian's instructions (as cited in the June 1, 2002 Animal Care inspection report). The exhibitor is responsible for ensuring that a routine program of foot care is established and followed.

2.75  ( b )( 1 )          **REPEAT NCI**
**RECORDS: DEALERS AND EXHIBITORS.**
Every dealer other than operators of auction sales and brokers to whom animals are consigned, and exhibitor shall make, keep, and maintain records or forms which fully and correctly disclose the following information concerning animals other than dogs and cats, purchased or otherwise acquired, owned, held, leased, or otherwise in his or her possession or under his or her control, or which is transported, sold, euthanized, or otherwise disposed of by that dealer or exhibitor. The records shall include any offspring born of any animal while in his or her possession or under his or her control.
(i) The name and address of the person from whom the animals were purchased or otherwise acquired;
(ii) The USDA license or registration number of the person if he or she is licensed or registered under the Act;

Prepared By:
KENNETH KIRSTEIN, D V M , USDA, APHIS, Animal Care                     Date:
Title: VETERINARY MEDICAL OFFICER , Inspector ID: 1028                  JAN-21-2005
Received By:
Linda Roberson                                                          Date:
Title: CUSTODIAN OF RECORDS                                             JAN-21-2005

Page 2 of 4

Case 1:05-cv-01135-PLF    Document 8-6    Filed 06/15/2005    Page 6 of 15



United States Department of Agriculture
Animal and Plant Health Inspection Service

 B 0 7 2005

KKIRSTEIN
2564 cust_id
187277 insp_id
6715 site_id

(iii) The vehicle license number and State, and the driver's license number (or photographic identification card for nondrivers issued by a State) and State of the person, if he or she is not licensed or registered under the Act;
(iv) The name and address of the person to whom an animal was sold or given;
(v) The date of purchase, acquisition, sale, or disposal of the animal(s);
(vi) The species of the animal(s); and
(vii) The number of animals in the shipment.

\*\*\*At the time of inspection, acquisition records were requested for the cited noncompliant item in the 9 November 2004 inspection report. The record cited had been corrected; however, the custodian of records also presented an APHIS Form 7020A (continuation sheet) stating that a tiger was received as a donation from "Exotic Ent/Animal Adventures", USDA license number 35-C-0189, in good condition. The record was not dated, did not have all the required information as listed above, and the custodian of records could not provide the information as required by the regulations.

### 2.125
### INFORMATION AS TO BUSINESS; FURNISHING OF SAME BY DEALERS, EXHIBITORS, OPERATORS OF AUCTION SALES, INTERMEDIATE HANDLERS, AND CARRIERS.

Each dealer, exhibitor, operator of an auction sale, intermediate handler, and carrier shall furnish to any APHIS official any information concerning the business of the dealer, exhibitor, operator of an auction sale, intermediate handler or carrier which the APHIS official may request in connection with the enforcement of the provisions of the Act, the regulations and the standards in this subchapter.

\*\*\*The custodian of records gave false and misleading information regarding an elephant incident that resulted in the injury of two employees. When asked about any employee injuries, she stated there had been none in the past six months. However, the person currently in charge of the elephants stated that two employees had been injured sometime in late November 2004 and one of the employees (a general helper) had been hospitalized and is now understood to be in a convalescent home as a result of the injuries. The other employee (the elephant groom) was unable to work for four days as a result of this incident. As a result of the incident, the person currently in charge of the elephants had been assigned that responsibility on the day of the incident.

Correction: Correct and accurate information must be furnished to any APHIS official when requested.

### 3.132            REPEAT NCI
### EMPLOYEES.

A sufficient number of adequately trained employees shall be utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care.

\*\*\*One of the tiger trainers is now also responsible for the elephants. At the time of this inspection, this person and the elephant groom were the only two individuals on site with the knowledge and experience to handle the 12 elephants. Three new people have been hired within the past two months, but none have any experience or training with elephants. There are not enough adequately trained employees to maintain the professionally accepted level of husbandry for the twelve elephants

Prepared By: KENNETH KIRSTEIN, DVM, USDA, APHIS, Animal Care        Date:
Title: VETERINARY MEDICAL OFFICER, Inspector ID: 1028                 JAN-21-2005
Received By: Linda Roberson                                            Date:
Title: CUSTODIAN OF RECORDS                                            JAN-21-2005

 



United States Department of Agriculture
Animal and Plant Health Inspection Service

 FEB 0 7 2005

KIRSTEIN
2584 cust_id
187277 insp_id
6715 site_id

present. Also, a lack of adequate training and/or supervision has lead to the recent injury of the elephant groom and the injury of a general helper after an encounter with the protected-contact elephants.

