UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBRA LYNN LEAHY and PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,** ) ) ) ) **Plaintiffs,** ) ) v. ) ) **UNITED STATES DEPARTMENT OF AGRICULTURE, and W. RON DEHAVEN, in his official capacity as Administrator, Animal Plant and Health Inspection Service,** ) ) ) ) ) ) **Defendants,** ) ) and ) ) **JOHN F. CUNEO, JR. and THE HAWTHORN CORPORATION** ) ) ) **Defendants-Intervenors** ) ) | Civil Action No. 05-1135 (plf) Hon. Paul L. Friedman |

### ORDER

This case is before the Court on Plaintiffs' Motion for a Temporary Restraining Order/Preliminary Injunction. The Court having considered the parties respective submissions in support of and opposition to Plaintiffs' motion. It is hereby ordered that Plaintiffs' Motion is hereby denied. So ordered this __ day of June 2005.

_____
**Honorable Paul L. Friedman**

**Copies to:**

ISAAC R. CAMPBELL
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-8476
Facsimile: (202) 616-8460

| | |
|---|---|
| Tanya M. Sanerib | Derek L. Schaffer |
| Katherine A. Meyer | Vincent J. Colatriano |
| MEYER & GLITZENSTEIN | Michael Weitzner |
| 1601 Connecticut Avenue, N.W. | Cooper & Kirk, PLLC |
| Suite 700 | 1500 K Street, N.W. |
| Washington, D.C. 20009-1056 | Suite 200 |
| tel: (202) 588-5206 | Washington, D.C. 20005 |
| fax: (202) 588-5049 | tel: (202) 220-9600 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants-Intervenors* |