EXPIRATION DATE: 10/31/97



United States
Department of
Agriculture

Animal and Plant
Health Inspection
Service

Regulatory Enforcement
and Animal Care

Animal Care

This is to certify that  *Hawthorn Corporation, The*

is a licensed  *CLASS "C" EXHIBITOR*
under the

# Animal Welfare Act
(7 U.S.C. 2131 et seq.)

License No.  33-C-0053

Date Issued  10/31/96

_____
Federal Veterinarian In Charge

_____
Deputy Administrator

APHIS FORM 7007    Replaces VS Form 18-7 (9/83) which may be used
(JAN 90)