May 7, 2003

The Honorable Ann M. Veneman
Secretary of Agriculture
U.S. Department of Agriculture
1400 Independence Ave. S.W., Rm. 200-A
Washington, DC 20250

2 pages via facsimile: 202-720-6314

Dear Secretary Veneman:

On April 9, 2003, USDA-APHIS filed charges against John Cuneo's Hawthorn Corporation for a lengthy list of alleged Animal Welfare Act violations that include using physical abuse to train, handle, and work an elephant, causing physical harm and discomfort, failing to provide veterinary care to an emaciated elephant, an elephant's suffering with severe chemical burns and a bacterial infection, several elephants with potentially deadly foot problems, and unsafe public contact. We commend the USDA for taking this action. PETA has been inundated with complaints about Hawthorn's elephants for years, and we remain deeply concerned about their well-being. Yet another elephant died last fall, and recent inspection reports indicate that others are in poor condition and not receiving adequate veterinary care.

Hawthorn has already accumulated $72,500 in USDA penalties and has twice had its license suspended. Clearly, these prior punitive actions have not worked to bring Hawthorn into compliance with the minimal standards of care established in the Animal Welfare Act. We urge the agency to pursue aggressive prosecution of this case and not simply to enter into a settlement agreement in which Hawthorn admits to no wrongdoing, pays a fine, and maintains the *status quo*. Given Hawthorn's chronic and flagrant disregard for humane laws, we believe that the animals are in a state of "unrelieved suffering," justifying the USDA to take steps to permanently revoke Hawthorn's exhibitor license and immediately confiscate its elephants and big cats.

The tragedy-plagued Hawthorn has a long history of serious federal Animal Welfare Act violations. Hawthorn's elephants have rampaged numerous times, causing death, injury, and property damage, including the gunning down of Tyke by police in 1994 after she killed her trainer and ran amok in downtown Honolulu. Several of Hawthorn's elephants have died from a human strain of tuberculosis, and a number of its animal handlers have tested positive for this highly contagious bacterial lung disease. In January 1997, Hawthorn's herd of 18 elephants was quarantined during tuberculosis

treatment. And one of its elephant handlers was convicted of cruelty to animals last October for beating an elephant bloody in Norfolk, Va.

We hope that this most recent action by the USDA will finally conclude Hawthorn's long and disturbing history of elephant abuse and that its animals will never again be beaten or neglected. Thank you for your time. I look forward to your response.

Sincerely,

*Debbie Leahy*

Debbie Leahy, Director
Captive Exotic Animals Department