# SPRING 2005
# Trunklines

### The Elephant Sanctuary in Tennessee
*501 (C) (3) Nonprofit Organization*

**Lota & Misty's Special Edition**




## LOTA's SAGA

Many of you may remember back in 1998 when the first negotiations were underway with Hawthorn Corporation to retire Lota to The Elephant Sanctuary. At that time the Sanctuary was not directly involved in the effort. Milwaukee County Executive Thomas Ament had teamed up with the People for the Ethical Treatment of Animals in an attempt to reach an agreement with Hawthorn Corporation to have Lota released to The Elephant Sanctuary. The process was painstakingly slow with devastating results. Over several months of negotiations, the terms were ironed out, including a substantial fee for Lota's release. Hawthorn had finally agreed to sell Lota back to Milwaukee County, which in turn planned to donate her to The Elephant Sanctuary. But when it came time for the paperwork to be signed, Hawthorn Corporation reneged on the agreement. They claimed that an untimely travel restriction imposed by the USDA on a Hawthorn elephant that had rampaged through a building months before had resulted in Hawthorn's need to use Lota to fulfill a circus contract.

Reportedly, Lota was the alternate for a five-elephant circus act. Lota was the stand-in and was being called to duty. As the saying goes, the show must go on. As a result, Lota was not given sanctuary; instead she was sent back out on the road with the circus. By this time Lota had already tested positive for TB once and would test positive again in the months to come. We now know that this was a crucial time for Lota, the time when she would have had to start receiving specific medical treatment in order to recover permanently from her disease. Instead of receiving that treatment, Lota was packed into a trailer along with four other elephants and trucked around the countryside to perform with the notorious Walker Brothers Circus.

Ironically, in October 1998, the Walker Brothers circus came within miles of The Elephant Sanctuary, setting up their big-top tent in the city park. There is a strong possibility that the Sanctuary resident elephants could hear the rumblings from Liz, Delhi, and Maude as they entertained the people of Hohenwald. As the children piled onto Liz's back for the ride of their lives, the other elephants begged for treats from the visitors, potentially spreading the disease that they had been exposed to for over a decade in the Hawthorn Corporation barn.

Being aware of the potential health hazard posed to the community, Sanctuary officials alerted the state departments of Health and Agriculture. The concerns fell on deaf ears. The circus rolled up its tent and left the state, forgotten for another year. How ironic that several years later, when Lota was finally freed from Hawthorn

...continued on page 4

## Lota's Saga...(continued from page 1)

Corporation by a lawsuit filed by the USDA, the state of Tennessee would threaten to deny Lota entry.

### Hawthorn Corporation Agrees to Give Up Lota and Misty to The Elephant Sanctuary

As part of a consent decree resulting from a lawsuit brought by the USDA, Hawthorn Corporation agreed to donate Lota and Misty to The Elephant Sanctuary. Though everyone assumed Lota's decade-long march toward freedom was nearing its end, the saga was ongoing, and the effort to move Lota and Misty became even more troublesome. Once the Tennessee Wildlife Resources Agency issued the import permit allowing Lota and Misty to enter the state, the State Department of Agriculture voiced their concern. Apparently there was some confusion about the elephant's health status which had caused the Department of Agriculture concern for the welfare of wildlife and cattle within the state.

Sanctuary officials responded, going so far as to hire legal council to help address the state's concerns. After failing to rescue Lota nearly a decade earlier, the Sanctuary was not willing to fail her again. No one knew just how much time she had left. Finally, after months of delays, the Tennessee Department of Agriculture issued a report complete with an addendum generated by the Sanctuary. The Tennessee Wildlife Resources Agency reviewed the report and found no grounds on which to prohibit Lota and Misty's entry. In cooperation with the Sanctuary and the State Health and Agriculture Departments, the TWRA developed a comprehensive protocol which addressed public safety, keeper safety, environmental safety, and elephant welfare. The Elephant Sanctuary agreed to implement the new protocol at the designated quarantine facility, and Lota and Misty were finally free to move to the Sanctuary.

