**BILLY:**
Billy was imported by us from Massachusetts in the 1960's. Her first year she worked at South Hadley and then for one year after we purchased her, she worked on Circus Vargas with another elephant belonging to William Woodcock. From that time until November, 1994, she worked in a group with Bombay, Delhi, Tess, and Joyce. In 1994 she was taken out of the group as she was too dangerous and was placed in the breeding barn with Tunga and whatever elephants were there.

**DELHI:**
Delhi was imported by George Hamid immediately after the war. She worked for many years on the Hamid-Morton Circus. When I purchased the group of elephants, she remained with them and was with them until she was taken out of the act in 1994 and replaced with Hattie.

**GYPSY:**
Gypsy was donated to us in February, 1995, by Circus Vargas. She worked with Gary Thomas' elephants from that time which are: Misty, Ronnie, Jackie and Joy.

**JACKIE:**
Jackie is an African elephant. She was raised at Benson's in Nashua, New Hampshire, and was purchased together with Queen and Liz from Benson's when it closed. For the first two years she worked with Tyke, Hattie and Queen. After that she worked in a group of five African elephants with Allen Campbell and in 1995 went with Gary Thomas.

**JOY:**
Joy was purchased by us in February, 1995, worked in Gary Thomas' act with the same group.

**LIZ:**
Liz was purchased by us at Benson's dispersal in November, 1987. She has never worked with any of the groups but has been annually leased to do elephant rides; first to Mr. Pankow, then Frank Thompson, and then John Walker.

**LOTTIE & MINNIE:**
Lottie and Minnie were purchased by us in February, 1995, and went in the group with Queen, Joyce and Hattie in 1995 and until August of 1996. Previous to that time they were owned by Circus Vargas.

**MAUDE:**
Maude came into the U.S. before World War II. She was owned by Al G. Barnes Circus, Clyde Beatty Circus, and was purchased by us from Richard Garden of Sarasota, Florida. She worked in Gary Thomas' act prior to being retired.

**MISTY:**
Misty belonged to Ralph Helfner's Gentle Jungle in California. We purchased her from him in 1983. She has gone in the act with Gary Thomas ever since that time.

**RONNIE:**
Ronnie was purchased by us from Hunts (IAE) in Detroit in 1975 and has worked with the group that Gary Thomas worked ever since that time.

**QUEENIE:**
Queenie was purchased from Benson's where she was raised from a baby elephant. She toured until 1995 with Hattie, Jackie and Tyke. In 1995 she was moved to the group with Tess, Hattie, Minnie, Lottie and Joyce.

**TESS:**
Tess was imported by Busch's Grant Farms in St. Louis and later moved to Busch Garden in Tampa and sold by Busch Garden to D.R. Miller in Hugo. She was purchased by us in 1974 and has worked until 1995 with Delhi, Bombay, Joyce and Billy. In 1995 she was moved over to work with Nickolaus, the baby elephant.

**LOTA:**
Lota was a gift to us from the Milwaukee Zoo. She was at our quarters for several years in training and then was leased by John Walker where she has been until recently.

**SUE:**
Sue was purchased from Circus Vargas in 1995. She performed for Circus Vargas; she never performed for us. She is considered a very tough elephant and has been kept in the breeding barn since we acquired her.

**NICKOLAUS:**
Nickolaus, born 12/15/93, has been at our place since his birth and toured with Tess in 1995/96.

DEBBIE and FREIDA do not belong to us. They are on a breeding loan from Clyde Beatty Circus. We know nothing about their history. They have been in the breeding barn and have never worked with any of the animals.