







Friday, November 02, 2(

Local | National | World | Business | Digi

## Local News

8:27 PM 11/01/0

### Stampeding Circus Elephant: Repeat Offender

Charlotte, N.C. -- One of two, seven-ton elephants that trampled through a Charlotte church has been in trouble before.

The elephants escaped from the Vasquez Circus on Sugar Creek Road last Saturday, but a private company out of Illinois owns them.

One of the elephants has been involved in several incidents. In one incident, 12 people were hurt. The company that owns them is currently being investigated by the U.S. Department of Agriculture.



The elephant's owner calls her one of the gentlest elephants he's ever seen. However, Debbie has not once, but three times broken free of her trainers. The latest incident just five days ago in north Charlotte, when she and another pachyderm named Judy smashed through the front windows of the Word of Life Church.

"I just peaked around the corner to see what all that was and there was Debbie coming straight at me," said Anthony King, Pastor.



According to animal rights activists, she has a record. In May of 1995, she was one of two elephants that destroyed cars and damaged a Sears Auto Center in Pennsylvania. Two months later, she went on a rampage in New York triggering a panic that left a dozen people injured.

Deborah Leahy is a research and investigations specialist with PETA. She says Debbie should never have been put out on the road again.

"She's a dangerous animal. Not only is the exhibitor but the federal government at fault for even allowing this elephant to be out on public display," she said.

Debbie is one of 15 elephants owned by a company called Hawthorn Corporation out of Illinois. The same company that owned an elephant that killed its trainer and wildly stormed the streets of Hawaii in 1994 before being destroyed.

To date, Hawthorn Corporation has been the subject of an investigation nine times and

what's going on arou

Coming Up On
6NEWS
News
Weather
Sports
Message Boards
Business
6News Extra
Traffic
Health
Programming
Behind the Scenes
Search NBC6
Your Pictures
Links in the News
Viewer Information
Choose the News

Carolina Traveler
Join Carolina Traveler Mike Redding for an unforgettable adventure.
• **Watch the Special**
• **Maps and Directions**

Carolina Autumn
Carving pumpkins, falling leaves and hayrides are all a part of autumn.
• **Click Here for Fall Fun**
• **Halloween Slideshow**
• **SouthPark**



Police Response
How long does it take police to respond to a 911 call in your neighborhood? Check out this interactive map for the answer.
• Click Here

Your Homepage
Make nbc6.com your homepage.
• Click Here



yourNBC6.com
• Bill of Rights
• Privacy Policy
• Customize Now
• Login
• E-News Notifier
• Go Wireless
• My-Cast
• MyTraffic
• MyWeather
• MyFinance
• Your Home

they have been fined more than $72,000.

Two of those cases resulted in charges that were settled out of court. Another two cases remain open, while in the other five no violation was found or there was insufficient evidence.


*Reporter: Natalie Dick*
*Photo Journalist: Scott McClendon*
*Online Producer: Amanda Granger*

Related Story
• **Stampeding Elephants Captured on Videotape at Local Church**