10/19/02 Virginian-Pilot & Ledger Star (Norfolk Va.) B3
2002 WL 25320266

The Virginian-Pilot and The Ledger-Star, Norfolk, VA
Copyright 2002

Saturday, October 19, 2002

LOCAL

**CIRCUS** TRAINER CONVICTED, FINED FOR CRUELTY TO ELEPHANT
MATTHEW ROY THE VIRGINIAN-PILOT

An elephant handler with **Sterling &** Reid **Circus** was convicted
Friday night of three misdemeanor counts of animal cruelty for
striking an elephant with a tool before a performance at Scope.

A judge fined 31-year-old David A. **Creech** of Glendale, Ariz.,
$200 on each count after a 5 1/2-hour trial in General District
Court. **Creech's** lawyer, John Zwerling, immediately inquired about
the deadline for filing an appeal.

The city withdrew a related obstruction-of-justice charge against
**Creech's** boss, James Zajicek, 40, of Sarasota, Fla.

Judge Norman A. Thomas credited testimony of Scope employees who
said they saw **Creech** strike the elephant with an ankus, a long tool
with a hook and a point. It happened before the Aug. 23 performance
while the 23-year-old elephant, Joy, was in the ring, witnesses
said.

Thomas acquitted **Creech** of a fourth count that alleged he struck
an elephant over the head with the ankus. The judge said that while
he believed a sole witness account, he had a reasonable doubt about
who committed that act.

Before the Aug. 23 performance, usher Jane Arneson testified,
she saw a handler jabbing the elephant hard in its leg with a tool.

"At first, I couldn't believe what I saw," she said.

Other witnesses also said they saw the handler make jabbing
motions with the ankus.

Norfolk Humane Officer D.M. Michielson said employees approached
her when she arrived for a routine inspection and told her what they
saw. She examined the animal and noted "three distinct wounds" on
its leg.

Veterinarian John Sangenario examined what he described as small wounds as well.

They appeared fresh, but were not dripping blood, he testified. Within a few days, he said, they would be hard to see.

**Creech** and Zajicek both testified, and denied any abuse. Both described spending long days devoted to the elephants' needs.

**Creech** said he loved the elephants.

"You don't hook them and make them bleed," he said.

"You don't get after them."

Zajicek said he would never tolerate abuse of the **circus** elephants.

Reach Matthew Roy at 446-2540 or mroy(AT)pilotonline.com

TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE

Caption: Drawings David A. **Creech** of Glendale, Ariz., was fined $200 on each of three misdemeanor animal cruelty counts. The city withdrew a related obstruction-of-justice charge against **Creech's** boss, James Zajicek of Sarasota, Fla.

---- INDEX REFERENCES ----

NAMED PERSON: **CREECH,** DAVID A; ZAJICEK, JAMES

NEWS SUBJECT: Local/Regional Section; English language content; Crime/Courts; Political/General News; Crime (LCR ENGL GCRIM GCAT CRM)

STORY ORIGIN: NORFOLK

REGION: United States; United States; United States - Virginia; North American Countries; Virginia; North America; Southern U.S. (US USA USVA NAMZ VA NME USS)

EDITION: FINAL

Word Count: 343
10/19/02 PILOT-STAR B3
END OF DOCUMENT

Copr. (C) West 2003 No Claim to Orig. U.S. Govt. Works

V I R G I N I A:
            IN THE GENERAL DISTRICT COURT,
                    CRIMINAL DIVISION,
                OF THE CITY OF NORFOLK

- - - - - - - - - - - - - - - - - - - - - - -x
CITY OF NORFOLK

vs.

JAMES G. ZAJICEK,
            Defendant.
- - - - - - - - - - - - - - - - - - - - - - -x
CITY OF NORFOLK

vs.

DAVID A. CREECH,
            Defendant.
- - - - - - - - - - - - - - - - - - - - - - -x


              TRANSCRIPT OF PROCEEDINGS


   BEFORE:  The Honorable Norman A. Thomas, Judge

              Courtroom No. 5

              October 18, 2002

                1:34 p.m.


_____

          CARLISLE COURT REPORTING SERVICES
            CERTIFIED SHORTHAND REPORTERS
               3528 CORNLAND ROAD
            CHESAPEAKE, VIRGINIA 23322
                (757) 421-2445

**ORIGINAL**

2

APPEARANCES:

                  MRS. CYNTHIA B. HALL,
                    Deputy City Attorney.

                  MR. JOHN ZWERLING,
                    Attorney appearing in behalf
                    of the Defendants.

                  MESSRS. SCIALDONE & TAYLOR
                    By Mr. Claude M. Scialdone,
                    Attorney appearing in behalf
                    of the Defendants.


