# THE HAWTHORN CORPORATION

ILLINOIS QUARTERS
9819 N. Solon Road
Richmond, IL 60071

FLORIDA QUARTERS
4645 Ainsley Pl.
Sarasota, FL 34234

  

ALL CORRESPONDENCE TO:
23675 W. Chardon Road
Grayslake, IL 60030-9584
USA

TEL (847) 546-0717
FAX (847) 546-3454

April 17 2005

Faxed to: 630-393-2941

Ms Debbie Leahy
PETA
501 Front St
Norfolk, VA 23510
TEL. 757-622-7382

Dear Ms Leahy:

When I spoke to you you seemed quite reasonable. I have been Ill this winter some virus I contracted in Germany or I would have contacted you sooner,

I will returning to Illinois this week. After the 25th please contact me at my Illinois office 847-546-0717 so you can come and inspect my elephants and hopefully learn how untrue the things you have heard are.

I am 74 yrs old and If anything happened to me I would not want my wife to have the problems with the elephants. That is why I am willing to give them away.

I am trying to donate them to good places with people that I think know elephants and that have familly who will be there for many years as some of the elephants are young.

Unfortunatley I am being blocked by a woman who I believe is one of your members who calls them with all kinds of stories.

As for Carol Buckly who I know you support. She has told us she can not take the elephants. And does not have the funds even though she says on the internet she has 2.8 million and is asking for more. I know her she is a nice lady. She used to visit us (to learn about Elephants) when she was in Racine BUT I will not pay her to take my Elephants.

Let me hear from you. You might find it interesting to visit.

Sincerely,

John F. Cuneo

TOTAL P.01