**Meyer Glitzenstein & Crystal**
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009-1056

Katherine A. Meyer  Telephone (202) 588-5206
Eric R. Glitzenstein  Fax (202) 588-5049
Howard M. Crystal  meyerglitz@meyerglitz.com
Kimberly D. Ockene
Tanya M. Sanerib

June 10, 2005

Issac Campbell
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
issac.campbell@usdoj.gov

                Re:     <u>Leahy v. USDA</u>, Civ. No. 05-1135 (PLF)

Dear Mr. Campbell:

     I am writing to you to inquire again when we will obtain the correspondence, records, etc. between USDA, the Hawthorn Corporation /Mr. Cuneo, and Carson & Barnes regarding the four elephants at issue in the above captioned matter. As I stated on the phone on Wednesday, to Mr. Blumberg and Mr. Gillman, I would like to obtain these documents as soon as possible, and I have repeated this request to you in several voice mail messages.

     Plaintiffs are committed to working with you to obtain these documents as soon as possible, therefore, I am willing to accept these documents via electronic mail, fax, or if need be, I am willing to pick them up from your office over the weekend (please call my cell phone to arrange for such a meeting: (202) 203.8327), or send a courier to your office Monday morning. I can be reached at (202) 588.5206 x32 or by cell phone, and look forward to hearing from you.

                                                   Sincerely,

                                                   Tanya Sanerib

