Frankfort, IN
Times
Indianapolis Met Area

Monday
AUG 18, 2003

D 6,798

N2504

PRESS CLIPPINGS

# Treatment of circus animals in dispute

## Activists critical of the way circus handles its animals

**FRONT PAGE**

By JANIS THORNTON
*Staff writer*

Not only are circus elephants working for peanuts these days, but many people say the animals are getting the raw end of the stick.

Animal rights advocates from People for the Ethical Treatment of Animals and the Humane Society of America say bull hooks and electric cattle prods customarily are used in the training of circus animals. That sort of treatment, they say, is cruel.

A spokesperson for Carson & Barnes Circus, however, claims the activists for animal rights are wrong.

"We do our darndest to take care of our animals. They're treated like family members," Alfrieda Wilkins, director of C&B's advance coordination, told *The Times* by phone Tuesday. "We honestly do our darnedest to spend our money to give the very best care we can."

Boasting a menagerie of more than 100 exotic and domestic animals, the Carson & Barnes Circus soon will roll into town and pitch its big top. Then its performers — two- and four-legged — will put on what's traditionally called "the greatest show on earth" twice Aug. 25.

While circuses generally promote fun for the family, PETA circus specialist Leslie Armstrong asserts that the treatment of animals, no matter how entertaining, teaches children the wrong lesson.

"Why would we want to teach our children to humiliate animals and learn nothing of the animals in their natural environments?" said Armstrong, speaking to *The Times* from her home-based office in Norfolk, Va. "Elephants wouldn't wear silly little costumes and stand on one another's backs. Lions wouldn't jump through hoops of fire."

Wilkins strongly disagrees with Armstrong's view.

"We're very proud of our show," she said. "We've been in operation 65 years. Animals have always been a central part of our show, and we feel what we bring can be beneficial for children of all ages. Grandparents can come with the little children and help make them stewards for animals."

But activists point to U.S. Department of Agriculture inspection reports to support their assertions. Both PETA and the Humane Society of the

See CRITICAL HANDLING, Page 8



Photo courtesy of Metromedia

## County animal control plans to check on circus, but expects no problems

By JANIS THORNTON
*Staff writer*

Shortly after Carson & Barnes trucks park on the Clinton County Fairgrounds, animal control officer Tom McCall will be on the scene.

"Usually when we have animals in town, we make it a point to go in and walk around and see what kind of shape they're in," McCall said. "If we have a problem, I end up going through the Indiana State of Board of Animal Health. Then we go from there."

While he will be concerned with how the animals are treated, he doesn't anticipate problems.

"Most of these people are pretty reputable," he said. "They don't want anything coming down on them."

McCall also will be mindful of any potential dangers the circus might pose to humans.

"Anything's possible with a wild animal," he said. "But you can tell the attitude and if they're stressed."

As for PETA, McCall sympathizes with its animal rights position, but only to a point.

"I agree with PETA as far as removing (animals) from their natural environment and keeping them in cages," he said. Then he added, "They're not your everyday animal people. They take it to the limits. I'm not saying anything bad about that, but I think sometimes they go overboard."

Scott Gray, president of the Clinton County Fair Board, which rented the space to Carson & Barnes Circus, said he was unaware of the USDA-generated incident reports against the circus company for failing to meet certain Animal Welfare Act standards.

"That's out of our hands," Gray said. "All they (Carson & Barnes) did was contact us and wanted to rent the grounds."

The Esqueda Bros. Family Circus is also scheduled to come to Frankfort this month. Performances will be 2:30 and 5:30 p.m. Aug. 24 at the National Guard Armory.

The Esqueda company features no animals.

Owner Matthew Esqueda of Sarasota, Fla., said that wasn't always the case.

"We had animals and had a lot of problems," he said. "Protesters scared a lot of customers. We decided it was just better, so we changed it and brought in family."

A list of other animal-free circuses and other information about circus animals are available on the Internet at *www.circuses.com* and *www.hsus.org*.

# Critical of handling

Continued from Page 1

Lions wouldn't jump through hoops of fire."

Wilkins strongly disagrees with Armstrong's view.

"We're very proud of our show," she said. "We've been in operation 65 years. Animals have always been a central part of our show, and we feel what we bring can be beneficial for children of all ages. Grandparents can come with the little children and help make them stewards for animals."

But activists point to U.S. Department of Agriculture inspection reports to support their assertions. Both PETA and the Humane Society of the United States Web sites, for example, (www.circuses.com) list scores of circus companies cited by USDA for noncompliance with standards set by the Federal Animal Welfare Act (AWA).

Among the noncompliant items noted by USDA inspectors were incidents of inadequate veterinary care, insufficient fencing, improper tethering and confinement.

Perhaps most startling, however, are PETA's claims that a Carson & Barnes elephant handler beat the animals in his care with a sharp, metal bull hook, embedding it into their skin and twisting it until they screamed, and burned an elephant's skin with a blowtorch.

PETA claims that one of its undercover agents caught the incidents on videotape, which was turned over to the USDA for investigation in 1999.

USDA closed its investigation in December 2000, said Leahy of PETA.

USDA spokesman Ed Curlett of Riverdale, Md., spoke with *The*

**PETA claims that a Carson & Barnes elephant handler beat the animals in his care with a sharp, metal bull hook, embedding it into their skin and twisting it until they screamed, and burned an elephant's skin with a blowtorch.**

*Times* last Monday and confirmed that the agency had investigated the tape.

"We found, based on the investigation," Curlett said, "Carson & Barnes had failed to handle the elephant as carefully as possible in a manner that does not cause stress or physical harm during training. The end result was an investigation and stipulation to pay a fine."

The fine, he said, was $400. But he added that, although Carson & Barnes paid the fine, the company was not found guilty of violating AWA standards.

"Technically, they weren't convicted of anything," Curlett said. "It was pretty much settled before it went to court, and we agreed not to take it further.

"Based on the evidence we have — investigation and interviews — we felt that was the best we could do."

Leahy calls USDA's action "a slap on the wrist." But Wilkins of Carson & Barnes dismisses the allegations as false and claims no wrong-doing. She said the company paid the fine "to avoid paying thousands of dollars."

As for the handler in question, "He still works with our elephants, but he's not with our circus," Wilkins said.

Leahy is unshakable in her opinion that circus animals are ill-served, but she finds encouragement in the public's growing awareness.

"There are probably 15-20 communities who have banned the uses of animals in circuses in their communities," she said. "It's another form of entertainment tradition that needs to go the way of freak shows, slavery. As we become more enlightened as a society we begin doing away with practices that are cruel."

But Wilkins maintains that the circus animals are better off in Carson & Barnes' care.

"In the wild, they'd be poached and shot or there's no food," she said. "Humans have asphalted the planet."

And she insists animal rights groups, such as PETA, have offered no solutions to the problems.

"All they do is spend money to make their claims," Wilkins said, "and people believe them. They won't come and look."

She feels good about what Carson & Barnes does.

"I enjoy getting up in the morning and bringing something special to a community that's magical, joyful," she said, "something I think is worthwhile."

Regardless, Wilkins will leave it up to the audience to decide whether Carson & Barnes animals are mistreated.

"I want people to make up their own minds," she said. "I want people to come out and look them in the eye."