Winchester, IN
News-Gazette
Indianapolis Met Area

Monday            D 3,700

AUG 18, 2003



LUCE            N2630
*PRESS CLIPPINGS*

# Activists accuse circus of abusing animals

FRANKFORT, Ind. (AP) — Animal rights activists say a circus scheduled to make a stop in Clinton County later this month has a history of abusing its show animals, a charge the circus denies.

The activists say hooks and electrical cattle prods are customarily used in training in the Carson & Barnes Circus, which has previously been investigated for such alleged abuses.

Officials with Carson & Barnes insist that their circus does not take such an approach with its animals.

"They're treated like family members," Alfrieda Wilkins, director of the circus's advanced coordination. "We honestly do our darnedest to spend our money to give the very best care we can."

With a menagerie of more than 100 exotic and domestic animals, the Carson & Barnes circus will perform two shows in Frankfort, about 30 miles northwest of Indianapolis, on Aug. 25.

Members of People for the Ethical Treatment of Animals have claimed in the past that a Carson & Barnes elephant handler beat the animals with a sharp, metal bull hook.

A PETA member videotaped the incident and turned the footage over to the Department of Agriculture for investigation in 1999.

Department spokesman Ed Curlett of Riverdale, Md., confirmed the agency had investigated the tape in 2000 and said it did contain footage of handlers abusing the animals.

"Carson & Barnes had failed to handle the elephant as carefully as possible in a manner that does not cause stress or physical harm during training," Curlett said.

The circus had to pay a fine of $400, but Curlett added that Carson & Barnes was not found guilty of violating standards in the Federal Animal Welfare Act.