*Privacy Act Notice on Reverse*

Page 1

## AFFIDAVIT

I, *being duly sworn on oath make the following statement:*

I make the following statement to Lupe Aguilar who has identified herself as an investigator employed by the United States Department of Agriculture. I make this statement of my own free will, voluntarily and without coercion from anyone. I can be reached at 8033 #835 Sunset Blvd, Los Angeles, California 90046 [telephone number ███].

I state I have experience handling numerous types of wild and domestic animals including, but not limited to, canines, felines, porcine, caprines, bovine, equine, avian, reptilian, rodentia, and pennipeds, in addition to pachyderms. In May 1994, I received my A.S. Degree in veterinary technology. I passed the National Veterinary Technician boards in June, 1994. I have worked as a veterinary technologist at a veterinary emergency hospital. I have also worked as a technician at a couple of small animal veterinary clinics. I have worked at a couple of pet stores, a wild animal park and a couple of humane society shelters. I have been a farrowing technician at a large hog farm. I was a member of a marine mammal rescue team for a couple of years. We rescued injured harbor seals, elephant seals and California sea lions.

I have been employed on three occasions by Carson and Barnes Circus, Hugo, Oklahoma. First, from July, 1998 to February, 1999; second from May 10, 2001 at Grand Island, Nebraska until Freeport, Illinois, which was a period of about four weeks; and again from October 21, 2001 to January 11, 2002. Each time I was employed as a groom in the elephant department but handled other animals as required. I was supervised by Tim Frisco who was the lead elephant trainer and handler. During my employment with Carson and Barnes I fed, watered, and cleaned up elephant feces on a daily basis. I walked them out to their pens and brought them back into the barn. I

_____
SIGNATURE OF AFFIANT
Subscribed and sworn to before me at Los Angeles, California 90045
On this 21st day of February, 2002.

_____
DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND
AFFIRMATIONS. AUTHORITY NO. 2922

APHIS FORM 7162 *Replaces an form 3-370 which is obsolete*
(NOV 93)

## AFFIDAVIT

I, ▨▨▨▨▨▨▨, being duly sworn on oath make the following statement:

chained them up. I washed them. I applied wonder dust, mud and iodine to their bleeding hook wounds. I squeezed the pus out of hook boils. I moved the elephants tubs and handed the red hotshot to Tim Frisco and Ben during training sessions. I took care of the snakes and walked the camels. Tim Frisco purchased a new bullhook for me to keep and use. I lived in the elephant barn 20 feet from where the elephants were chained. During the periods I was employed, Carson and Barnes maintained a troupe of approximately 30 elephants, of which 15-20 traveled on the road. The others were either in a breeding program or were under contract to other exhibitors.

On Tuesday November 27, 2001, at approximately 9:45 A.M. Joe Frisco (Tim Frisco's brother), Ben, Ace, Darren Carrey, and I started doing trunk washes on the elephants as part of the routine TB testing. We started with Traci. Traci is an Asian female elephant about 31 years old. Next we did Kelly, then Becky and continued on down the line. In order to obtain samples Joe Frisco would hold the elephant's trunk, Ben would keep the elephant steady by holding his bullhook against their left front leg. I would hand a plastic bag and a syringe full of saline to Darren who would squirt the saline into the elephant's trunk. Then Darren would place a bag over the end of the elephant's trunk. The elephant would then blow the saline back into the plastic bag. I would then take the bag to Ace who was sitting inside the front of the barn. He would pour the sample from the bag into a small plastic amber vial, label the sample and give me more bags and syringes filled with saline.

The trunk washes continued pretty much without incident until we got to Del Rita. At approximately 10:20 A.M. Joe Frisco tried to get Del Rita (an Asian female about 30 years old) to

_____
SIGNATURE OF AFFIANT
Subscribed and sworn to before me at Los Angeles, California 90045
On this 21st day of February, 2002.

_____
DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND
AFFIRMATIONS, AUTHORITY NO. 2002

APHIS FORM 7193 Replaces VS Form 3-230 which is obsolete
(NOV 93)

