UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNN LEAHY, et al. | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 05-1135 (PLF)<br>) |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, et al. | )<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| THE HAWTHORN CORPORATION and JOHN F. CUNEO, | )<br>)<br>) |
| Defendant -Intervenors. | )<br>) |

**MOTION TO FILE TWO ADDITIONAL PAGES
AND 13 MINUTES BEYOND THE TIME FOR FILING
AND SUPPORTING MEMORANDUM**

Plaintiffs respectfully request that the Court grant the plaintiffs' leave to file a Reply brief in support of their motion for a preliminary injunction that is two pages over the 25 page limit. Plaintiffs only had 24 hours to review opposition briefs and exhibits filed by both the defendants and the defendant-intervenors, and to prepare and file a joint reply to both oppositions, along with several exhibits.  Unfortunately, plaintiffs did not have time to edit the reply brief down to 25 pages and it is now two pages over the limit.  Plaintiffs also request leave to file their reply brief 13 minutes beyond the 12 o'clock deadline.  Counsel for plaintiffs inadvertently hit the back button when she realized that one exhibit was missing from the list of exhibits and, as a result, had to re-start the up loading process.  For all of these reasons, plaintiffs respectfully request that the Court grant this motion.

                                                            Respectfully submitted,

                                                            Tanya Sanerib  
                                                            (D.C. Bar No. 473506)  
                                                            Meyer Glitzenstein & Crystal  
                                                            1601 Connecticut Ave., N.W., Suite 700  
                                                            Washington, D.C.  20009  
Date:   June 17, 2005                             (202) 588.5206