UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNN LEAHY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 05-1135 (PLF) |
| ) | |
| THE UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| THE HAWTHORN CORPORATION and JOHN F. ) | |
| CUNEO, ) | |
| ) | |
| Defendant -Intervenors. ) | |

## **PROPOSED ORDER**

Upon consideration of plaintiffs' motion to file two additional pages and 13 minutes beyond the time for filing and supporting memorandum it is this ____ day of ____ 2005

ORDERED that plaintiff's motion to file two additional pages and 13 minutes beyond the time for filing is granted.

_____
United States District Judge