UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNN LEAHY and PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,<br><br>        Plaintiffs,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, and W. RON DEHAVEN, in his official capacity as Administrator, Animal Plant and Health Inspection Service,<br><br>        Defendants,<br><br>  and<br><br>JOHN F. CUNEO, JR. and THE HAWTHORN CORPORATION<br><br>        Defendants-Intervenors | Civil Action No. 05-1135 (plf)<br>Hon. Paul L. Friedman |

## NOTICE OF APPEARANCE

    Isaac R. Campbell respectfully provides to the Court notice of appearance as lead counsel for Federal Defendants, United States Department of Agriculture and W. Ron DeHaven in the above-captioned case. Hereinafter, all pleadings, orders, and other correspondence in this case should be served on:

>    Isaac R. Campbell
>    U.S. Department of Justice
>    Civil Division
>    Federal Programs Branch
>    20 Massachusetts Ave., N.W., Room 6130
>    Washington, D.C. 20530

    Tel:  (202) 616-8476
    Fax: (202) 616- 8460
    E-mail: isaac.campbell@usdoj.gov

                        Respectfully submitted,

                        _____/s/_____
                        ISAAC R. CAMPBELL
                        U.S. Department of Justice
                        Civil Division
                        Federal Programs Branch
                        20 Massachusetts Ave., N.W., Rm. 6130
                        Washington, D.C.  20530
                        Tel:  (202) 616-8476; Fax: (202) 616-8460

Dated:  June 17, 2005

## CERTIFICATE OF SERVICE

      I certify that on June 17, 2005, a copy of the foregoing Notice of Appearance was served on counsel for Plaintiffs and Defendant-Intervenors:

| | |
|---|---|
| Tanya M. Sanerib<br>Katherine A. Meyer<br>MEYER & GLITZENSTEIN<br>1601 Connecticut Avenue, N.W.<br>Suite 700<br>Washington, D.C. 20009-1056<br>tel: (202) 588-5206<br>fax: (202) 588-5049<br>*Attorneys for Plaintiffs* | Derek L. Schaffer<br>Vincent J. Colatriano<br>Michael Weitzner<br>Cooper & Kirk, PLLC<br>1500 K Street, N.W.<br>Suite 200<br>Washington, D.C. 20005<br>tel: (202) 220-9600<br>*Attorneys for Defendants-Intervenors* |

                                                        /s/
                                         Isaac R. Campbell