UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNN LEAHY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 05-1135 (PLF) |
| ) | |
| THE UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| THE HAWTHORN CORPORATION and JOHN F. ) | |
| CUNEO, ) | |
| ) | |
| Applicants for Intervention. ) | |

## NOTICE OF FILING

Plaintiffs hereby provide notice of filing of the attached plaintiffs' Exhibit 20 to plaintiffs' Motion for a Temporary Restraining Order/ Preliminary Injunction, which plaintiffs omitted when they filed their Reply papers on June 16/17, 2005.  Exhibit 20, the Declaration of Gail Laule, is referenced on page 26 of plaintiffs' Reply brief.  Therefore, plaintiffs submit the Declaration of Gail Laule and her accompanying C.V. as Exhibit 20 to plaintiffs' motion for a temporary restraining order/ preliminary injunction.

Respectfully submitted,

Tanya Sanerib
(D.C. Bar No. 473506)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C.  20009
Date:   June 19, 2005                                                (202) 588.5206