UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNN LEAHY, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 05-1135 (PLF) |
| | ) |
| THE UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| THE HAWTHORN CORPORATION and JOHN F. | ) |
| CUNEO | ) |
| | ) |
| Defendant -Intervenors. | ) |
| | ) |

## DECLARATION OF GAIL LAULE

I, Gail Laule, hereby declare as follows:

1.    I am currently owner of a consulting firm that specializes in exotic animal management and care. I have a Masters Degree in Behavioral Psychology from California State University Dominguez Hills. I have attached my Curriculum Vitae. I submit this declaration on behalf of the plaintiff's request for a temporary restraining order / preliminary injunction.

2.    My partner Tim Desmond and I developed Protected Contact, which is a method of managing elephants that prohibits the use of bull hooks, electric prods, and any other form of physical punishment that is used to threaten, intimidate, coerce, or otherwise force behavioral compliance by the elephant through human dominance. Protected contact relies on positive reinforcement to gain the voluntary cooperation of the elephant. The use of adequate space and barriers between humans and elephants increases the safety of handlers and trainers while

allowing for a healthy human/animal relationship. Protected contact was developed as a an alternative to the free contact method in order to insure a higher degree of animal welfare. Free contact is the method of elephant handling that relies on human social dominance and the use of negative reinforcement and physical punishment. Free contact is the method utilized by circuses and other exhibitors including the Hawthorn Corporation and Carson & Barnes Circus.

3.    I have followed the Hawthorn elephants closely and the reports of abuse of these animals, and the USDA's case against Hawthorn. I have also watched the footage of Mr. Frisco at Carson & Barnes that was taken by an undercover investigator and that is available on PETA's website. It is my opinion that these methods are cruel and abusive.

4.    I understand that the USDA is proposing to permit four Hawthorn elephants, Debbie, Ronnie, Gypsy, and Joy to be shipped to Carson & Barnes/ the Endangered Ark Foundation. It is my understanding that all of these facilities use free contact to manage their elephants.

5.    Under a free contact regime when elephants are transferred from one facility to another dominance has to be re-established over these animals by their new trainers/ handlers. Because free contact relies on human social dominance, and compliance by the elephant is mandatory, it is deemed acceptable for the four elephants to be yelled at, hit with bull hooks, and otherwise rendered submissive by their new trainers. This manner could be similar, or worse, to that depicted in the video footage of Mr. Frisco. This is particularly difficult for the elephants, because at the same time they are adjusting to their new surroundings and their separation from elephants whom they were kept with for years at the Hawthorn Corporation's facilities. This "introduction" to their new surroundings will cause these animals irreparable harm.

6.    In addition, I understand that the four elephants must be tested for tuberculosis on

a regular basis. Such tests typically include trunk washes, which require the inhalation of a saline solution into the trunk and exhalation into a sample bag. Just as you or I would not readily agree to inhale salt water, an elephant also generally would not readily do so. Therefore, this behavior must be trained. Under a free-contact regime it is acceptable for the elephant to be hit with a bull hook and otherwise punished if it refuses to comply, because the handler relies on domination, and that domination must be maintained to insure the handler's safety. Under a protected contact regime the handler does not operate from a position of domination, so the animal is encouraged and rewarded for complying and slowly desensitized to the procedure through the exclusive use of positive reinforcement.

7.      I also understand that the four elephants will participate in the Endangered Ark's breeding program. Because these animals have been exposed to tuberculosis and must be separated from other animals it is quite likely that these elephants will be bred through the use of artificial insemination.

8.      The training that is necessary to prepare an elephant for artificial insemination is complex, invasive, and can be very stressful. It involves desensitizing the animal to several invasive medical procedures, as well as prolonged physical restraint. The elephant is required to stand still in one place for a long period of time while artificial instruments are inserted inside her for reproductive assessment, preparation for impregnation, and the lengthy and invasive procedure of artificial insemination to impregnate her. Forcing these four elephants through the use of physical force to undergo this procedure will cause them irreparably harm.

9.      The daily management of elephants to provide for their care and well-being requires the training and maintenance of a wide range of husbandry behaviors, basic control

-3-

behaviors, as well as desensitization to important and necessary medical procedures. Under a free contact regime it is acceptable for the elephant to be hit with a bull hook and otherwise punished if it refuses to comply with any and all of these routine behaviors, because the handler relies on domination, and that domination must be maintained.

10.     Given the abusive techniques these elephants have been subjected to throughout their lives, I believe these animals should be sent to the Elephant Sanctuary in Tennessee – a facility that uses a protected contact type approach to elephant care. If this option requires these elephants to remain at the Hawthorn Corporation's facilities until September, then this is a better option for these animals because it will provide them with the greatest benefit in the long run – escape from a free contact regime, and the opportunity to enjoy the highest level of welfare for the first time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Gail Laule

June 16, 2005




7651 Santos Road
Lompoc, CA 93436

# Gail Laule
**Principal / Director of Animal Behavior**
**Active Environments, Inc.**

---

1990 - present    Animal Behavior Consultant
- Assist institutions in the development and implementation of animal behavior management programs for all species to enhance animal care and welfare.

