UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNN LEAHY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 05-1135 (PLF) |
| ) | |
| THE UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| THE HAWTHORN CORPORATION and JOHN F. ) | |
| CUNEO, ) | |
| ) | |
| Defendant -Intervenors. ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE OF THE DATE
FOR THE MEET AND CONFER STATUS CONFERENCE**

Plaintiffs, with the consent of Defendants and Defendant-Intervenors, move for a continuance of the Meet and Confer Status Conference currently set for October 7, 2005 at 9:30 AM. Counsel for Plaintiffs are unable to attend the currently scheduled Status Conference. Therefore, Plaintiffs, having conferred with Defendants and Defendant-Intervenors, propose the following alternate dates for the Status Conference: October 14, 2005 or October 17, 2005, which we understand are both available on the Court's calendar. A Proposed Order to this effect is attached.

Respectfully submitted,
/s/
_____
Tanya Sanerib
D.C. Bar. No. 473506
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W.

                Suite 700
                Washington, D.C. 20009
                (202) 588.5206

Date: September 30, 2005