UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA LYNN LEAHY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 05-1135 (PLF) |
| ) | |
| THE UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| THE HAWTHORN CORPORATION and JOHN F. ) | |
| CUNEO, ) | |
| ) | |
| Defendant -Intervenors. ) | |

## PROPOSED ORDER

Upon consideration of Plaintiffs' Unopposed Motion for a Continuance of the Meet and Confer Status Conference, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED, and it is

FURTHER ORDERED that the Meet and Confer Status Conference is continued until _____ day of October, 2005 at _____.

Dated this _____ day of _____, 2005.

_____
United States District Judge