UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| DEBRA LYNN LEAHY, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     Civ. No. 05-1135 (PLF) |
| | ) |
| THE UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| THE HAWTHORN CORPORATION, et al., | ) |
| | ) |
| Defendant -Intervenors. | ) |

_____)

## STIPULATION OF DISMISSAL

The parties hereby stipulate to dismissal of the above captioned case without prejudice

pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), except that plaintiffs' claims in this

matter as applied to the African elephant named Joy are dismissed with prejudice.


Respectfully submitted,


_____          _____
TANYA M. SANERIB                          PETER D. KEISLER
(D.C. Bar No. 473506)                       Assistant Attorney General
KATHERINE A. MEYER                    JAMES GILLIGAN
(D.C. Bar No. 244301)                       Assistant Branch Director

MEYER GLITZENSTEIN & CRYSTAL          ISAAC R. CAMPBELL
1601 Connecticut Ave., N.W.  Suite 700    U.S. Department of Justice
Washington, D.C. 20009                        Civil Division, Federal Programs Branch
(202) 588-5206                                     P.O. Box 883
                                                            Ben Franklin Station
Attorneys for Plaintiffs                          Washington, D.C. 20044
                                                            Telephone: (202) 616-8476

Facsimile: (202) 616-8460

Attorneys for Defendants

_____
DEREK L. SHAFFER
(DC Bar No. 478775)
VINCENT J. COLATRIANO
(DC Bar. No. 429562)
MICHAEL WEITZNER
(DC Bar No. 472505)

COOPER & KIRK, PLLC
1500 K St., N.W., Suite 200
Washington, D.C. 20005
(202) 220-9600

Attorneys for Defendant-Intervenors

November 16, 2005

IT IS SO ORDERED

_____    _____
Paul L. Friedman              Date
United States District Judge