Animal Inventory:
Elephants: Billie, Sue, Frieda, Nickolaus, Ronnie (Rani), Joy, Gypsy, Liz, Debbie, Queenie, Minnie, and Lottie.

Note:
Trunk washes have not been completed for the month of January 2005. The person in charge of the elephants stated that the co-attending veterinarian was arriving January 22, 2005 to complete the task on January 23, 24, and 25, 2005.

This inspection was focused on the elephants and the noncompliant items from the 9 November 2004 inspection report.

Prepared By: _____
KENNETH KIRSTEIN, D V M , USDA, APHIS, Animal Care                Date:
Title:   VETERINARY MEDICAL OFFICER , Inspector ID: 1028            JAN-21-2005
Received By: _____
Linda Roberson                                                    Date:
Title:   CUSTODIAN OF RECORDS                                     JAN-21-2005

Page 4 of 4



United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

DEC 09 2004

ESERVEN
2564 cust_id
237125 insp_id
6716 site_id

THE HAWTHORN CORPORATION

23675 W. CHARDON ROAD
GRAYS LAKE, IL  60030 9584

Customer ID: 2564
Certificate: 33-C-0053

Site: TRA
        HAWTHORN CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: NOV-24-2004

No non compliant items identified in this inspection.
Inspection conducted at Hadi Shrine Circus, Evansville IN

Animal Inventory:  15 white tigers

Prepared By: ELIZABETH SERVEN, A C I, USDA, APHIS, Animal Care      Date: NOV-24-2004
Title: ANIMAL CARE INSPECTOR, Inspector ID: 1067

Received By: Wade Burke      Date: NOV-24-2004
Title: HEAD TRAINER

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service   JAN 1 1 2005

CCURRER
2564 cust_id
155429 insp_id
6716 site_id

## INSPECTION REPORT

**THE HAWTHORN CORPORATION**

23675 W. CHARDON ROAD
GRAYS LAKE, IL 60030 9584

Customer ID: 2564
Certificate: 33-C-0053

Site: TRA
HAWTHORN CIRCUS

Inspection Type: ROUTINE INSPECTION
Date: NOV-10-2004

THIS INSPECTION WAS CONDUCTED WITH ANIMAL TRAINERS, JUDIT AND JURGEN NERGER AND USDA ACI CHARLIE.
THIS INSPECTION WAS CONDUCTED AT THE MONTGOMERY COUNTY FAIR GROUNDS IN CONROE TEXAS.

ALL ITEMS ARE FOUND TO BE IN COMPLIANCE THIS DATE.

INVENTORY; 12 TIGERS AND 1 LION.

END OF REPORT...

Prepared By: *[signature]*
CHARLES CURRER, A.C.I., USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR, Inspector ID: 4003
Date: NOV-10-2004

Received By: *[signature]*
JURGEN AND JUDIT JERGEN
Title: ANIMAL TRAINERS
Date: NOV-10-2004

Page 1 of 1

NOV 2 2 2004



United States Department of Agriculture
Animal and Plant Health Inspection Service

**INSPECTION REPORT**

JWOOD
2564 cust_id
187257 insp_id
6715 site_id

**THE HAWTHORN CORPORATION**

23675 W. CHARDON ROAD
GRAYS LAKE, IL 60030 9584

Customer ID: 2564
Certificate: 33-C-0053

Site: 001
HAWTHORN CORPORATION, THE

Inspection
Type: ROUTINE INSPECTION
Date: NOV-09-2004

2.40 ( b )            REPEAT NCI
ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).
(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:
(1) The availability of appropriate facilities, personnel, equipment, and services to comply with the provisions of this subchapter;
(2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care....