While awaiting the delivery of Lota and Misty, we learned of more bad news: Tess had passed away. Tess was one of the original six elephants slated by the USDA to move to the Sanctuary. Our rescue efforts had not come soon enough for Tess. With the threat of further delays, the decision was made to send the Sanctuary's trailer to pick up Lota and Misty. On November 16, Scott Blais arrived at the Hawthorn Corporation to find Lota and Misty chained in a metal building several hundred feet from the main elephant barn. They reportedly had been isolated from the rest of the herd for over a year, enabling the other elephants, the ones that had never tested positive for TB, to go through their required quarantine period.


*Lota in the Hawthorn Corporation Barn*


*Lota naps while Misty stays close*


*Misty and Lota*

Scott found himself in the awkward position of having to move two unfamiliar elephants into the trailer. His expert skills proved valuable since Lota and Misty's longtime keeper was no longer caring for the elephants and was not available to load them. Misty loaded first with little resistance; the only aggression she displayed was when she struck her longtime owner John Cuneo across the chest. Lota was second to load. She was a little worked up by the time it was her turn. Initially she moved in the opposite direction of the trailer, but within minutes cooperatively entered the trailer.

The road trip was short and uneventful. Due to their quarantine status, there was no fanfare or media frenzy upon their arrival. Misty and Lota quietly and calmly exited the trailer and entered their new barn, embarking

on their new life. Misty was the first to leave the trailer. She entered the barn, walked through both stalls and right outside into the yard. She was excited and never once showed any signs of concern or aggression. Lota quickly followed; tall, thin and subdued, she gracefully flowed down the ramp from the trailer into the barn. She too investigated the stalls and the open door leading to the yard, but what really seemed to grab her attention was the automatic waterers. She returned to the waterers multiple times, not to drink but to reach into the water as if to assure herself that indeed there was water there, apparently permanently. Without delay both Misty and Lota wandered out into the yard, and in a flash of a moment, it seemed they had been there for years. The two good friends explored their new surroundings together, side by side, not fearful but curious. They sampled the hay and produce treats left for them, establishing immediately their favorite foods; for Lota it was the staples—carrots, potatoes, cabbage; for Misty, it was everything!

The hours and days passed peacefully. These two elephants were a blessing beyond compare. They were dear friends to each other, sharing food and adventures. Misty would sleep while Lota propped her skinny behind on Misty's ample tummy. Misty would fall into a deep sleep during the days and nights with Lota right there, standing over her. Even though it was the middle of November, the pasture was lush, and Lota and Misty grazed continually. As Lota grazed contently, Misty would take an occasional break to burst into unabandoned play. She raced around the yard, up and down the hill, wallowed in the mud, inviting all who dared to join her. Lota would stand her ground sometimes as Misty raced around her, inviting her to play; but more often she would slip off to another area of the yard, giving Misty ample space to expel some of her boundless energy. Once Misty was all played out, the two would once again gravitate to each other and melt into the calm, comfortable routine that was their new life.

Misty slept regularly, day and night; but for days Lota did not lie down. In an effort to help Lota feel comfortable enough to lie down and rest, she was given the appropriate homeopathic remedy to address her fears. It was no surprise that within days Lota began to lie down. With her fears conquered, napping became part of Lota's daily ritual. Caregivers were relieved to see that Lota was finally able to rest. Misty never wandered far when Lota was sleeping and on occasion slept right alongside her.

A goal of the staff was to establish a level of trust with both Lota and Misty so that blood and trunk wash samples could be collected. Misty's response was immediate and favorable, but Lota was reluctant to allow her trunk to be manipulated or blood to be drawn. Both elephants were conditioned to the restraint chute. Lota and Misty took turns eating in the chute, demonstrating that they were comfortable. Eventually caregivers would be able to do medical procedures in the chute ensuring the safety of both the caregivers and the elephants. As it turned out, Misty participated in all of the procedures inside and outside of the chute, appearing comfortable and trustworthy with either arrangement.

As the days passed, the girls soaked up the sun and attention. Lota began to put on weight, and her spirits improved. There was now a sparkle in her eye that was not there when she arrived. She even began to solicit attention from her caregivers and engaged in activities designed to allow them to interact with her. The mild winter weather made spending extended periods of time in the yard each day possible. Lota had her favorite napping spot, and even tractor traffic did not disturb her.