REPORTED BY:

                  Teresa Carlisle, CSR.

CARLISLE COURT REPORTING SERVICES
(757) 421-2445

3

I N D E X

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| J. Arneson | 18 | 43 | 49 | |
| J. Bain | 51 | 72 | | |
| B. Johnson | 75 | 88 | | |
| C. Stevens | 93 | 102 | | |
| Humane Officer | | | | |
| D. M. Michielson | 106, 127 | 121, 131 | | |
| Dr. J. Sangenario | 144 | 152 | 159 | |
| D. Sofranko, D.V.M. | 164, 175 | 167, 188 | | |
| D. A. Creech | 202 | 224 | 259 | |
| J. G. Zajicek | 260 | 284 | 309 | 317 |

| EXHIBITS | DESCRIPTION | PAGE |
|---|---|---|
| C-1 | Diagram of the Scope Arena | 24 |
| C-2 | Photograph | 62 |
| C-3 | Photograph | 62 |
| C-4 | (A, B, C and D) Photographs | 125 |
| C-5 | Letter | 148 |
| D-1 | Report of Doris Hackworth, D.V.M. | 199 |
| D-2 | Letter | 201 |

CARLISLE COURT REPORTING SERVICES
(757)421-2445

4

INDEX (Cont'd.)

EXHIBITS  DESCRIPTION                          PAGE

  D-3      (I.D.) Photograph                 221

  D-3      (Rec'd) Photograph                222

CARLISLE COURT REPORTING SERVICES
(757)421-2445

115

1          the objection, but receive the information

2          only as to what is being reported to her

3          for purposes of describing her interest --

4                    MRS. HALL:  What she did --

5                    THE COURT:  -- her interest in what

6          Mr. Creech or Mr. Zajicek were doing.

7                    MRS. HALL:  Right.

8

9    BY MRS. HALL:

10          Q       Based on the information you

11   received from those folks you indicated that you

12   spoke to, what did you do then?

13          A       After that, I continued to watch

14   while the elephants were in the ring.  I wanted to

15   make sure that nothing else happened.  And, since

16   the handlers were there in the ring, I could not

17   do anything at that point.

18                  Shortly after they started to load

19   the tigers in and it appeared that the circus

20   itself was going to start, they started clearing

21   the floor of all the people.  They then started

22   moving the elephants out of the ring.

23                  As it is my job to inspect the

24   circus and make sure all of the animal acts are

25   being safely conducted, I had to stay there and

116

1  watch the tigers while they were there as the
2  elephants were being led off.  So, at that time, I
3  lost sight of the elephants for just a few minutes
4  that the tiger act was on.  I don't believe it was
5  much more than 10 minutes or so.
6             As they loaded the tigers off and
7  down into the hallway, I called for a police unit
8  to go down and assist me.  And I proceeded down
9  into the Zamboni exit, what they call the Zamboni
10 exit, down to go underneath the Scope, where they
11 were housing the animals.
12             The tigers were still in their cages
13 in the hallway.  I stopped to check on something
14 that I had noticed on the tigers, and I could see
15 the elephants off to my left-hand side.
16             At that time, I did not see
17 Mr. Creech there.  I did see Mr. Zajicek there.
18 And, after I made sure that the tigers were okay,
19 I proceeded over to there.
20             I told Mr. Zajicek I needed to speak
21 to him.  I told him that I had had a complaint
22 that there was unnecessary roughness.
23             I advised him that I had been told
24 that it was to the -- behind the left shoulder
25 area or the left elbow area of Joy, the elephant

CARLISLE COURT REPORTING SERVICES
(757)421-2445

117

1   with one tusk, and that that was the only elephant

2   I needed to see, and I needed to see right in that

3   area.

4               Mr. Zajicek proceeded to allow me to

5   do that.  He took me in there.  I took my

6   flashlight.  I was able to go in between the

7   elephants.  He showed me the elephant itself.

8               And I was able to make out three

9   distinct wounds in that area in between --

10  somewhere in this area in here, between the upper

11  elbow and up into the shoulder blade.

12              In that area, there were three

13  appeared to be puncture wounds that were open and

14  appeared bloody and raw, appeared very fresh.

15              In my experience, -- I have had to

16  deal with wounds before -- these appeared to be

17  fresh wounds.  They weren't extremely large, but

18  they were definitely puncture wounds and bleeding.

19        Q       I would like to show you City's

20  Exhibits Number 2 and 3.

21              These are areas identified by

22  earlier witnesses as areas where they saw

23  Mr. Creech --

24

25              MR. ZWERLING:  Excuse me.

                CARLISLE COURT REPORTING SERVICES
                        (757)421-2445