*Privacy Act Notice on Reverse*

Page 3

# AFFIDAVIT

I, ▓▓▓▓▓▓▓▓, being duly sworn on oath make the following statement:

present her trunk. When she refused to hand over her trunk Joe took his bullhook and, using it like a baseball bat, proceeded to hit her between the eyes four times. She still refused to give up her trunk. At this point Joe and Ben started beating Del Rita with their bullhooks. Ben was on her left side hooking the top of her left ear, jabbing her left rear leg and using baseball swings with his bullhook on her side and rear legs. Joe was hitting her across her forehead and hooking her trunk with his bullhook. At one point during the beating Ben had his bullhook imbedded in Del Rita about ½ inch to the left of her spine, just caudal to the cervical/thoracic vertebrae juncture. He was holding on to his bullhook and his feet were completely off the ground. His entire body weight (about 160 lbs.) was on the bullhook, pulling down into her back. He held this position for about 20 seconds. When this failed to get Del Rita to give up her trunk, Joe pulled the hand held black hotshot, also known as the 'pocket rocket' or 'mighty mite' out of his back pocket. Joe proceeded to shock her with the hotshot numerous times. I counted at least 27 shocks. He was shocking her left hind leg, her left front leg, her face and her tongue.

I witnessed Joe Frisco shock her tongue three times in rapid succession. Joe then had Darren hand him the three foot long red hotshot. Joe started shocking Del Rita all over her body numerous times. He shocked her at least 50 times. During the entire time the hooking, beating and shocking were going on, Joe and Ben were constantly yelling obscenities like "you mother fucking cunt I'll kill ya" and "you stupid bitch give me your fucking trunk". After the hotshotting failed to get Del Rita to present her trunk, Joe and Ben hit her a few more times with their bullhooks. Then Joe tied a large yellow rope around Del Rita's trunk. Ben stood with his bullhook on Del Rita's left side just behind her front leg. Joe, Darren, Chris and Rick started

───────────────────

SIGNATURE OF AFFIANT
Subscribed and sworn to before me at Los Angeles, California 90045
On this 21st day of February, 2002.

DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND
AFFIRMATIONS, AUTHORITY NO. 2922

AFRES FORM 71.52
(NOV 98)

*Privacy Act Notice on Reverse*

Page 4

## AFFIDAVIT

I, ████████, being duly sworn on oath make the following statement:

pulling on the rope. I was holding the plastic bag and a syringe full of saline. After several yanks and pulls on the rope they were unable to control Del Rita's trunk. After a few more hits from their bullhooks, Joe said, "fuck this bullshit".

Joe said just get two samples from Tommy and label one as Del Rita. He said since Del Rita and Tommy ride in the same truck it would be ok. Tommy is an Asian male elephant about 10 years old. During the entire beating episode Del Rita was defecating and urinating. She was trying to get away from the hitting and shocking but was chained up and could not go anywhere. She kept moving from side to side. The other elephants in the barn started trumpeting loudly and defecating, urinating excessively, and moving from side to side during the beatings.

At 11:13 A.M. Joe Frisco tried to get Opal to hand over her trunk. Opal is an Asian female elephant about 33 years old. When she refused, he took his bullhook and hit her midway down her trunk. He then hit her several times across the forehead. Ben was standing on her left side. I was standing about six feet in front of Opal just slightly to the left of her. Darren was standing right next to me on my right side, and Ace was sitting down about 15 feet away. Joe told Opal to lie down but she only went down half way and then got back up. Joe and Ben started hitting her with their bullhooks. Ben was concentrating on her left side, front and rear legs. He was hooking her behind her left ear and on top of her head. He was poking and jabbing her legs and using baseball swings with his bullhook on her side and hindquarters. Joe was hitting her on her trunk and across the forehead. Opal was trumpeting and moving quickly from side to side away from the blows. After about six minutes of hitting and hooking Opal, Joe said, "I have had it with you

████████████
SIGNATURE OF AFFIANT
Subscribed and sworn to before me at Los Angeles, California 90045
On this 21st day of February, 2003.

DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND
AFFIRMATIONS, AUTHORITY NO. 2023

APHS FORM 7102 Replaces PS Form 5-90 which is obsolete
(NOV 92)

*Privacy Act Notice on Reverse*

Page 5

# AFFIDAVIT

I, █████████, being duly sworn on oath make the following statement:

bitch". He then pulled the black hotshot out of his rear pocket and started shocking Opal on her left side, legs and the side of her face. I counted 37 shocks in rapid succession with the hotshot. He then had Darren hand him the three foot red hotshot. Joe proceeded to shock Opal. I counted 171 times he shocked her all over her body, but primarily on her left rear leg, left hindquarters, her left fore leg and her face and trunk. This occurred over only a couple minute span. Opal was defecating and urinating profusely. Isla who was chained up next to Opal was urinating, defecating, trumpeting and moving rapidly from side to side. After the hotshotting Joe and Ben hit Opal a few more times with their bullhooks. Opal still refused to give up her trunk, so Joe said "screw it, just take two samples from Isla and label one Opal. During the entire beating episode the other elephants were trumpeting, swinging wildly from side to side, and defecating.