- Provide review and assessment of elephant programs and training techniques and assist facilities in the conversion to a protected contact management system.

- Provide staff training in positive reinforcement and environmental enrichment techniques and problem solving through class work and instruction in the workplace.

- Provide design criteria and input to all phases of design process including facility specifications, animal programming, species recommendations, and data sheets and manuals to architects, exhibit designers, and zoological staff.

**Selected Client List – Elephant Programs**

AE personnel are the originators of Protected Contact, a positive reinforcement-based management system for elephants.  AE assists facilities in the development and implementation of Protected Contact programs to heighten keeper safety and enhance the care and welfare of captive elephants.

| | |
|---|---|
| Bronx Zoo, New York | San Francisco Zoo, California |
| Dallas Zoo, Texas | Singapore Zoo and Night Safari, |
| Singapore | |
| Cleveland Zoo, Ohio | Sedgewick County Zoo, Kansas |
| Detroit Zoo, Michigan | San Antonio Zoo, Texas |
| Houston Zoo, Texas | Tulsa Zoo, Oklahoma |
| North Carolina Zoo, North Carolina | Lincoln Park Zoo |
| San Diego Wild Animal Park, California | St. Louis Zoo, Missouri |
| Columbus Zoo, Ohio | Emmen Zoo, The Netherlands |
| Los Angeles Zoo, California | Hogle Zoo, Utah |
| Woodland Park Zoo, Washington | Pt. Defiance Zoo, Washington |
| El Paso Zoo, Texas | Calgary Zoo, Alberta, Canada |

**Pro Bono Work -  Elephant Programs**
Morelia Zoo, Mexico
Beijing Zoo, China
Brazilia Zoo, Brazil
Belo Horizonte Zoo, Brazil

Phone: 805-737-3700    Fax: 805-737-3705    E-mail: active_environs@ix.netcom.com

**Workshop and School Instruction**

2001 -  Care and Management of Marine Mammals, Subic Bay, Philippines
Workshop for professionals and governmental personnel involved in the development and implementation of policies on the management and display of marine mammals in the Philippines.

2004 – Advanced Primate Training and Enrichment Workshop, Texas
Co-develop and teach 4 day workshop on enhancing the care and welfare of captive non-human primates.  Workshop limited to those who already attended original PTEW

1992 -  present   Primate Training and Enrichment Workshop, Texas
Co-develop and teach 4 day workshop on enhancing the care and welfare of captive non-human primates.  Workshop continues to be offered annually due to demand.

2000 – present   Protected Contact Elephant Training and Enrichment Workshop, North Carolina
Organize, develop, and co-teach Active Environments' 4-day course on the use of protected contact training and management techniques to enhance the care and management of captive elephants.  Workshop offered on-going basis.

1996-99            American Zoo Association (AZA) Principals of Elephant Management Course
Organize, develop, and co-teach 4-day course on the care and management of captive elephants to elephant managers and staff as part of AZA Management School.

**Invited Speaker**

Salk Institute, National Research Council, American Association of Zoo Veterinarians, American and Canadian Associations of Laboratory Animal Science, Scientists Center for Animal Welfare, First Environmental Enrichment Conference, Association of Primate Veterinarians, American Veterinary Medical Association, American Zoo Association, AZA Contraception Advisory Group, American Society of Primatologists, and International Society of Primatologists.

**Committee Membership**
Advisor - AZA Bear Taxon Advisory Group
Executive Board Member - AZA Behavior, Husbandry Advisory Group
Advisor - American Association of Zoo Keepers Training Committee
Advisor - Moorpark College Exotic Animal Training and Management Program
Advisory Board Member - Chimp Haven (Chimpanzee Sanctuary)
Advisory Board Member - Wildworks (Wildlife Education Programs)

**Other Experience**

1987-1990 Show and Training Supervisor - Los Angeles Zoo, California
Develop and implement husbandry training projects throughout Zoo; write, produce, present conservation education show featuring local wildlife.

1978-1987 Marine Mammal Trainer - Marineland, California
Care, training, and presentation of marine mammals including dolphin, sea lion, killer whale, pilot whale, harbor seal, walrus, white-sided dolphin.  Develop and implement techniques to achieve voluntary cooperation in husbandry behaviors, improve socialization, and reduce abnormal behavior.

Phone: 805-737-3700    Fax: 805-737-3705    E-mail: active_environs@ix.netcom.com