\*\*\*No tuberculosis treatment for Misty and Lota has been instituted since March 4, 2004. As stated in the June 24, 2004 Animal Care inspection report, the decision to stop treatment was not discussed with the USDA, Animal Care, and violates the USDA approved treatment protocol.

\*\*\*Foot care. Billy, Sue, Frieda and Queenie's front and/or back feet require foot care. All have cuticles and/or nails that require trimming. A regular foot maintenance schedule needs to be implemented, followed and documented, per the consulting co-attending veterinarian's instructions (as cited in the June 1, 2002 Animal Care inspection report). The exhibitor is responsible for ensuring that a routine program of foot care is established and followed. The licensee's elephant care specialist was in agreement that foot care was needed for Billy, Sue, Frieda and Queenie.

\*\*\* The elephant caretaker present at the time of inspection was very reluctant to allow the proximity necessary to observe the feet of a majority of the elephants without the Superintendent present. This elephant caretaker felt that the elephants were in an excited state because of trunk washes done earlier that morning. The inspectors maintained a distance, as requested by the caretaker and the licensee's elephant care specialist, which did not allow an adequate inspection of all of the elephants.

\*\*\*In review of the medical records for the elephant "Tess", only incomplete information had been documented. On September 15 2004, the animal care daily log for Tess states that the attending veterinarian saw her for a swollen right foreleg; the attending veterinarian's medical/husbandry record states only, "dispensed MSM gel for RF elbow 1 & Eq Jt Health gran daily". No documentation is available to indicate that the prescribed treatment was ever completed. On October 1, 2004, the animal care daily log for Tess states that she was seen by the attending veterinarian for swelling of the right foreleg; the attending veterinarian's medical/husbandry record states only, "Ex & consult (c Racetrack)". No documentation is available indicating the content of the consultation. On October 6, 2004, the animal care daily log for Tess states that she was seen by the attending veterinarian for swelling of the right foreleg; the attending veterinarian's medical/husbandry record states only, "Ex & consult (c Racetrack & tel to (owner))". No documentation is available indicating the content of the consultation. On October 13, 2004, the animal care daily log for Tess states that she was seen by the attending veterinarian for swelling of the right foreleg; the attending veterinarian's medical/husbandry record states only, "Ex & consult (c Racetrack

Prepared By:  _____
KENNETH KIRSTEIN, D V M , USDA, APHIS, Animal Care                        Date:
Title: VETERINARY MEDICAL OFFICER , Inspector ID: 1028                    NOV-09-2004

Received By: _____
Linda Roberson                                                             Date:
Title: ELEPHANT CARE SPECIALIST                                            NOV-09-2004

Page 1 of 3

 
United States Department of Agriculture
Animal and Plant Health Inspection Service

INSPECTION REPORT

JWOOD
2564 cust_id
187257 insp_id
6715 site_id

& tel to (owner)) - IM adequan 4500 mcg". No documentation is available indicating the content of the consultation. On October 18 and October 22, 2004 the animal care daily logs state, "Tess was administered to by (the attending veterinarian) for swelling in the right front leg." The medical/husbandry record has no entries for those two dates. On November 1, 2004, the animal care daily log states that the attending veterinarian gave Tess banamine and antibiotics, but this is not documented in the medical/husbandry record.

As cited in the May 4, 2002 Animal Care inspection report, the co-attending veterinarian wants the facility to maintain, "written daily treatment sheets that include daily descriptions of abnormalities concerning the illness, injury, or behavior abnormality being treated; the dates, details and results of all medically related observations, examinations, tests, and other such procedures (such as foot trimmings); the dates and details of all treatments including name, dose, route, and frequency and duration of any treatments." "The attending veterinarian's treatment plans shall include diagnosis and prognosis and shall detail the frequency and duration of any treatment and the criteria and schedule for re-evaluation". The co-attending veterinarian's instructions are still not being followed.