When January 25 dawned, it appeared to be like any other day. Lota settled in for her nap with Misty by her side, but caregivers noticed that Lota's placement on the hillside might make getting up a little difficult. Staff were alerted and ready. When Lota awoke and struggled to get up, caregivers were there to assist her. After repositioning herself, Lota was able to rise on the second try. Caregivers gave her a firm boost, something they had learned while caring for Barbara. Sometimes a weak elephant needs a little help from her friends to get into the position to get up. When Lota got to her feet, her caregivers noticed that she was a little short of breath; her breathing was labored. Caregivers stood close, as did Misty, and watched as Lota recovered from the exertion. What no one could have known at the time was that this single incident would mark the beginning of Lota's deteriorating health, which would lead to her death a short two weeks later.

Dr. Scott examined Lota, listened to her heart and her breathing. Her breathing caused him concern. He explained that no air movement could be heard in the lower lobe of her lungs and that only in the uppermost portion of her lungs could he detect any air exchange. But even that area of her lungs caused him concern because she sounded congested. Medications were prescribed to help open up the airways. Treatments were discussed in the event that Lota showed signs of discomfort or pain. Oxygen was ordered, and a plan was formulated to help Lota stay comfortable. Lota went from eating continually (at times even forcefully preventing

## Lota's Saga...(continued from page 5)

Misty from stealing even the tiniest morsel), to not having much of an appetite at all. It was obvious that Lota was nearing the end. With her advanced case of TB, the damage done to her lungs was irreversible. Even if the disease could have been eradicated, the scar tissue in her lungs would remain. That scar tissue was the cause of her labored breathing. The condition was so extensive that it reduced the volume of air Lota's lungs could hold.

### Lota's Last Days

Up to the day before her passing, Lota continued to go into the yard to hang out by her favorite tree and gather hay and grass in the yard; however, she did not lie down. She grew weaker and weaker. On the day before she died, Lota stayed close to the barn. She was outside, but it was obvious she did not want to venture far; neither did her faithful friend Misty. Attentive as ever, Misty was satisfied simply to stand with Lota as they soaked up the sun.


*Lota leans on sleeping Misty*

*Lota receiving oxygen*

Lota's treatment included hourly doses of oxygen. She cooperatively accepted the treatment by reaching inside the container and resting her trunk while breathing. After a few minutes of treatment, she would perk up, getting kind of silly and playful. Staff was worried but tried not to burden Lota with their concern. Misty seemed concerned as well.

Keeper records noted that on the night before Lota's death the elephants in the main barn, which is adjacent to the quarantined barn, engaged in a group ritual that had never before been documented. All of the elephants were inside the barn with access outside if they desired. Without any obvious provocation Jenny and Shirley began to roar. Simultaneously all of the elephants lent their voices to the chorus which built in volume and vibration until it became deafening. From one end of the barn to the other, the walls shook, and the air quaked as the elephants' bellows increased to a deafening level. This display lasted for six full minutes. Just as the volume would begin to wane, it would suddenly build again, resembling a mass wailing display of grief.

The elephants physical behavior throughout was curious. They all remained fairly still, standing in place yet exploding with the most profoundly emotional verbal display imaginable. As abruptly as the display began, it ended with only residual sighs and guttural rumbles uttered as the entire herd returned to their routines of napping, eating, and interacting with one another.

At this time, after everyone settled down, Delhi quietly slipped out of the barn. Her caregiver watched through the surveillance camera, wondering if the intense display had frightened her. What followed was of much interest. Delhi left the barn and walked down the hill toward the pasture; but instead of walking in the direction she always does, she turned in the direction of the quarantine barn. Lota and Misty were inside their barn and did not have access to Delhi. By all accounts it was reasonable to assume that Lota and Misty were unaware of Delhi's presence, although she was only a few hundred feet away. Delhi was calm and unhurried. She stood facing the quarantine barn for nearly ten minutes. She then turned and slowly made her way back to the barn to join her family. Only the elephants will know if their emotional display was coincidental or their expression of recognition and farewell to Lota and if Delhi's timely visit was her final respects to a longtime companion and friend.