When we were getting the trunk wash sample for Kristie, Ace said that we needed to get two samples from her. I asked him why and he said because we needed to label one as Paula. He said that Paula would never give up her trunk and that Dr. Eudy had said it was OK to do it this way. Ace said they had been taking two samples from Kristie for years and labeling one as Paula. Kristie is an African female elephant about 20 years old. Paula is an African female elephant about 35 years old. Dr. Ted Eudy is the veterinarian who attends to Carson and Barnes animals. He has a clinic in Hugo, Oklahoma.

On the mornings of Wednesday, November 28 and Thursday, November 29, 2001, we again took trunk washes from the elephants. On each day we took two samples from Tommy and labeled one as Del Rita. We also took two samples from Isla and labeled one as Opal, and we took two

SIGNATURE OF AFFIANT
Subscribed and sworn to before me at Los Angeles, California 90045
On this 21st day of February, 2002.

DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND
AFFIRMATIONS, AUTHORITY NO. 29721

APHIS FORM 7152
(NOV 92)

*Privacy Act Notice on Reverse*

Page 6

## AFFIDAVIT

I, ~~[redacted]~~, being duly sworn on oath make the following statement:

samples from Kristie and labeled one as Paula. We did not even attempt to get a sample from Del Rita, Opal, or Paula on 11/28/01 or 11/29/01. A total of three samples were obtained from each elephant, one each day, with the exception of Del Rita, Opal, and Paula whom we were unable to get a single sample. Tommy, Isla, and Kristie each gave six samples.

Over the three days no veterinarian was ever present during the trunk washing. Dr. Eudy had dropped off the syringes and bottles of saline sometime earlier. Although Tim Frisco is the head elephant handler, he also was not present during the trunk washing as he had taken a few days off. He had left instructions with Joe Frisco to get the trunk washings completed.

On December 5, 2001, I was riding on the back of Tim Frisco's blue four-wheeler with Chris. Tim was driving. We were about 100 yards on the north side of the elephant barn. Tim started talking about the USDA. He said, "These USDA guys just don't get it. The only way to handle male elephants is to take them into the barn and beat the fuck out of em, shock till they drop. Do whatever it takes. No pussy ass crap.".

On February 7, 2002, I gave Neil Williamson, Senior Investigator for the USDA, a copy of a video tape showing Tim Frisco training elephants at the Carson and Barnes Circus winter headquarters in Hugo, Oklahoma. I personally shot this video during the first couple weeks of February, 1999, using a hidden body camera. Although I shot several hours of tape during this time period, the tape I gave to Mr. Williamson has been edited to show only a short segment (approximately six minutes) of how training is accomplished.

~~[signature redacted]~~
SIGNATURE OF AFFIANT
Subscribed and sworn to before me at Los Angeles, California 90045
On this 21st day of February, 2002.

*[signature]*
DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND
AFFIRMATIONS. AUTHORITY NO. 3922

APHIS FORM 7142 Replaces all Form 3-503 which is obsolete
(NOV 92)

*Privacy Act Notice on Reverse*

Page 7

# AFFIDAVIT

I, ████████, being duly sworn on oath make the following statement:

The tape shows Tim Frisco, head of the elephant department, teaching Ace and Ken Hardy how to train elephants. Tim Frisco is wearing a blue hat, blue sweatshirt and blue jeans in the first scene. Later, he is taped while wearing a white baseball cap and red shirt. Ace is the handler wearing a red baseball hat and a white jacket with red sleeves. Ken Hardy is the handler wearing blue jeans and a striped shirt. He is the one seen hitting the elephant on her left rear leg about three minutes into the tape. He is the larger handler. This segment of video was taken on two different days. On the second day Tim is wearing a white hat, red shirt and blue jeans. The video was taken in the old elephant barn.

The video shows a typical elephant training session. It shows Tim Frisco hitting and hooking the elephants with his bullhook. It shows him shocking the elephants with a hotshot. It also shows Ken Hardy hitting an elephant. The language and actions seen in this video were what I witnessed on a routine basis. These are routine sessions. The attitude, language, and treatment shown towards the elephants in this video occur every day. It occurred during training sessions, while washing the elephants, even while feeding and watering them.

I swear under oath this statement is true and correct and that the video tape is an accurate depiction of what I witnessed while employed by Carson and Barnes Circus.

_____
SIGNATURE OF AFFIANT
Subscribed and sworn to before me at Los Angeles, California 90045
On this 21st day of February, 2002.

_____
DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND
AFFIRMATIONS, AUTHORITY NO. 2922

APHIS FORM 7160
(NOV 92)