## 2.75 ( b )( 1 )
## RECORDS: DEALERS AND EXHIBITORS.

(b)(1) Every dealer other than operators of auction sales and brokers to whom animals are consigned, and exhibitor shall make, keep, and maintain records or forms which fully and correctly disclose the following information concerning animals other than dogs and cats, purchased or otherwise acquired, owned, held, leased, or otherwise in his or her possession or under his or her control, or which is transported, sold, euthanized, or otherwise disposed of by that dealer or exhibitor. The records shall include any offspring born of any animal while in his or her possession or under his or her control.
(i) The name and address of the person from whom the animals were purchased or otherwise acquired;
(ii) The USDA license or registration number of the person if he or she is licensed or registered under the Act;
(iii) The vehicle license number and state, and the driver's license number and state of the person, if he or she is not licensed or registered under the Act;
(iv) The name and address of the person to whom an animal was sold or given;
(v) The date of purchase, acquisition, sale, or disposal of the animal(s);
(vi) The species of the animal(s); and
(vii) The number of animals in the shipment.

\*\*\*At the time of inspection, a young tiger cub was present. The tiger trainer stated that the cub had just arrived at the facility the prior day. No acquisition records with the above information was available for the inspectors.

## 3.132          REPEAT NCI
## EMPLOYEES.

A sufficient number of adequately trained employees shall be utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care.

\*\*\* The Superintendent of elephants was not present at the time of inspection. It could not be specifically determined how long the Superintendent of elephants had been absent from the facility; however, he has not been present since early October, 2004. At the time of this inspection, there was one full-time elephant caretaker, one elephant groom, and one general helper performing all the day-to-day husbandry for the 14 elephants. Another employee assists with the record-

| | | |
|---|---|---|
| **Prepared By:** | KENNETH KIRSTEIN, D V M , USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER , Inspector ID: 1028 | NOV-09-2004 |
| **Received By:** | Linda Roberson | **Date:** |
| **Title:** | ELEPHANT CARE SPECIALIST | NOV-09-2004 |

USDA

United States Department of Agriculture
Animal and Plant Health Inspection Service

INSPECTION REPORT

JWOOD
2564 cust_id
187257 insp_id
6715 site_id

keeping for the elephants. There are not enough adequately trained employees to maintain the professionally accepted level of husbandry for this number of elephants.

Animal inventory:
Elephants: Billy, Sue, Frieda, Nickolaus, Ronnie (Rani), Joy, Gypsy, Liz, Debbie, Queenie, Minnie, Lottie, Misty and Lota.
Tigers 38

**Prepared By:** ______________________
KENNETH KIRSTEIN, D V M , USDA, APHIS, Animal Care

**Date:**

**Title:** VETERINARY MEDICAL OFFICER , Inspector ID: 1028

NOV-09-2004

**Received By:** ______________________
Linda Roberson

**Date:**

**Title:** ELEPHANT CARE SPECIALIST

NOV-09-2004



United States Department of Agriculture
Animal and Plant Health Inspection Service



```
JHOOD
2564    cust_id
187224  insp_id
6715    site_id
```

**THE HAWTHORN CORPORATION**

**Customer ID:** 2564
**Certificate:** 33-C-0053

23675 W. CHARDON ROAD
GRAYS LAKE, IL  60030 9584

**Site:** 001
HAWTHORN CORPORATION, THE

**Inspection Type:** ROUTINE INSPECTION
**Date:** JUN-24-2004

2.40  ( b )            REPEAT NCI
ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).
(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:
(1) The availability of appropriate facilities, personnel, equipment, and services to comply with the provisions of this subchapter;
(2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care...

***Tuberculosis treatment for Misty and Lota was stopped on March 4, 2004. The decision to stop treatment was not discussed with the USDA, Animal Care and violates the previously approved treatment protocol. When asked why treatment was stopped, both the facility record-keeper and the elephant superintendent stated they did not know the reason. The co-attending veterinarian wrote in the April 10, 2004 medical records for Misty and Lota, "Since we were still unable to achieve what we thought would be considered "adequate" blood levels of all three medications, and with the development of a legal settlement between The Hawthorn Corporation and the USDA, we discontinued treatment of Misty (and Lota) on 4 Mar 04".

The co-attending veterinarian's (USDA approved) Treatment/Handling Plan dated 19 August 03, for Misty and Lota, has not been followed. Medical records from February 16, 2004 indicate that Lota experienced signs of cramps and did not drink or eat that day and that the co-attending veterinarian attributed the signs to the tuberculosis medications. According to the plan, elephants showing signs of adverse effects from the medication would be reported to the USDA; this was not done. Also, the plan specifically states that the elephants (Misty and Lota) will be periodically weighed during and after treatment; the elephants have not been weighed since February 2004.