Over the next twenty-four hours, Lota seemed to turn everything over to her caregivers. She was trusting and accepted the pampering and treatments showered on her. Every effort was made to make her feel safe, loved, and comfortable. On the evening before her death, Dr. Scott's diagnosis was hard to accept. Lota had stopped eating several hours before and was content to stand with Misty by her side. She continued to breathe her oxygen and found solace leaning her trunk on her caregivers as they tended to her needs. Special attention was paid to Lota's comfort level, but at no time did she display fear or pain; instead she remained relaxed.

On Wednesday morning, February 9, at three o'clock, Lota received what would turn out to be her final oxygen treatment. She and Misty stood silently together, sharing each other's company. Although Lota looked tired and her breathing was slightly labored, she was peaceful.

With a gentle hug and soft words of endearment, their caregiver left the barn. Lota gently lowered her frail body to the floor one last time as Misty stood silently over her, just as she had done so many times over the past several weeks. When her caregivers returned, Misty did not speak or attempt to move from Lota's lifeless body. Her grief was heart wrenching and shared by all that had grown so close to both of them. Lota had passed away.

In an effort to alert the many thousands of people who for years had rallied around Lota's rescue, the following information was posted on the Sanctuary Web site.

**Lota's Diary Entry—February 9, 2005**

*For anyone reading this diary entry, please protect your heart as you read this very sad news.*

*Early this morning our beloved Lota passed away. At 3:00 a.m. Carol was with Lota giving her some medication and a ten-minute dose of oxygen. There was no obvious change in Lota's condition to indicate that she would die shortly. In our culture death is equated with pain, but with Lota that was simply not the case.*

*After her treatments Lota leaned her magnificent head against the front of the corral as Misty nestled in beside her. They both appeared comfortable, and Lota started to drift off to sleep, a standing sleep that we call a catnap. A short time after Carol left, Lota lay down for the final time. Misty stood silently over her dear friend, where she remained until staff came to move Lota to her gravesite.*

*No amount of preparation can make such a loss bearable. Misty and all of the staff are struggling with the need to be happy for Lota; she is finally free. After years of suffering from TB, Lota deserves peace. We had all hoped that peace would come in the form of recovery and a long life at the Sanctuary. Sadly, her condition was too advanced to allow that dream to come true.*

*Under the constant watch of her caregivers, Lota never showed signs of stress beyond her labored breathing. She accepted the oxygen without resistance and draped her trunk against her caregivers in a gentle caress as the oral medications were given. She left this life with the same grace and dignity that she lived it. There is no doubt that Lota has had a profound impact on thousands of people by bringing an awareness to the plight of captive elephants that only she could.*

*Lota has earned a special place in the next world and unquestionably in the history books of mankind.*

**Misty's Recovery**

Misty was deeply shaken by the loss of her dear friend and only elephant companion. No matter what anyone says, humans can never begin to take the place of an elephant companion. We can pamper, show compassion, provide security and love; but there are limits to the degree to which we can provide for an elephant's emotional needs. Misty is in quarantine; Lota's death has virtually left her alone. She has found solace in the company of her caregivers, but they are not a suitable replacement. Every effort is being made not only to help Misty through her grieving process but also to find a solution to her isolation. ❧

# A Testament to the Elephant's Intelligence and Compassion

From the unbelievable chaos of the Tsunami disaster comes an incredible tale from Jim France of the Pavilion Hotel Group in Bangkok.

At a resort on Phuket, one of the most popular attractions is (was) elephant rides. As many as eight people on one elephant, first into the surrounding forest, then down to the beach, to lunch at a freshwater lagoon, then back to the hotel. The nine elephants were kept chained to in-ground posts, not because they needed to be, but because it made the mothers feel better because their children seemed safe from a tromping when feeding the beasts.

About twenty minutes before the first wave hit, the elephants became extremely agitated and unruly. Four had just returned from a trip, and their handlers had not yet chained them. They helped the other five tear free from their chains. They all then climbed a hill and started bellowing. Many people followed them up the hill. Then the waves hit.

After the waves subsided, the elephants charged down from the hill and started picking up children with their trunks and running them back up the hill. When all the children were taken care of, they started helping the adults.

They rescued forty-two people. Then they returned to the beach and carried up four dead bodies, one of a child. Not until the task was done would they allow their handlers to mount them. Then with handlers atop, they began moving wreckage. ❧

7