***Foot care. Billy, Sue and Friedas' front and/or back feet and Queenie's back feet require foot care. All have cuticles and/or nails that require trimming. A regular foot maintenance schedule needs to be implemented, followed and documented, per the consulting co-attending veterinarian's instructions (as cited in the June 1, 2002 Animal Care inspection report). The exhibitor is responsible for ensuring that a routine program of foot care is established and followed.

**Prepared By:**
KENNETH KIRSTEIN, D V M , USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER , Inspector ID: 1028
**Date:** JUN-24-2004

**Received By:**
MR GARY THOMAS
**Title:** FACILITY MANAGER/SUPERINTENDENT OF ELEPHANTS
**Date:** JUN-29-2004



United States Department of Agriculture
Animal and Plant Health Inspection Service



JWOOD
2564 cust_id
187224 insp_id
6715 site_id

**3.132**
**EMPLOYEES.**

A sufficient number of adequately trained employees shall be utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care.

***Currently, there are only two full-time employees, the elephant superintendent and a groom performing hands-on, day-to-day husbandry for the 15 elephants. Another employee assists with the record-keeping for the elephants. There are not enough adequately trained employees to maintain the professionally accepted level of husbandry for this number of elephants.

Correct by: July 15, 2004

This inspection was conducted with Mr. G. Thomas (elephant superintendent), Ms. L. Roberson (a Hawthorn Corporation employee), Ms. S. Lacey (tiger trainer), Ms. P. White (tiger trainer), Mr. J. Nerger (tiger trainer), Mr. W. Burke (tiger trainer), Ms. M. Palacio (tiger trainer), Dr. Denise Sofranko (AC, Field Specialist - Elephant), Dr. Ken Kirstein (AC, VMO), Mr. Harry Dawson (IES) and Dr. Susan Kingston (AC, VMO).

NOTE: The day of inspection, it was cool and rainy, and all the elephants were located inside the barns. There is no evidence that construction of any type of shade structure has been started.

Elephants present at the time of inspection included: Billy, Sue, Frieda, Nickolaus, Ronnie (Rani), Joy, Gypsy, Liz, Debbie, Tess, Queenie, Minnie, Lottie, Misty and Lota.

Other animal inventory: 67 tigers, 1 lion.

Prepared By:
KENNETH KIRSTEIN, D V M , USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER , Inspector ID: 1028
Date: JUN-24-2004

Received By:
MR GARY THOMAS
Title: FACILITY MANAGER/SUPERINTENDENT OF ELEPHANTS
Date: JUN-29-2004



United States Department of Agriculture
Animal and Plant Health Inspection Service



JWOOD
2564 cust_id
169278 insp_id
6716 site_id

**THE HAWTHORN CORPORATION**

23675 W. CHARDON ROAD
GRAYS LAKE, IL  60030 9584

Customer ID: 2564
Certificate: 33-C-0053

Site: TRA
    HAWTHORN CIRCUS

Inspection
Type: ROUTINE INSPECTION
Date: MAR-02-2004

**2.40 ( b )( 2 )**
**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**
(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:
    (2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care;
(Also refer to Policy  25 - PROPER DIETS FOR LARGE FELIDS) .
- There is no document showing that the attending veterinarian has reviewed the all meat diet being fed to the tigers and has approved it with the current supplements.
- Large felids on all meat diets are at risk for developing metabolic bone disease and need particular supplementation to insure their health.
- Have the attending veterinarian review the diet and supplements and give written approval if he deems the current program sufficient. A copy of this approval needs to be carried on the road when the cats are in travel status.    ANIMALS AFFECTED - 8   CORRECT BY - 2 APRIL 2004

THIS INSPECTION CONDUCTED AT THE COLUMBIA COUNTY FAIRGROUNDS IN LAKE CITY, FL.

INVENTORY - 8 - TIGERS

Prepared By:  TOM CALLAHAN, D V M , USDA, APHIS, Animal Care          Date: MAR-02-2004
Title: VETERINARY MEDICAL OFFICER , Inspector ID: 1039

Received By:  PAT WHITE                                                Date: MAR-02-2004
Title: TRAINER

Page 1 of 1